UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X    **Docket#**
UNITED STATES OF AMERICA,        :    10-cr-594(ERK)(JO)
                                 :
     - versus -                  :    U.S. Courthouse
                                 :    Brooklyn, New York
JOSEPH YANNAI,                   :
               Defendant         :    August 11, 2010
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR DETENTION HEARING
BEFORE THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE

A  P  P  E  A  R  A  N  C  E  S:


**For the Government:**            **Benton Campbell, Esq.**
                                United States Attorney

                          BY:   **Daniel Spector, Esq.**
                                Assistant U.S. Attorney
                                271 Cadman Plaza East
                                Brooklyn, New York  11201


**For the Defendant:**             **Deirdre Von Dornum, Esq.**
                                Federal Defenders Division
                                16 Court Street
                                3rd Floor
                                Brooklyn, NY 11241


**Official Transcriber:**          Rosalie Lombardi
                                      L.F.


**Transcription Service:**         **Transcription Plus II**
                                3859 Tiana Street
                                Seaford, N.Y.  11783
                                (516) 358-7352
                                Transcriptions2@verizon.net


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

Proceedings                                      88

1          THE COURT:  Yes.

2          MR. SPECTOR:  -- is that some are abroad, so

3    there's complications with that.

4          THE COURT:  Has any one of those identified

5    victims expressed a desire to be heard on the issue of

6    release?

7          MR. SPECTOR:  None of them have.

8          THE COURT:  Okay.  All right.  A couple of

9    preliminary observations.  First, I understand the

10   argument that the government -- from the government's

11   perspective the risk of flight encompasses more than just

12   suicide and frankly, perhaps primarily something other

13   than suicide and I agree that there is a strong incentive

14   for Mr. Yannai to flee and I believe that given the

15   opportunity he might well act on that motivation and make

16   an attempt to flee.

17         I think, however, under these circumstances

18   that that risk can be ameliorated with conditions short

19   of detention and I will discuss those in a moment.  The

20   risk of suicide is a risk that falls within the risk of

21   flight only because it's a risk of non-appearance and so

22   I do think that if there are no other conditions that can

23   adequately guard against the risk of suicide, that

24   detention is an absolutely appropriate response to that

25   risk.

Transcription Plus II          Rosalie Lombardi

Proceedings                                           89

1          If I were convinced that by the sufficient

2    standard that Mr. Yannai did intend to kill himself

3    rather than face jail, I would order detention because I

4    don't think that the kind of bail conditions that have

5    been proposed or frankly any that I can think of would

6    suffice to guard against that risk particularly in light

7    of the testimony today about how the defendant's wife was

8    caught by surprise and the differences between the two

9    accounts I have heard about how it was attempted and the

10   planning.  And in that regard, I will say that I have

11   some strong reservations about the completeness and

12   accuracy of the testimony I heard from Mr. Yannai on that

13   score.

14          I am not going to order detention and the

15   reason is that for me the one risk that could not be

16   guarded against adequately through conditions short of

17   detention would be the risk of suicide.  My finding based

18   upon what I have heard today is that Mr. Yannai did

19   attempt suicide.  He attempted suicide precisely because

20   of the pendency of the federal charges and because of his

21   view that he would be convicted and sentenced to

22   significant jail time.  And that he was unwilling to face

23   that possibility rather than kill himself.

24          The part of Mr. Yannai's testimony that I found

25   persuasive and truthful was his account of his

Transcription Plus II          Rosalie Lombardi

Proceedings                                        90

1  conversation with his wife and the difference that it

2  made to him.  Now I am at best guessing.  I hope I am

3  right but my view is that for reasons that we might agree

4  with or not as sufficient, Mr. Yannai has made the

5  decision.

6          I have a very strong reservation about that

7  only because I think that the best any of us can say now

8  or the most any of us can say now is that he does not now

9  intend to kill himself rather than face jail.

