

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS:HLJ
F.#2010R00212

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 5, 2011

**BY EMAIL AND ECF**
Heidi Cesare, Esq.
Michael Schneider, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

    Re:  United States v. Joseph Yannai
           Criminal Docket No. 10-594 (S-1)(ERK)

Dear Ms. Cesare and Mr. Schneider:

      This letter responds to your email of today's date concerning documents appearing in photographs taken during the search of the defendant's residence. The government has previously provided to you a copy of all documents seized during that search.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                By:  _____
                              Daniel A. Spector
                              Hilary L. Jager
                              Assistant U.S. Attorneys
                              (718)254-6345/6248

                              Audrey Stone
                              Special Assistant U.S. Attorney

Enclosures
cc:  Clerk of the Court (ERK) (w/o enclosures)