*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

DAS/HLJ
F.#2010R00212

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 12, 2011

**BY EMAIL & ECF**
Heidi Cesare, Esq.
Michael Schneider, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

  Re:  United States v. Joseph Yannai
     Criminal Docket No. 10-594 (S-1)(ERK)

Dear Ms. Cesare and Mr. Schneider:

  Please note that the government's 3500 material is now available to be picked up at our offices.  You may contact our paralegal, Ariel Werner, to make arrangements to pick up the documents.

           Very truly yours,

           LORETTA E. LYNCH
           UNITED STATES ATTORNEY

       By:  /s/Daniel Spector
          Daniel A. Spector
          Hilary L. Jager
          Assistant U.S. Attorneys
          (718)254-6345/6248

          Audrey Stone
          Special Assistant U.S. Attorney

cc:  Clerk of the Court (ERK)