10          I think there have been -- there's evidence

11  here to suggest questionable judgment calls in the past

12  including the recent past and I don't know if that

13  intention will change.  I hope it won't.  But I think

14  it's the government's burden to convince me that there's

15  a strong risk that it will.  And I don't think you have

16  met that burden.  So I will set conditions of release.

17          The bail package that has been proposed

18  including the defendant's home is not sufficient.  I

19  think that is insufficient to provide an incentive for

20  the defendant to return to court if he believes as I

21  think he may well believe at this point, that there's a

22  significant risk that he will be convicted and the home

23  will be forfeited.

24          I will set conditions of bail equivalent to

25  what's been proposed, $500,000 bond secured by property

Transcription Plus II          Rosalie Lombardi

```
                    Proceedings                        92
 1          THE COURT:  I see.

 2          PRETRIAL SERVICES OFFICER:  -- perhaps if

 3   someone working

 4   or --

 5          THE COURT:  All right.  I will defer to

 6   pretrial as to whether GPS or electronic monitoring is

 7   preferable.  I will make it a condition of release that

 8   the defendant gain evaluation and if necessary treatment

 9   for mental health problems, that he have no contact with

10   any identified or prospective witness, other than through

11   counsel.  And not seek to hire any further au pairs.  And

12   that he refrain from using the internet in any means,

13   whether through any device in the home or provided by

14   anyone else.

15          I am open to suggestions of other conditions

16   but those are the minimum that I would require.

17          MS. VON DORNUM:  Your Honor, as to the other

18   property, I would ask that the defendant be released

19   today on the signature of his wife and if you wish, the

20   posting of the home -- her home and that we have a week

21   to obtain the other property.  We were not able to obtain

22   another property with Mr. Yannai incarcerated.

23          THE COURT:  Uh-huh.

24          MS. VON DORNUM:  I believe if he were released,

25   we would be able to obtain additional property.  So I
```

Proceedings                                    93

1  would ask for a week's time to do that and if you wished

2  to have their home to secure it in the meantime, we are

3  certainly prepared to do that.

4          THE COURT:  I am not willing to do that.  I

5  think there's a really strong risk of flight here.  And I

6  think that Mr. Yannai has the means to flee.  And I do

7  not intend for him to be released until the conditions I

8  have set have been satisfied.  So that request is denied.

9          In terms of the time limit, because I don't

10  intend to release him before the conditions are

11  satisfied --

12          MS. VON DORNUM:  Right.

13          THE COURT:  -- I am not going to put any

14  artificial time limit on satisfying the conditions.

15          MR. SPECTOR:  May I be heard, Judge, just on a

16  couple of minor points on the conditions?

17          THE COURT:  Yes, of course.

18          MR. SPECTOR:  With respect to the witnesses, I

19  think the easiest and simplest way to do this is that the

20  defendant is to have no contact with any potential

21  witnesses and that includes anyone who previously worked

22  for him.

23          THE COURT:  Fair enough.

24          MS. VON DORNUM:  Other than through counsel, I

25  presume.

Transcription Plus II          Rosalie Lombardi

Proceedings                                    94

1           THE COURT:  Yes.

2           MR. SPECTOR:  Second, just so we're clear that

3    the conditions of the bond will only be satisfied when

4    the satisfactions of judgment for all property is posted

5    in the appropriate courthouses; is that correct,

6    your Honor?

7           THE COURT:  As opposed to when somebody puts

8    the property on the bond?

9           MR. SPECTOR:  Yes, I should have said

10   confession of judgment.

11          THE COURT:  Confession of judgment.  I think

12   given what -- I just want you to be able to listen.  I

13   think given what you have said, Ms. Von Dornum, about how

14   long it is going to take to secure a property, I think it

15   -- there's not a whole lot of difference.  Tell me if you

16   disagree.  But that once you find the adequate property

17   you can pretty quickly get the confession of judgment

18   filed, as well.

19          MS. VON DORNUM:  If it's in New York, that's

20   true.  If it's in another state, that's not necessarily

21   true.

22          THE COURT:  All right.  I am going to --

23          MS. VON DORNUM:  So if we can wait until we

24   actually have a property to post to decide which --

25          THE COURT:  Well, I --

Transcription Plus II          Rosalie Lombardi

Proceedings                                    95

1          MS. VON DORNUM:  -- of the ways to go, I would

2     appreciate it.

3          THE COURT:  I would say confession of judgment

4     has to be filed and if you come up with a property

5     outside of New York State, you know, you can persuade

6     whether it's me or whoever is on duty at the time that

7     there's reason to relax that condition.  Of course you're

8     free to make that argument.

9          MS. VON DORNUM:  Yes.

10          MR. SPECTOR:  As a final matter, I just want to

11     make sure the record's clear so that the defendant

12     understands that if he is going to leave his home for

13     attorney visits or non-emergency medical visits, he must

14     notify pretrial in advance.

15          THE COURT:  Yes, of course.  Okay.  Anything

16     else?

17          MR. SPECTOR:  Not from the government.

18          MS. VON DORNUM:  No, your Honor.  Thank you.

19          THE COURT:  Okay.  Thank you all.  Now just so

20     the record is clear about what I am doing here, I am

21     completing a bond form and I will -- what I propose to do

22     is have Mr. Yannai be warned and agreed to them -- oh, I

23     am sorry, go ahead.

24          MR. SPECTOR:  Your Honor, just -- I am not sure

25     if we specifically addressed travel because he will be

Transcription Plus II          Rosalie Lombardi

Proceedings                                    105

1          THE COURT:  A surety -- yes.

2          MS. VON DORNUM:  Okay.

3          THE COURT:  No, in addition to the wife.  I

4   didn't actually contemplate Mr. Yannai's wife signing the

5   bond because regardless of whether she signs, I want a

6   surety --

7          MS. VON DORNUM:  Okay.

8          THE COURT:  -- who is someone else.

9          MS. VON DORNUM:  One surety who is not his

10  wife.

11         THE COURT:  Yes.

12         MR. SPECTOR:  Judge, actually now that you

13  raise it, I would ask that both the wife and another

14  surety sign.  I think that would provide additional moral

15  suasion particularly given the testimony that the Court

16  has (inaudible).

17         THE COURT:  Any objection?

18         MS. VON DORNUM:  My only objection is that the

19  prosecutor maintained throughout the bulk of his argument

20  that the wife did not provide moral suasion and now when

21  you conclude to the contrary now he wants her on the

22  bond.

23         THE COURT:  Yes.

24         MS. VON DORNUM:  I was offering her as a

25  suretor but it just seems to me he can't --

```
                        Proceedings                       106
 1           THE COURT:  I don't quite agree with that but I
 2  also think that frankly in my own mind I had settled on
 3  somebody else with property as being adequate and so it
 4  would be inconsistent with the Bail Reform Act to require
 5  the wife's signature in addition.
 6           MR. SPECTOR:  Judge, just a clarification I
 7  guess I may have missed it.
 8
 9           THE COURT:  Uh-huh.
10           MR. SPECTOR:  The additional surety is to
11  provide property that has equity of --
12           THE COURT:  Yes.
13           MR. SPECTOR:  -- $500,000.
14           THE COURT:  Yes.
15           MR. SPECTOR:  Okay.
16           THE COURT:  Okay.  Mr. Yannai, do you
17  understand all of the conditions on which I would order
18  your release?
19           THE DEFENDANT:  I do, sir, and take it serious.
20           THE COURT:  Okay.  Are you willing to abide by
21  all of those conditions?
22           THE DEFENDANT:  Yes.
23           THE COURT:  Do you have any further questions
24  about them?  And I want to be clear, if you have
25  questions don't worry about my reaction to them.  It's
```