UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X      **Docket#**
UNITED STATES OF AMERICA,      :     10-cr-594(ERK)
                               :
     - versus -                :     U.S. Courthouse
                               :     Brooklyn, New York
JOSEPH YANNAI,                 :
                Defendant      :     May 25, 2011
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE EDWARD R. KORMAN
UNITED STATES SENIOR DISTRICT JUDGE

**A    P    P    E    A    R    A    N    C    E    S:**


**For the Government**:          **Loretta E. Lynch, Esq.**
                                 United States Attorney

                      BY:   **Daniel A. Spector, Esq.**
                            **Hilary Jager, Esq.**
                            **Pamela Chen, Esq.**
                            Assistant U.S. Attorney
                            271 Cadman Plaza East
                            Brooklyn, New York  11201

                            **Audrey Stone, Esq.**
                            Westchester County
                            District Attorney's Office
                            111 MLK, Jr Blvd
                            White Plains, NY 10601

**For the Defendant**:           **Michael Schneider, Esq.**
                                 **Heidi Cesare, Esq.**
                                 **Ben Silverman, Esq.**
                                 Federal Defenders Division
                                 16 Court Street
                                 3rd Floor
                                 Brooklyn, NY 11241

**Transcription Service**:       **Transcription Plus II, Inc.**
                                 3859 Tiana Street
                                 Seaford, N.Y. 11783
                                 Lafertype@verizon.net


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

497

# Proceedings

1      MR. SPECTOR:  Judge, just a brief issue before

2  we begin.  There was some testimony from this witness,

3  Nathalie Yagoub about another young woman who was present

4  at the defendant's home with her named Joanna.  We're not

5  -- Joanna is not a witness at this case and we're not

6  going to be arguing that she was a victim of any of the

7  crimes.  So, the defense should not be allowed to cross-

8  examine this witness as to any issues of whether Joanna

9  was victimized, whether Joanna was happy, any cross along

10  those lines because it's just not relevant.

11      MR. SCHNEIDER:  I disagree.

12      MR. SPECTOR:  Judge, I don't know how -- we've

13  already briefed this.  I don't know how it's legally

14  relevant, even if assuming there was a consensual

15  relationship with Joanna, the fact that the defendant had

16  a consensual relationship with some other woman who is

17  not testifying here and is not a victim is legally

18  irrelevant.  It's similar to a fraud case where

19  investment manager steals from five clients and doesn't

20  steal from five others.  The fact that he didn't rob some

21  of his clients is legally irrelevant as to the issue of

22  whether he robbed the ones that he stole from.

23      THE COURT:  Well how did her name come up?

24  Refresh my recollection?

25      MR. SPECTOR:  Just as background.  She

498

**Proceedings**

1   testified that there was another woman staying there.

2   And there's one piece that's relevant to the assault, and

3   that's -- she testified that when she was in the bedroom

4   -- I believe her testimony was when she was in the

5   bedroom, the defendant was holding her down and Joanna --

6   he told Joanna to touch her breasts.  They can cross-

7   examine on the facts of that assault but they shouldn't

8   be able to cross-examine anything about whether Joanna

9   was victimized, whether Joanna was happy, whether the

10  defendant assaulted Joanna because it's not a relevant

11  issue at this trial.

12          MR. SCHNEIDER:  Our position is that the

13  government's going to argue that a force in this case was

14  some sort of coercive environment.  So what this witness

15  saw in the house, including this other woman, who she

16  stayed alone in the house with for five days when

17  Mr. Yannai and his wife were in Turkey, is relevant to

18  the climate in the house.

19          She spoke to that woman.  They discussed

20  things.  All that is certainly relevant as to whether

21  there was a climate of coercion or a climate of fear in

22  the house.

23          MR. SPECTOR:  Well that would go to Joanna's

24  state of mind which is not something this witness is

25  competent to testify to.

499

## Proceedings

1        MR. SCHNEIDER:  No, no.

2        MR. SPECTOR:  It sounds like they're trying to

3   elicit hearsay testimony by Joanna's statements, all of

4   which is entirely inappropriate.

5        MR. SCHNEIDER:  No, we would elicit statements

6   this witness made to Joanna.  And the government's

7   interviewed Joanna.  We have reports of investigation of

8   that.  We understand what those discussions were.

9        THE COURT:  Well that's admissible, isn't it,

10  assuming it's relevant.

11       MR. SPECTOR:  They can question this witness

12  about whether she complained to Joanna but they should

13  not be able to question this witness about whether Joanna

14  was victimized.  That's the issue.

15       MR. SCHNEIDER:  I think we -- look, our

16  position, we can question this witness about what she

17  saw.  Obviously she can't say whether that woman

18  consented.  She can say about what she saw.  She can't

19  give that woman's state of mind.  I understand that but I

20  don't understand --

21       THE COURT:  All right.  As long as you limit it

22  to what she saw.

23       MR. SCHNEIDER:  Okay.

24       MR. SPECTOR:  Well, but just so we're clear,

25  I'm sorry to belabor this, but that shouldn't include the

**Proceedings**

1  cross-examination about whether Joanna was happy, whether

2  Joanna was free to leave; all that sort of thing.

3          THE COURT:  He just said he was going to do it

4  as to what she saw.  I don't know how she could testify

5  as to her state of mind.

6          MR. SCHNEIDER:  She can't.

7          MR. SPECTOR:  But I don't know what that line

8  of questioning means.  Maybe to avoid a side-bar, we can

9  just get a proffer on what that's going to be.

10          MR. SCHNEIDER:  I f I ask something that's

11  objectionable, you'll object and the Judge will sustain

12  it or he won't.

13          MR. SPECTOR:  Can we have a proffer?  I'm not

14  going to -- the rest of the direct is just going to be

15  after she left.  It's not going to involve Joanna.  So,

16  I'd ask for a proffer of what the cross is going to be on

17  that.

18          MR. SCHNEIDER:  I'm going to ask her about what

19  she said to Joanna when Mr. Yannai was away in Turkey,

20  whether she discussed with Joanna whether she should be

21  -- meaning whether this witness should leave.  I'm going

22  to discuss with her the alleged sexual contact that she

23  had with Joanna and Mr. Yannai that you've already

24  questioned her about.  Right now I can't recall anything

25  else that I'm going to go into.  It's possible something

501

**Proceedings**

1   will pop up when I'm up there.

2          But I don't understand the government's

3   concern.  This witness can't testify that this other

4   person was there consensually or not.  I understand that.

5   I'm not going to ask that.

6          THE COURT:  All right.

7          MR. SPECTOR:  And those three lines, we have no

8   objection to.

9          THE CLERK:  Bring in the witness.

10         THE COURT:  The interpreter, you want to come

11  up.  We're not going to break for lunch until 2:15.

12         MR. SPECTOR:  We had a big breakfast, Judge.

13         THE COURT:  I have snacks in my office.

14         MS. CESARE:  Your Honor, we're waiting for 3500

15  material on the next witness.

16         THE COURT:  You can't wait to tell this second.

17

18

19

20

21

22

23

24

25

502

Ms. Yagoub - Direct - Mr. Spector

1      (Jury enters the courtroom.)

2      THE COURT:  Please be seated.

3      (Witness retakes the stand.)

4      THE COURT:  You're still under oath.

5      MR. SPECTOR:  May I proceed, your Honor?

6      THE COURT:  Yes.

7  CONTINUED DIRECT EXAMINATION

8  BY MR. SPECTOR:

9  Q.   Ms. Yagoub, last night I think we left off when the

10 defendant had taken you to the train station and you had

11 just gotten on the train.  Once the doors closed and you

12 were on the train, did you have a plan at that point?

13 A.   No, I didn't.

14 Q.   Did you know where the train was going?

15 A.   Yes, I'm sorry.  I asked in the train if it's going

16 to Manhattan because I didn't know other boroughs, so I

17 asked if it's going to Manhattan and he said yes.

18 Q.   And did you buy a ticket on the train?

19 A.   Yeah.

20 Q.   What money did you use to buy the ticket?

21 A.   I still had a little amount left, like I had maybe

22 fifteen bucks or something like that.

23 Q.   Where did the train arrive?

24 A.   At Grand Central Station.

25 Q.   And what did you do when you got there?

Transcription Plus II, Inc.

Ms. Yagoub - Direct - Mr. Spector

A.   I was reaching to terminal.   I was carrying two bags

and I approached a police officer and asked him whether

he had any suggestion where I could spend the night.

Q.   And what did he say?

MR. SPECTOR:  Judge, we thought it might be

helpful for the jury to hear the witness' tone of voice,

even if she's speaking in a different language.

THE COURT:  All right.  Then speak next to the

mic.

THE WITNESS:  Okay.

A.   Could you repeat your question?

Q.   Sure.  What did the police officer say to you?

A.   He suggested that I spend the night at a hotel.  So I

told him that I couldn't do that because I didn't have

enough money.  So then he indicated that at the end of

the hall, there was a homeless shelter and he recommended

that I go over there.

Q.   What happened next?

A.   Well, the police officer was kind enough to help me

carry the bags towards this homeless shelter.  And just

before we got there, a guy approached us.

Q.   And did you later learn this guy's name?

A.   Tunc.

Q.   Okay.  And what happened next?

A.   So this man was very -- this young man was very sort

504

Ms. Yagoub - Direct - Mr. Spector

1   of stressed and sort of hectic.  And I had the feeling

2   that he and the police officer knew each other.  And he

3   asked the police officer if he knew somebody who was

4   interested in renting his apartment for one month.

5       So, I looked at the police officer.  He looked at me.

6   This young man looked at us and so, I said well I can't

7   afford to pay rent for one month.  What I really need is

8   a bed for one or maybe two nights.

9       So, Tunc -- Tunc, this young man said that that was

10  okay.  I could use his apartment for one night.  And but

11  I would have to wait until evening because he was working

12  in a store at Grand Central.  And at the end of his

13  workday, he would give me the keys.

14  Q.   And did you wait until the evening?

15  A.   Yes, I did.  I took a walk in New York and waited

16  until evening.

17  Q.   And after Tunc finished work, did you go to his

18  apartment?

19  A.   Yes, I returned to Grand Central Station and then he

20  and I went to his apartment.

21  Q.   Where was that?

22  A.   In Queens.

23  Q.   And approximately how long did you stay at Tunc's

24  apartment?

25  A.   About one week.

505

Ms. Yagoub - Direct - Mr. Spector

1   Q.   And did there come a point when you were able to find

2   a job in New York?

3   A.   Well, Tunc understood that I was in a difficult

4   financial situation and he suggested that I go to Craig's

5   List, which I didn't know.  He showed me how that works,

6   how to operate the system and I looked for a job.  And

7   after a few days, I found a job.

8   Q.   Where did you find a job?

9   A.   In a restaurant.

10  Q.   What restaurant?

11  A.   The name?

12  Q.   Yes.

13  A.   Bella Luna, it was called.

14  Q.   And what did you do there?

15  A.   In Manhattan.

16  Q.   What work did you do?

17  A.   Waitress.

18  Q.   Were you able to work in the United States legally?

19  A.   No.

20  Q.   Why did you stop working there?

21  A.   Because the -- I was late and the boss told me that

22  there was already almost at the end before I got home to

23  Austria.  So, I didn't care but he told me that I

24  shouldn't come back because I was late and yeah, I got

25  sort of fired.

506

Ms. Yagoub - Direct - Mr. Spector

1   Q.   Okay.   After you stayed at Tunc's, was there

2   somewhere else that you lived in New York?  Did you live

3   somewhere else in New York other than at Tunc's?

4   A.   Yes.

5   Q.   Where was that?

6   A.   In 153rd Street.

7   Q.   In the Bronx?

8   A.   No, it's not yet the Bronx.

9   Q.   Upper Manhattan?

10  A.   I think it's -- yeah.

11  Q.   Okay.  Did you have enough money to pay for your own

12  rent at that point?

13  A.   Not enough; no.  A part, yes and a part, no.

14  Q.   Where did you get the money?

15  A.   Yeah, I got paid weekly where I was working.  So I

16  had something for the first time.  And then yeah -- and

17  then I started to call my mom and I asked her for the

18  first time to send me money with Western Union.

19  Q.   You said that's the first time you'd asked your

20  mother for money?

21  A.   Yeah.

22  Q.   Why hadn't you asked her for money sooner?

23  A.   I have a -- well, my mother also was in a difficult

24  financial situation and actually she had been to the

25  hospital because it was all too much for her, the death

507

Ms. Yagoub - Direct - Mr. Spector

1  of my father and taking care of my grandmother and

2  renovating the house where they were.  So I didn't really

3  want to additional put a burden on her but then at the

4  end, I just didn't know what else to do because I had to

5  pay the rent.

6  Q.   Now while you were still in the United States, but

7  after you had left the defendant's home, did you ever

8  e-mail the defendant?

9  A.   Once.

10 Q.   Why did you do that?

11 A.   Well it was a very banal e-mail.  What happened is

12 that I left a CD behind, a CD that a friend of mine had

13 made for me for my trip to New York.  And when I found

14 out at Tunc's house that I didn't have it, I said, oh, my

15 I would like to have it back.  So I sent him an e-mail

16 asking to get that CD back.

17 Q.   Was there any other reason in your mind that you

18 wanted to send that e-mail to the defendant?

19 A.   Well I had to send him my address in case he was

20 going to send back the CD to me.  But on the other hand,

21 I was also happy to show him that I had an address

22 because he had said "Oh, you have no money.  Where are

23 you going to go?"  So I wanted to prove to him that I had

24 found a place to live that was sort of in the back of my

25 mind.

Ms. Yagoub - Direct - Mr. Spector

1  Q.   Did there come a time you decided to leave the United

2  States?

3  A.   Yes, I waited until the expiration date of my visa

4  because I didn't want to stay longer and then took a

5  flight back to Austria.

6  Q.   Did you have enough money to pay for the plane ticket

7  at that point?

8  A.   I had -- no.

9  Q.   Who paid for the plane ticket?

10  A.   Well it was this Tim, who we mentioned yesterday,

11  this young man whom I met and we fell in love with each

12  other.  And he helped me buy the ticket and I promised

13  him to send the money back to him from Austria.

14  Q.   And did you meet Tim at Bella Luna?

15  A.   Yes.

16  Q.   After you got home to Austria, did you tell your

17  family about what had happened?

18  A.   No, I did not tell them what happened.

19  Q.   Why not?

20  A.   I did tell them what I had done in New York City but

21  I did not tell them about what had happened at the house.

22  Q.   Why not?

23  A.   Well up to a very short time ago, I still hadn't told

24  my family about it.  It was a very embarrassing and

25  shameful period in my life. And because it was my family,

509

Ms. Yagoub - Direct - Mr. Spector

1   I just couldn't get myself to telling them about it.

2       Well and another reason why I didn't want to tell my

3   mother about what had happened is that she and I sort of

4   had prepared and worked on this trip together.  And I

5   could -- I knew I could get over -- eventually I could

6   get over what had happened but I wasn't sure about my

7   mother and I didn't want her to blame herself for the

8   rest of her life.

9   Q.   Did you consider telling the authorities about what

10  had happened?

11  A.   No, I didn't do that either.

12  Q.   Why not?

13  A.   Well the thing was, I was living -- I was staying

14  with a man in Westchester who owned a huge house with his

15  own pond.  He had four cars.  He had several bank

16  accounts.  He had a publishing business with large

17  editions.  And I asked myself, will I be able to find a

18  lawyer and is anybody -- what chances do I have against

19  this man?  Is anybody going to believe my story against

20  such a powerful man?

21      So my answer to that question was no, I was going to

22  have no chance.  I was going to multiply my problems.  I

23  would run into more difficulties that I had already.

24  Q.   Did you ever have any further contact with the

25  defendant after you got back home?

510

Ms. Yagoub - Direct - Mr. Spector

1   A.   Never again; no.

2   Q.   Did you do any internet research about the defendant

3   after you got back home?

4   A.   Yes.

5   Q.   Why did you do that?

6   A.   After one year, I went into the internet to find out

7   about this Who's Who book that he had been working on

8   this F-2 Travel Guide that I personally had been

9   involved.  And so I wanted to know what has happened and

10  what was going on.

11  Q.   After -- did you continue to look on the internet

12  after that?

13  A.   So about a year ago, I had sort of an instinct at 3

14  o'clock in the morning.  I was sitting at the computer

15  and I entered the name Joseph Yannai.  This was three

16  years after the -- after what had happened.

17  Q.   Now without telling us what you saw, did you see

18  anything?

19  A.   Yes.

20  Q.   And after you saw that on the internet, what did you

21  do?

22  A.   I found on the internet the telephone number of the

23  police station in Pound Ridge and called them because I

24  was curious to find out what had really happened.

25  Q.   And did you tell them anything about what had

Ms. Yagoub - Direct - Mr. Spector

1  happened to you?

2  A.   I wasn't sure how much they knew, how much

3  information they had.  So I just asked the what had had

4  happened to this man and told them that I had worked for

5  him.

6  Q.   Now before you made that phone call had anyone from

7  law enforcement contacted you about the case?

8  A.   No.

9  Q.   Did you agree to come to the United States to testify

10 at this trial voluntarily?

11 A.   I did; yes.

12 Q.   Were you required to come here today?

13 A.   No.

14 Q.   Do you know someone named Anne Simonsen?

15 A.   No.

16 Q.   Do you know someone named Laura Ramirez?

17 A.   No.

18 Q.   Do you know someone named Vanessa Stenzel?

19 A.   No.

20 Q.   Do you know someone named Bernadett Herczeg?

21 A.   No.

22 Q.   Do you know someone named Gisele Lunkes?

23 A.   No.

24 Q.   Do you know who any of the other witnesses in this

25 case are?

512

Ms. Yagoub - Cross - Mr. Schneider

1  A.   No idea; no.

2         MR. SPECTOR:  Can I have a moment, your Honor?

3         (Pause.)

4         MR. SPECTOR:  No further questions.

5  CROSS-EXAMINATION

6  BY MR. SCHNEIDER:

7  Q.   Good morning, Ms. Yagoub.

8  A.   Good morning.

9  Q.   My name's Mike Schneider.  I'm going to ask you some

10  questions.

11  A.   Yes.

12  Q.   Now soon after you got to the house in Westchester --

13  let me back up.  You arrived on March 19, 2006; is that

14  right?

15  A.   I do not recall the exact date.  I believe it was the

16  12th.

17  Q.   You don't have a -- you haven't looked at a copy of

18  your ticket or anything like that?

19  A.   I did not have a copy of the -- for the purchase of

20  my tickets.  I didn't have a credit card back then.  So I

21  bought the ticket from a travel agent.

22  Q.   And the government hasn't shown you anything to

23  refresh your recollection about when you traveled?

24  A.   I would have to look at the e-mails because there's

25  one e-mail in which I said I am going to arrive next

Ms. Yagoub - Cross - Mr. Schneider

1   Sunday, but I do not recall whether it was the 12th, the

2   14th or 19th of March.

3   Q.   Soon after you arrived, you started working in the

4   home office in Mr. Yannai's house; correct?

5   A.   Correct.

6   Q.   And you were working on a computer; is that right?

7   You would work using a computer?

8   A.   Yes.

9   Q.   And very soon after you arrived, you said Mr. Yannai

10  would go past you and he would grab your breasts

11  sometime; right?

12  A.   Right.

13  Q.   And when that happened, you would push his hands away

14  and you would say don't do that or words to that effect;

15  is that correct?

16  A.   Yes.

17  Q.   And when you told him to stop, he stopped.

18  A.   Not right away.

19  Q.   Well did he stop -- after you told him to stop, what

20  did he do?

21  A.   He told me I shouldn't be so selfish, that I should

22  continue with my work and he continued doing that.

23  Q.   So when you told him to stop, he would call you

24  selfish; right?

25  A.   Well, not only that, during the course of these

514

Ms. Yagoub - Cross - Mr. Schneider

1    events, he also in between his putting his hands on me,

2    he also asked things like "You don't want me to invest in

3    you anymore and don't you want to continue working for

4    me?"

5    Q.   And he would say things like "You're stupid to resist

6    me," things like that?

7    A.   Among other things.

8    Q.   I'm going to show you what's been previously marked

9    Government Exhibit 820 and is in evidence.  We can

10   publish this to the jury.  Can you see that, Ms. Yagoub?

11   A.   I can see that; yes.

12   Q.   Right.  That's an e-mail dated March 10.

13   A.   Yes.

14   Q.   This is an e-mail you were referring to -- I'm sorry,

15   is that an e-mail from Sylvia to you; right?

16   A.   This is an e-mail from Sylvia; yes.

17   Q.   And it says that you are arriving here on Sunday;

18   right?

19   A.   Yes.

20   Q.   So you were correct, you arrived March 12.

21   A.   Yes.

22   Q.   When you were in the house, with Mr. Yannai, did he

23   ever hit you?

24   A.   No, he never hit me.

25   Q.   Did he ever threaten to hit you?

515

Ms. Yagoub - Cross - Mr. Schneider

1    A.   You mean whether he threatened to hit me?

2    Q.   Yes.

3    A.   No.

4    Q.   Did he ever threaten to call immigration because you

5    had come to the country illegally?

6    A.   No.

7    Q.   Did he ever drag you into his bed?

8    A.   No.

9    Q.   He would grab you.  He would grab your breasts.

10   Would he grab your butt?

11   A.   Not only.

12   Q.   I'm sorry?

13   A.   Not only.

14   Q.   But he would do those things?

15   A.   Yes.

16   Q.   And in the beginning, you would tell him to stop;

17   right?

18   A.   Yes.

19   Q.   But he continued trying to touch you over the days;

20   is that right?

21   A.   Right.

22   Q.   And eventually, you stopped saying no, is that right?

23   Eventually, you stopped saying no?

24   A.   Yes.

25   Q.   And you allowed him to touch you.

516

Ms. Yagoub - Cross - Mr. Schneider

1  A.   Yes.

2  Q.   He was persistent, Mr. Yannai?

3  A.   Oh, yes.

4  Q.   And eventually, you started getting into bed with him

5  after his naps; is that right?

6  A.   Well, first of all, normally I was in his room after

7  he woke up from his nap.  And in the beginning, I just

8  sat on the bed and we had conversations.  I never was

9  under the blanket.

10  Q.   You -- the whole time you were never under the

11  blanket or did it come to a point when you were lying in

12  bed with him?

13  A.   I was never under the blanket.  The bed was covered

14  with a day spread.

15  Q.   Were you ever lying in the bed on top of the

16  bedspread?

17  A.   It happened; yes.

18  Q.   When you would sit in the room, and not lie down,

19  would he try to get you to lie down?

20  A.   Yes.

21  Q.   He talked to you and he tried to get you to lay next

22  to him; right?

23  A.   Yes.

24  Q.   He tried to persuade you?

25  A.   He didn't persuade me exactly.  He didn't ask me in a

517

Ms. Yagoub - Cross - Mr. Schneider

1  nice, gentle way to lie down with him but he sort of

2  threatened me in regard to the -- my work situation.

3  Q.   Well, was the threat that you could go back home to

4  Austria?

5  A.   Among other things; yes.

6  Q.   Well what other things?

7  A.   Well, he said that he was not going to invest in me

8  any longer and that he would not help me to achieve

9  success professionally.  And that I had no money.  He

10 knew that.  And that I had no other place to go to.  And

11 he promised a lot of things.

12 Q.   He promised you things?  He promised you things?

13 A.   Yes, of course.

14 Q.   Like to teach you to be a businesswoman?

15 A.   Yeah, that's how he started everything.  Well, he

16 during a two-week e-mail exchange had gotten all the

17 information about me out of me.  He really knew

18 everything about me and these e-mails also contained

19 promises.  I don't want -- I don't know whether you want

20 me to list these promises.  And I think it takes a lot to

21 convince a person to leave her family to travel to a new

22 continent and to basically start on a new life.  You have

23 to awaken a lot of hopes and expectations in that person

24 before one would do that.

25 Q.   And you had those hopes and expectations?

518

Ms. Yagoub - Cross - Mr. Schneider

1  A.   Of course.

2  Q.   You had a dream of studying in New York City?

3  A.   Yes.

4  Q.   You had a dream of having $20,000 after you worked in

5  Westchester for a year?

6  A.   That was not a dream that I had all my life but that

7  was a promise that he had made that at the end of one

8  year, I would get paid $20,000 for my work as a bonus.

9  And he also promised that I would receive a work permit,

10  a green card.

11  Q.   And those are some of the things you were interested

12  in -- interested in obtaining.

13  A.   Of course.

14  Q.   At some point, when you would lie in bed with him, he

15  would start to touch you again, touch your breasts, touch

16  every part of your body; is that correct?

17  A.   Correct.

18  Q.   And again, initially you resisted.  You asked him to

19  stop.

20  A.   Yes.

21  Q.   He was persistent however, and eventually you allowed

22  him to touch you; is that right?

23  A.   By the time; yeah.  After a while; yes.

24  Q.   In fact, you testified yesterday that you had the

25  feeling that you were wax in his hand; do you remember

519

Ms. Yagoub - Cross - Mr. Schneider

1  that?

2  A.   What do you mean by wax in his hand?

3  Q.   Well, I am going to show you the transcript from

4  yesterday, page --

5        MR. SPECTOR:  Objection, Judge.  It seems the

6  witness just misheard the question.

7  A.   Yes.  I'm sorry, I just didn't understand the term in

8  English; yeah.

9  Q.   Oh, okay.  I'm going to show you what's been

10  previously marked into evidence as Defendant's Exhibit

11  P-1.  We can show this to the jury.

12        Have you ever seen that picture before?

13  A.   I have seen that yesterday when Mr. Spector showed it

14  to me for the first time when he asked me the same

15  question like you now.

16  Q.   Okay.

17  A.   Yeah.

18  Q.   And is that Joanna?

19  A.   This is Joanna; yeah.

20  Q.   And Joanna was in the house when you arrived?

21  A.   Yes.

22  Q.   And at some point, both you and Joanna were in

23  Mr. Yannai's bed with him; is that right?

24  A.   Right.

25  Q.   Did that happen just once?

Ms. Yagoub - Cross - Mr. Schneider

1   A.   That happened once; yes.

2   Q.   Now Mr. Yannai hadn't forced you into the bed,

3   meaning he hadn't physically grabbed you and placed you

4   in bed with him; had he?

5   A.   That's correct.  There were no visible checks, so-to-

6   speak, cuffs -- handcuffs or anything like that.

7   Visible, no visible constraints.

8   Q.   And when you were in bed with Joanna and Mr. Yannai,

9   he asked you to touch Joanna's body; is that right?

10  A.   No -- yes.

11  Q.   And you did that?

12  A.   As I testified yesterday, I started doing that but

13  then I stopped doing it because I just couldn't continue.

14  Q.   Well when you stopped, did he threaten to hit you if

15  you didn't start again?

16  A.   No.

17  Q.   Did he make you start again after you stopped?

18  A.   No, he did not physically force me to continue but he

19  used words.  He talked to me.  And I do not remember

20  exactly how it eventually stopped but it did stop.

21  Q.   Did he call you selfish?

22  A.   Yes, and more.

23  Q.   As you look back on this time, it's all very

24  embarrassing; yes?

25  A.   It was not just embarrassing, it was painful and I

521

Ms. Yagoub - Cross - Mr. Schneider

1  remember that back then, I was desperate.

2  Q.   Mr. Yannai often told you he loved you; right?

3  A.   And the whole situation was corrupt.

4  Q.   That's your view, it was corrupt?

5  A.   Yes.

6  Q.   You're mad at him, that fat old guy; right?

7  A.   Oh, yes.

8  Q.   You don't like him?

9  A.   No.

10 Q.   You testified yesterday when Mr. Spector asked you a

11 question, I'm going to read it exactly, it's on page 472

12 of yesterday's transcript.  Mr. Spector asked you:

13          "Question:  During the time that this was

14 happening, did you feel like you were able to say no to

15 him?

16          "Answer:  No, not really.  Today I think I

17 could have said no but back then I was just out of

18 school.  I was not able to do that."

19      Do you remember that answer?

20 A.   I remember that answer; yes.

21 Q.   So today, what four years later, you're older, you're

22 more mature --

23 A.   I --

24 Q.   Five -- sorry, five years later, you're older, you're

25 more mature; correct?

Ms. Yagoub - Cross - Mr. Schneider

1  A.   Much more mature; yes.

2  Q.   But you're basically the same size; right?  Are you

3  any taller than you were then?

4  A.   I am the same size since I'm fourteen.

5  Q.   And he looks to be the same size; right?

6  A.   He's sixty-seven now and when I met him he was sixty-

7  two.

8  Q.   Right.  But he's still fat like he was back then.

9  A.   Not my words but yes, the same body; yes.

10 Q.   So when you said you think now you could say no, you

11 meant that you yourself would now have the fortitude to

12 say no; right?

13 A.   That you now would have the what?

14 Q.   Fortitude.

15 A.   Yes, but also because of the experience what

16 happened, so I learned.  Of course, I learned of that and

17 I will never forget it all my life but I learned of it,

18 of course.

19 Q.   Now when you were in the house, Mr. Yannai would

20 often tell you that he loved you; correct?

21 A.   Yes, he said that.

22 Q.   He said that every day; right?

23 A.   Yeah.  Yes.

24 Q.   He wanted you to tell him that you loved him; right?

25 A.   Yes, even if I lied he said.

523

Ms. Yagoub - Cross - Mr. Schneider

1   Q.   He said, "I don't care if you lie, just tell me you

2   love me."  Right?

3   A.   Exactly.

4   Q.   But you wouldn't do it, would you?

5   A.   No.

6   Q.   You refused.

7   A.   Yes.

8   Q.   You said no.

9   A.   I don't remember.  I said once I said it.  This is

10  when he said, "Even if you lie, say it."  And once I said

11  it but I never -- when he said it, I never answered.

12  Q.   Now you never had intercourse with Mr. Yannai;

13  correct?

14  A.   Correct.

15  Q.   Or oral sex?

16  A.   Thank God, no.

17  Q.   He never forced you to do either of those things;

18  correct?

19  A.   Correct.

20  Q.   But at one point you did have a discussion with him

21  about whether you would have sex with him; do you

22  remember that?

23  A.   I remember that; yes.

24  Q.   And you told him "There's no way I would ever have

25  sex with you;" right?

524

Ms. Yagoub - Cross - Mr. Schneider

1   A.   Right.

2   Q.   Do you remember what he said?

3   A.   He told me that one day I would be on my knees

4   begging him to go to bed with me and I told him never.

5   Q.   He told you, "No, one day you're going to beg me to

6   have sex with you."  Yeah?

7   A.   Yes.

8   Q.   Did he seem to believe that?

9   A.   Whether he seemed to believe that?

10  Q.   Yeah, did he seem to believe that?

11  A.   I guess so; yes.

12  Q.   Now in the house you had your own room; right?

13  A.   Right.

14  Q.   There's closets in the room; is that right?

15  A.   Yes.

16  Q.   You could keep your stuff in there?

17  A.   Yes.

18  Q.   You had your passport with you?

19  A.   I don't remember; yeah.

20  Q.   Well, did he -- did Mr. Yannai ever --

21  A.   I don't know.  I don't remember but I think I had it

22  with me, but I am not sure.

23  Q.   Well do you remember Mr. Yannai taking it from you

24  and hiding it?

25  A.   I just don't remember whether I had it.  Maybe I did

Ms. Yagoub - Cross - Mr. Schneider

1   but I am not sure.

2   Q.   You had a little bit of money.

3   A.   A very, very small amount.

4   Q.   And you could close the door to that room; yeah?

5   A.   No, I could not do that.

6   Q.   You couldn't close the door?

7   A.   You mean close or lock?

8   Q.   I mean close.

9   A.   Yes, yes, that I could.

10  Q.   And would -- you spoke to Joseph in your room at

11  least two times; is that right?

12  A.   During the entire time that I was at his house?

13  Q.   Yes.

14  A.   No, more often I think.  I don't know.

15  Q.   Well, I don't know, I said at least two.

16  A.   I think so; yes.

17  Q.   But Joseph, Elena and Joanna treated that room like

18  it was yours, meaning it was your private space.

19  A.   Well, Joseph did come into that room.

20  Q.   I understand but did he knock before he came in?

21  A.   I think so.

22  Q.   And after you arrived at the house, you were able to

23  call your family in Germany?

24  A.   That's true.

25  Q.   You spoke to them in German; yeah?

Ms. Yagoub - Cross - Mr. Schneider

1  A.   Yes.

2  Q.   Do you have any knowledge about whether Mr. Yannai

3  speaks German?

4  A.   As far that I know, not, no.

5  Q.   And when you spoke to your family, you didn't tell

6  them, "Look, the old man's hitting on me.  I want to

7  leave;" correct?

8  A.   Well, why should I say he hit me if he didn't hit me?

9  Q.   I'm sorry.  I'm sorry, that was an idiom.  I didn't

10  say -- I said hitting on.  You didn't tell him that the

11  old man was making sexual advances towards you?

12  A.   That's right.  I did not mention that on the

13  telephone in the hope that he would stop doing that but I

14  did sort of between the lines mention it in my e-mails.

15  Q.   Either by phone or e-mail, you never contacted

16  somebody, your family or friends, and said "I need to

17  leave this place.  I need to be rescued;" did you?

18  A.   Yes, I did.

19  Q.   Who did you tell?

20  A.   I know that once I wrote to a friend asking her

21  whether she could try to find an apartment for me in New

22  York City because I just had to leave this house.  And I

23  also mentioned in e-mails that I refused to have physical

24  contacts with him.  That I was not willing to go into a

25  physical relationship.

527

Ms. Yagoub - Cross - Mr. Schneider

1          THE INTERPRETER:  Sorry.  I misunderstood.

2     A.   That I said in my e-mails that I did not want to go

3     into the fact -- okay.  And I mentioned at the end of an

4     e-mail that I do not want to mention physical contact.

5     Q.   Meaning -- let me stop you there.  Meaning that you

6     wrote to somebody, "I don't want to talk about the

7     physical stuff that's going on?"

8     A.   Yeah, that was the last sentence of a long, longish

9     e-mail.

10    Q.   Now we established that you arrived in New York on

11    March 12; correct?

12    A.   Correct.

13    Q.   I'm going to show you what's been previously marked

14    as Government Exhibit 3500-NY-16.  I'm just going to show

15    you it to and ask you if you recognize that.

16    A.   I recognize that; yes.

17    Q.   What is it?  What is it?

18    A.   This was a collection of letters that I compiled

19    addressed to my brother but I never sent them to him.

20    Q.   Did you write them when you were at the house in

21    Pound Ridge?

22    A.   Yes.

23    Q.   And did you keep them when you went to New York City

24    and then back to Austria?

25    A.   Yes.

528

Ms. Yagoub - Cross - Mr. Schneider

1  Q.   And you were able to call your -- I think you

2  testified yesterday that your phone privileges were

3  restricted at some point?

4  A.   Yes, that's true.

5  Q.   But you were able to call your mother at least three

6  weeks after you had arrived; do you remember that?

7  A.   I don't remember that.

8  Q.   I'm going to show you --

9  A.   Well on the other hand, I would not have stopped a

10 car to take me to a telephone -- to a pay station which

11 is not exactly without risk.

12 Q.   Well let's talk about that.  You would go to town

13 once in a while; right?

14 A.   Yes.

15 Q.   And you would go up to the road that runs right in

16 front of the house; right?

17 A.   Yes.

18 Q.   And you would start walking towards town and you

19 would hitchhike along the way.

20 A.   Yes.

21 Q.   And you did that how often?

22 A.   I do not exactly recall but I would say at least once

23 a week.

24 Q.   And how many weeks were you there; do you know?

25 A.   About one month.

529

Ms. Yagoub - Cross - Mr. Schneider

1   Q.   So four or five weeks?

2   A.   Yes.

3   Q.   And when you got to town, you would use a pay phone

4   to call Europe?

5   A.   Yes.

6   Q.   You had bought a phone card?

7   A.   Uh-huh.

8   Q.   You have to answer yes or no.

9   A.   Sorry; yes.

10  Q.   And who would you call from town?

11  A.   My family.

12  Q.   Your brother?

13  A.   For example, yes.

14  Q.   Maybe your mother?

15  A.   Maybe, too; yes.  I think I talked to my brother on

16  the telephone because he told me during that conversation

17  that my mother was at the hospital.  She was at the

18  hospital at the end of March, early April.

19  Q.   I'm going to show you what's been previously marked

20  Government Exhibit 3500-NY-16.  And I think it's page 5.

21  Just at the top, you can look at that and tell me if it

22  refreshes your recollection about whether you spoke to

23  your mother on the phone.  I think it's --

24  A.   Uh-huh.  Should I translate that or --

25  Q.   No, no.

530

Ms. Yagoub - Cross - Mr. Schneider

1   A.   No, okay.

2   Q.   I'm just -- just look at it.  Now did you talk to

3   your mother on the phone?

4   A.   Can I see it again, please?

5   Q.   Sure.

6            THE INTERPRETER:  The witness asked me to

7   translate this sentence.

8            MR. SCHNEIDER:  I don't need you to translate

9   the sentence.

10  Q.   I'm just asking you now if you now recall if you

11  spoke to your mother on the phone?

12  A.   Yes, when she was in the hospital; yes.

13  Q.   And can you say -- tell what date it was you spoke to

14  her?

15  A.   2nd April.

16  Q.   So you spoke to your mother on the phone April 2.

17  A.   Yes.

18  Q.   That was about -- you had been in the house three

19  weeks then; right?

20  A.   Yes.

21  Q.   Mr. Yannai had been touching your body; correct?

22  A.   Yes.

23  Q.   You didn't tell your mother about that; right?

24  A.   Right.

25  Q.   And you didn't tell your brother about that.

531

Ms. Yagoub - Cross - Mr. Schneider

1   A.   Right.

2   Q.   When you would go hitchhike to town, did

3   Mr. Yannai --

4   A.   Excuse me.  Can I correct myself?

5   Q.   Absolutely.

6   A.   Yeah, because I wrote, for example -- to my brother,

7   I wrote that indirectly.  I had -- I exchanged frequent

8   e-mails with my brother and at the end of one of these e-

9   mails, I said "And I do not want to talk about physical

10  contacts."  So in a way I did inform or tell my brother

11  about it.  And I sent the same e-mail to a girlfriend.

12  Q.   Other than those two instances where you said "I

13  don't want to discuss the physical aspects," you didn't

14  tell anybody anything else about what was happening in

15  the house, about Mr. Yannai touching you; correct?

16  A.   Correct.

17  Q.   When you would go to town, Mr. Yannai knew you were

18  going to town; is that right?

19  A.   Well, he didn't really know where I was going.  He

20  kept refusing me to use his telephone.  So I told him "I

21  am going to look for a payphone" and he said, "Okay, go."

22  But he didn't know where I went to look for a payphone.

23  Q.   But he knew you were leaving the house?

24  A.   Yes.

25  Q.   He didn't stop you from leaving the house; did he?

532

Ms. Yagoub - Cross - Mr. Schneider

1  A.  No.

2  Q.  While you were at the house in Pound Ridge, you went

3  on a day trip to New York City; is that right?

4  A.  With Mr. Yannai, you mean?

5  Q.  Yes.

6  A.  Yes.

7  Q.  And did Joanna go with you?

8  A.  Yes, Joanna and Elena.

9  Q.  And what did you do in New York City that day?

10  A.  We went to a Chinese restaurant.

11  Q.  Is that all?

12  A.  I don't recall exactly but I think that's pretty much

13  all we did that day.

14  Q.  While you were in the house, sometimes Mr. Yannai

15  would take you when he ran errands?

16  A.  Yeah, it happened maybe once, maybe twice a week.

17  Q.  And would he take you to eat lunch out at a

18  restaurant sometimes?

19  A.  Well, you can count it on one hand, the number of

20  times we ate out, maybe three times.

21  Q.  What about dinner?  Did you ever eat dinner out at a

22  restaurant?

23  A.  We never had lunch in a restaurant.  We never had

24  lunch outside.  I remember that once he and Elena and

25  Joanna and I went to a Vietnamese restaurant.  Most of

Ms. Yagoub - Cross - Mr. Schneider

1   the time, we had our meals at home and we ordered the

2   food from the internet.

3   Q.   Did -- during the day, did Mr. Yannai ever take

4   Joanna out to run errands and leave you home by yourself?

5   A.   I was never all by myself in the house.

6   Q.   Never?

7   A.   As far as I remember, I was never all by myself in

8   the house.

9   Q.   Now at some point when you were in the house,

10  Mr. Yannai and Elena went on a trip to Turkey; do you

11  remember that?

12  A.   That's not true.

13  Q.   Was it just Mr. Yannai who went to Turkey?

14  A.   Yes, it was just Mr. Yannai.

15  Q.   Was Elena working at that point?

16  A.   Yes.

17  Q.   She was working outside the house?

18  A.   Yes.

19  Q.   And Mr. Yannai's trip, he left on April 1 and he came

20  back on April 5; is that right?

21  A.   I don't remember exactly but it was something like

22  that.  He was gone for three, four days.

23  Q.   I'm going to show you again, Government Exhibit 3500-

24  NY-16.  I don't need you to read it out loud, I am just

25  going to use it to refresh your recollection; okay?  So

534

Ms. Yagoub - Cross - Mr. Schneider

1  if you direct your attention to the date of this writing

2  and that if you read this line.  Ms. Yagoub, I'm just

3  asking if that refreshes your recollection about when

4  Joseph was in Turkey.

5  A.   Yeah, I didn't say that the date you mentioned was

6  wrong.  I just said that I couldn't recall the exact

7  date.

8  Q.   I'm not trying -- I didn't say you did.  I'm just

9  trying to refresh your recollection.

10 A.   Thank you.

11 Q.   So, Joseph went to Turkey from February  (sic) 1 to

12 February 5?

13 A.   Yes.

14       MR. SPECTOR:  Objection.

15 Q.   I'm sorry, April 1 to April 5.  Right?  April 1 to

16 April 5

17 A.   Yes.

18 Q.   Okay.  And at least for some of those days, Elena was

19 at work from 7:00 in the morning till 7:00 or 8:00 at

20 night; is that right?

21 A.   Yes.

22 Q.   And you were home alone with Joanna; right?

23 A.   Yes.

24 Q.   Now you could have called your family from the house

25 then; yes?

535

Ms. Yagoub - Cross - Mr. Schneider

A.   Not really because Joanna had been asked by Joseph to

keep an eye on me and to watch everything I was doing.

So she would have reported on my using the telephone,

writing and reading e-mails, et cetera.

Q.   Joanna -- well, how did you know that?

A.   He told us that before he left.

Q.   And you believed Joanna was going to follow his

instructions?

A.   I  had hoped that she would be relaxed but it didn't

happen.  At one point, I said "I am going to send an

e-mail" and she said, "You better don't do it.  I will

tell him about it."

Q.   Now do you recall a time when you plugged in a space

heater downstairs near the computer area?

A.   Yes, because I was cold.

Q.   And it created an electrical problem; do you remember

that?

A.   Correct.

Q.   Well what exactly happened?  Did the computers go off

or did an alarm go off?

A.   Yes, all of the sudden the computers didn't work

anymore and there was an alarm system that went on or

beeping sounds.

Q.   So what did --

A.   And so, Joanna suggested that -- she wanted to call

536

Ms. Yagoub - Cross - Mr. Schneider

1  Joseph but the phone were out of order, too.  So I

2  suggested that I was going to try to find a neighbor to

3  help us and I finally did find a neighbor who came over

4  to help us.

5  Q.   So you went to a nearby house; right?

6  A.   Yes, I tried to get the attention of a neighbor and

7  the third attempt was successful, somebody opened the

8  door.

9  Q.   And that person came to the house and helped you turn

10  the power back on?

11  A.   Yes.

12  Q.   You didn't tell that person about what -- that

13  Mr. Yannai had been touching you; right?

14  A.   It was a total stranger.  This was a hectic

15  situation.  All we tried to do is get rid of this alarm

16  system because it was still beeping all over the house.

17  Q.   This person seemed pretty helpful though; yeah?

18  A.   Yeah, it was the way a neighbor would help you to get

19  your electricity back.

20  Q.   I'm going to ask you about your drive to the lake

21  now, okay?

22  A.   Okay.

23  Q.   You and Joseph drove to a lake; right?

24  A.   Right.

25  Q.   This was before he went on his trip to Turkey; is

537

Ms. Yagoub - Cross - Mr. Schneider

1  that right?

2  A.   Right.

3  Q.   Do you remember how many days before?

4  A.   I think -- I don't recall but I think it was briefly

5  before his departure -- shortly before his departure.

6  Q.   So within a week, do you think?

7  A.   I think it was less than a week because we wrote this

8  agreement, this contract and he said after his return

9  from his trip, I should have made up my mind which option

10 I was going to choose.

11 Q.   And we know his trip started on April 1.

12 A.   We know; yes.

13 Q.   And when you got to the lake, you stayed in the car;

14 correct?  When you arrived at the lake, you remained in

15 the car?

16 A.   Yes.

17 Q.   Joseph spoke to you?

18 A.   Yes.

19 Q.   He told you he didn't like how things were going in

20 the house with you?

21 A.   Yes.

22 Q.   He didn't like you talking back to him?

23 A.   Correct.

24 Q.   He said you were selfish, that you were self-

25 centered?

538

Ms. Yagoub - Cross - Mr. Schneider

1  A.   Among other things.

2  Q.   Ms. Yagoub, I understand you want to explain

3  yourself.  If you ever want to, you could just ask me but

4  to make this go a little bit faster --

5  A.   Yes

6  Q.   -- if I ask you a question that's --

7  A.   Yes.

8  Q.   -- calls for a yes or no, could you give me a yes or

9  a no?

10  A.   Yes.

11  Q.   Thanks.  He told you he loved you; right?

12  A.   Yes.

13  Q.   He tried to kiss you?

14  A.   Yes.

15  Q.   Did you let him kiss you?

16  A.   No.

17  Q.   You pushed him away; right

18  A.   Yes.

19  Q.   And then you said he pulled you close to him; right?

20  A.   Yes.

21  Q.   And he put his hands inside your pants or your

22  pantyhose?

23  A.   Yes.

24  Q.   And he touched your vagina?

25  A.   Yes.

539

Ms. Yagoub - Cross - Mr. Schneider

1   Q.   Did he insert a finger in your vagina?

2   A.   Yes.

3   Q.   Was he holding you at that time?

4   A.   Yes.

5   Q.   Did you tell him to stop?

6   A.   Yes.

7   Q.   Did he eventually stop?

8   A.   After a time; yes.

9   Q.   Now you have been interviewed several times by law

10  enforcement agents and prosecutors; correct?  Have you

11  been interviewed several times about the facts of this

12  case?

13  A.   Yes.

14  Q.   And do you recall the first time you spoke to Agent

15  Roethel on the phone?

16  A.   To who?

17  Q.   Donna.

18  A.   You mean the very, very first time or --

19  Q.   Yeah, the very first time.

20  A.   Like a year ago?

21  Q.   Yes.

22  A.   Yes.

23  Q.   And do you remember she called you and spoke to you

24  but you didn't have time to speak to her; do you remember

25  that?

540

Ms. Yagoub - Cross - Mr. Schneider

1  A.   That's possible; yes.

2  Q.   And then you arranged a better time where you could

3  spend more time answering her questions.

4  A.   Yes.

5  Q.   And on that time, you had a phone conversation with

6  Donna.  You answered her questions about what happened to

7  you in Pound Ridge; correct?

8  A.   Yes, correct.

9  Q.   You didn't mention to her this incident in the lake

10 where Mr. Yannai put his hands in your pants; correct?

11 A.   Well I did not talk to Donna about it because it was

12 an event that I didn't like to think back to but I did

13 mention it but I didn't go into details.  Later on, I

14 explained the details to an Austrian officer, this is

15 Mrs. Magloch (ph.), when we were sitting together, face-

16 to-face.

17            MS. CESARE:  May we have a break?

18            (Court recessed.)

19

20

21

22

23

24

25

541

Proceedings

1          (Court reconvened outside the presence of the

2     jury.)

3          THE COURT:  The government -- you don't have to

4     translate this.  The government has given me a copy of

5     their letter of May 24 and they want me to so order it.

6     What am I so ordering?

7          MS. CHEN:  Your Honor, the government seeks a

8     protective order relating to certain 3500 or potential

9     3500 material for this witness.  Specifically --

10         MR. SPECTOR:  Not this witness, the next

11     witness.

12         THE COURT:  So why am I dealing with this now?

13         MS. CHEN:  Well, I mean we just thought it

14     would be efficient, so that they could --

15         THE COURT:  Well, you don't --

16         MS. CHEN:  I don't know why you're dealing with

17     it now, to be honest, your Honor.

18         THE COURT:  The truth of the matter is is that

19     you don't want to give him stuff.  You want me to sign a

20     protective order that you not turn over certain material.

21         MS. CHEN:  We are turning over --

22         THE COURT:  To what you're turning over, I

23     don't need to sign an order.

24         MS. CHEN:  That's correct.  But we also ask for

25     certain protections, even as to that material which is

542

Proceedings

1   not to disseminate it, beyond the trial team and to

2   destroy it or return it to the government after the

3   trial's over.

4           THE COURT:  Will you have any objection to

5   that?

6           MS. CESARE:  No.

7           THE COURT:  Okay.  So I so order it.  I'm not

8   so ordering this letter which suggests that I'm agreeing

9   with you necessarily on the rest of it.

10          MS. CHEN:  That's fine, your Honor.

11          THE COURT:  Okay.

12          MR. SPECTOR:  Thank you, Judge.

13          MS. CESARE:  Thank you, Judge.

14

15

16

17

18

19

20

21

22

23

24

25

543

Ms. Yagoub - Cross - Mr. Schneider

1                (Jury enters the courtroom.)

2                THE CLERK:  Please be seated.

3     BY MR. SCHNEIDER:

4     Q.   So, Ms. Yagoub, when we broke, I think you were

5     answering my question about whether you told Donna on

6     your phone conversation about a year ago about Mr. Yannai

7     putting his hands in your pants at the lake.  Yes?

8     A.   Yes.

9     Q.   And I believe you said that you didn't tell her that

10    specifically because it was too embarrassing; was that

11    your answer?

12    A.   This is what I answered; yes.

13    Q.   And last week, you met with Mr. Silverman.  You see

14    the young man with the beard at my table; do you

15    recognize him?

16    A.   I do; yes.

17    Q.   And you -- he asked you some questions about the

18    case; right?

19    A.   Right.

20    Q.   In the lobby of the Marriott, just down the block;

21    right?

22    A.   Right.

23    Q.   And you spoke to him about the case; right?

24    A.   I spoke --

25                THE COURT:  If he asked her some questions,

544

Ms. Yagoub - Cross - Mr. Schneider

1   then it's obvious that she spoke to him about the case.

2   Could we move this along a little bit?

3            MR. SCHNEIDER:  Yes.

4   Q.   And there was a young lady with him.

5   A.   Yes.

6   Q.   And they asked you about what happened at the lake.

7   A.   Yes.

8   Q.   And you didn't tell them about Mr. Yannai putting his

9   hands in your pants; is that right?

10  A.   They didn't ask me about it, I think.  I don't

11  remember.  First of all, they pretended to be of us, so I

12  thought I would -- if I had known that they were from the

13  opposing side, I certainly would not have talked to them,

14  especially -- but the gentleman with the glasses said to

15  me, "Isn't Joseph a devil?"  And I said, "Yes, he is a

16  devil."

17  Q.   That man didn't give you a card?

18  A.   After our conversation when he came back, twice.  I

19  mean when he came back for a second time.  He left and

20  then he came back to give me a card.

21  Q.   You wouldn't have spoken to him if you knew he worked

22  for Joseph?

23  A.   No.

24  Q.   Why not?

25  A.   Why should I talk to anybody who is on his side?

545

Ms. Yagoub - Cross - Mr. Schneider

Q.   When you first got to the house, Elena didn't work
outside the house; correct?

A.   Correct.

Q.   And for how long -- after how long did she get a job
outside the house?

A.   I'm not quite sure but I believe it was after
something like after two weeks or maybe ten days.

Q.   Did you think that Elena knew that Joseph was
touching you?

A.   I always ask myself this same question; does this
woman know what is going on here?  Does she see it or
does she not see it?  I kept asking that to myself.

Q.   Did you ever tell her?

A.   No.

Q.   Why not?

A.   Because she, this woman adored this man.  She told
him -- she told us about his personality and how his
character and how we should handle him.  And she
supported him.  She was a very strong woman, supporting a
strong man.  And that's the reason why it would have
never occurred to me to tell her about what was going on
in the house.

Q.   So it was you feared that she would just take
Joseph's side?

A.   I was not afraid.  I didn't fear anything but it -- I

546

                    Ms. Yagoub - Cross - Mr. Schneider

1   would not have come to my mind to tell her about these

2   things because she was married to him.  She obviously

3   loved him.  After all, they had been married for twenty

4   years or more and they had lived in the same house and

5   why would she trust or believe a girl who had just spent

6   two weeks in the house?  Those were the thoughts going

7   through my head.

8   Q.   I'm going to show you what's been previously marked

9   as Defendant's Exhibit JY-1.  Do you recognize that,

10  Ms. Yagoub?

11  A.   I recognize that; yes.

12  Q.   What is it?

13  A.   It's the book that Joseph published as it says here

14  in 2004, 2005.

15          MR. SCHNEIDER:  I move it into evidence.

16          MR. SPECTOR:  No objection.

17          THE COURT:  It's admitted.

18  (Defendant's Exhibit JY-1 marked in evidence.)

19  Q.   Joanna, I think we discussed, was at the house when

20  you arrived.

21  A.   Yes.

22  Q.   Did she speak German?

23  A.   English and Polish.

24  Q.   You don't speak Polish, do you?

25  A.   No.

547

Ms. Yagoub - Cross - Mr. Schneider

1  Q.   Were you friendly with her?

2  A.   Yes.

3  Q.   And there was a period of time from April 1 to 5th

4  where Joseph was away in Turkey; yes?

5  A.   Yes.

6         THE COURT:  How many times are we going to go

7  over this?

8  Q.   You were at home alone with Joanna for those days; is

9  that right?

10  A.   Uhm.

11  Q.   When Elena went to work?

12  A.   Not completely right because Elena was in the

13  house -- yes.

14  Q.   And did you discuss with her that Joseph had been

15  touching you?

16  A.   Yes.

17  Q.   And did you -- you witnessed Joanna and Joseph having

18  sexual contact?

19         MR. SPECTOR:  Objection.

20         THE COURT:  Overruled.

21  A.   Yes.

22  Q.   In fact, at one point you were in bed and you

23  believed that Joanna was having oral sex with Joseph;

24  yes?

25  A.   Yes, I was there when they did it and he turned my

548

Ms. Yagoub - Cross - Mr. Schneider

1   head away, so I wouldn't see it.

2   Q.   You didn't see Joseph ever hit Joanna; did you?

3   A.   No.

4   Q.   Joseph would also tell Joanna that he loved her.  Did

5   you hear him say that?

6   A.   Yes.

7   Q.   And she would tell him that she loved him?

8          MR. SPECTOR:  Objection.

9          THE COURT:  Overruled.

10  A.   Only after he asked her to say that she loved him.

11  Q.   Did you ever have an argument with Joanna?

12  A.   No.

13  Q.   Now you testified yesterday that at one point when

14  you and Joanna were in bed with Mr. Yannai that he was

15  lying on you.

16  A.   Yes.

17  Q.   Did you ask him to get off you?

18  A.   Yes.

19  Q.   Did he get off?

20  A.   No.

21  Q.   Was Joanna there at the time?

22  A.   Yes.

23  Q.   Did you try to leave the room?

24  A.   Your previous question was whether Joseph was lying

25  on top of me and I said yes.  How could I possibly leave

549

Ms. Yagoub - Cross - Mr. Schneider

1  the room?

2  Q.   At some point, he wasn't lying on you anymore; right?

3  A.   Right.

4  Q.   Did you leave the room?

5  A.   Yes.

6  Q.   Immediately?

7  A.   I guess so; yes.

8  Q.   Was Joanna there at that time?

9  A.   Yes.

10  Q.   Now when you came to New York in March, you had --

11  you just had your passport.  You were traveling on your

12  passport; correct?

13  A.   Correct.

14  Q.   You didn't have a visa issued; correct?

15  A.   Yes, I had a tourist visa.

16  Q.   You understand that with Austrian passport, you

17  automatically have what's called a visa waiver.  You can

18  come as a tourist without --

19  A.   Yes.

20  Q.   -- going to embassy.

21  A.   Yes.

22  Q.   But you were coming for work.

23  A.   Yes.

24  Q.   And you knew you didn't have a work visa.

25  A.   Yes.

Ms. Yaqoub - Cross - Mr. Schneider

Q.   And you told them at the airport that you were coming
to visit friends.

A.   I do not remember exactly what I told immigration
because I do not exactly remember their question to me.
But I did tell them that I came as a visitor.

Q.   Okay.  And you understand the government's not going
to prosecute you for that crime; correct?

A.   Could you repeat your question?

Q.   You understand the government will not prosecute you
for that crime.

A.   Yes.

Q.   And, in fact, the government arranged for you to get
a lawyer to discuss that issue with you; right?

A.   Yes.

Q.   Did you ask for a lawyer or they suggested it?

A.   Of course I asked for some guarantee that if I appear
as a witness that nothing can be hold against me.

Q.   You asked for that guarantee?

A.   Of course; yes.

Q.   You were interested in obtaining permission to live
and work in the United States, correct, back in March of
2006?

A.   I just want to say I am sorry but I like her to
translate all the time.  It's just because I want to be
sure about what you say, you know?

551

Ms. Yagoub - Cross - Mr. Schneider

1   Q.   That --

2   A.   I'm sorry.

3   Q.   That's fine.

4   A.   Yeah.  Yes, that's true; yes.

5   Q.   And, in fact, when you were here, you paid attention

6   to the political debate about whether people here

7   illegally were going to be granted work permission.

8   A.   Yes. Yes.  When I was with Joseph, I did follow the

9   debate but mostly because he kept me and Joanna informed

10  about this debate and the issue.  Before then, I have

11  never heard of anything about this debate.  He was the

12  first one to make me aware of it.

13  Q.   But you were interested in it because it raised the

14  possibility that you would be able to get permission to

15  live and work in the United States.

16  A.   Well, I was never interested in being here illegally.

17  I had done -- I'd come here as a visitor upon Joseph's

18  suggestion.  But then, it seemed to be interesting or

19  seemed to make sense that I stayed beyond the expiration

20  date of my visa because then I would be here illegally

21  and maybe would qualify for this new law that granted

22  legal status to illegal immigrants.  And that's how

23  Joseph explained to me how we would go about this whole

24  issue.

25  Q.   You came to New York in April to meet with the

552

Ms. Yagoub - Cross - Mr. Schneider

1  prosecutors; correct?

2  A.   Correct.

3  Q.   And when you met with them, they asked you questions

4  about what happened in New York City after you left the

5  Pound Ridge house.

6  A.   Yes.

7  Q.   And you weren't entirely honest with them; right?

8  A.   Right.

9  Q.   You didn't tell them the truth about the relationship

10 you had with the man who you met at Grand Central

11 Station; right?

12 A.   Not right.  We didn't really have -- I really didn't

13 have a relationship to this young man.  It was just one

14 time very short, brief and not much happened.  So I --

15 you really cannot talk about a relationship between me

16 and this young man.

17 Q.   But you didn't tell them about your relationship

18 with, I think his name is Tom, that you met at the

19 restaurant; is that right?

20 A.   Timothy.

21 Q.   Timothy; is that right?

22 A.   That's right.

23 Q.   And did you not tell them because you were

24 embarrassed to talk about that with them?

25 A.   No, I was not embarrassed.  I thought that that would

553

Ms. Yagoub - Cross - Mr. Schneider

1  be -- my privacy what happened after the house, I just

2  thought it's not -- it has nothing to do with the case.

3  Q.   But you didn't tell them I don't want to discuss that

4  with them.  You told them something that wasn't true; is

5  that right?

6  A.   It's not correct.  I did tell them that I met Timothy

7  but I did not tell them about the fact that we fell in

8  love with each other.

9  Q.   Okay.

10 A.   And the reason why I concealed this was because I

11 didn't want to get Timothy involved in this case and

12 didn't want him to be summoned by the Court because he

13 really has nothing to do with it.

14 Q.   And you didn't tell them that you had been fired from

15 your waitressing job?

16 A.   True.

17 Q.   Now after you left the Pound Ridge house, you sent an

18 e-mail to Joseph; yes?

19 A.   Yes.

20 Q.   I'm going to put on the screen what's been previously

21 marked as Defendant's Exhibit NY-2 for identification

22 only.  Do you recognize this, Ms. Yagoub?

23 A.   Yes.

24 Q.   Is that the e-mail that you sent to Joseph?

25 A.   Yes.

554

Ms. Yagoub - Cross - Mr. Schneider

1          MR. SCHNEIDER:  I'm going to move it into

2   evidence.

3          MR. SPECTOR:  Objection.  Hearsay.

4          THE COURT:  You're going to move which?  The

5   e-mail that she --

6          MR. SCHNEIDER:  That she sent to Joseph.

7          THE COURT:  Can I see it?

8          MR. SCHNEIDER:  Yes, is it on the screen?

9          THE COURT:  I'm sorry.  It's easier for me.

10  Overruled.

11  (Defendant's Exhibit NY-2 marked in evidence.)

12          MR. SCHNEIDER:  May I publish it?

13  Q.   So this was sent April 7; right?

14  A.   Right.

15  Q.   And do you remember where -- from where you sent this

16  e-mail?

17  A.   From Tunc's apartment from the -- from his computer.

18  Q.   And did you send it the same night -- well, the same

19  night that you arrived there?

20  A.   I can't remember.

21  Q.   Okay.  Joseph came back from Turkey on April 5.  Yes?

22  A.   Yes, I -- yes.

23  Q.   You were in New York at least by 9 p.m. April 7.

24  Yes?

25  A.   Possibly; yes.

555

Ms. Yagoub - Cross - Mr. Schneider

1  Q.   Do you remember yesterday testifying about how after

2  Joseph came back from Turkey that you chose option 2 of

3  the contract?

4  A.   Yes.

5  Q.   And that it didn't seem to matter to him.  He kept on

6  doing the same thing; right?

7  A.   Yes.

8  Q.   But you were there for maybe one day after that;

9  correct?

10 A.   Correct.  I think so with the dates; yes.  I did not

11 -- I haven't analyzed the exact time frame but looking at

12 this date here, that it sounds right.

13 Q.   Well, we established earlier from your letter that

14 you wrote to your brother that Joseph was in Turkey from

15 April 1 to April 5; correct?

16 A.   Correct.

17 Q.   You sent this e-mail from the house in Queens that

18 you arrived in the day you left Pound Ridge; right?

19 A.   Right.

20 Q.   You may have sent it the day you arrived.  You may

21 have sent it the next day.  You don't know; correct?

22 A.   Correct.

23 Q.   So you either left Pound Ridge on April 6 or April 7;

24 is that fair to say?

25 A.   Yes, I guess.

556

Ms. Yagoub - Cross - Mr. Schneider

1    Q.   And when you sent this, there's this blacked-out

2    portions here.  Do you see that?

3    A.   Yes.

4    Q.   That was your actual address where you were staying.

5    A.   Yes.

6    Q.   You weren't afraid to give that to Mr. Yannai; were

7    you?

8    A.   No.

9    Q.   You weren't afraid he was going to come hunt you

10   down; were you?

11   A.   My plan was to stay at this address very briefly,

12   maybe one, two, three days.

13   Q.   Well, did you expect the CD to arrive there?

14   A.   Yes, that was an address where something could be

15   sent to me.  I could have gotten in touch with Tunc to

16   get that CD later.

17   Q.   Did you get the CD?

18   A.   Never; no.

19   Q.   You said that before you actually left the Pound

20   Ridge house, you had packed your back once intending to

21   leave; right?

22   A.   Right.

23   Q.   And Joseph came to talk to you.

24   A.   Right.

25   Q.   And I think you testified yesterday that he was

557

Ms. Yagoub - Cross - Mr. Schneider

1   saying, "Where are you going to go?  You have no money."

2   Right?

3   A.   Right.

4   Q.   But you had a long conversation with him at that

5   time; didn't you?

6   A.   I did have a conversation with him but I do not

7   recall how long that conversation was.

8   Q.   Well he was asking you to stay; wasn't he?

9   A.   Well he mostly asked where I wanted to go and

10  reminded me that I had no money.

11  Q.   Didn't he tell you he loved you?

12  A.   I don't recall whether he said it at that occasion.

13  He said that frequently and I do not remember when

14  exactly he said that.

15  Q.   I am going to show you again an excerpt from

16  Government Exhibit 3500-NY-16.  I think it's on page 8.

17  I just want you to look at this and tell me if it

18  refreshes your recollection of what Mr. Yannai said to

19  you during that conversation.  I don't need you to read

20  it out loud; okay?

21  A.   You want me to read the whole page?

22  Q.   No, I just want you to look at it, probably this

23  portion that I am circling and just tell me if it

24  refreshes your recollection -- first I just want you to

25  tell me if it refreshes your recollection about what

Ms. Yagoub - Cross - Mr. Schneider

1   Joseph said to you during that conversation.

2   A.   Yes.

3   Q.   It does refresh your recollection?  Yes?

4   A.   Yes, I wrote down part of a conversation.

5   Q.   Okay.  I'm not asking you what you wrote down.  I'm

6   asking if now you remember that conversation.

7   A.   Yes, but I just mentioned that this is only one part

8   of the conversation we had.

9   Q.   I understand.  And in part of that conversation he

10  told you he loved you; right?

11  A.   Right.

12  Q.   He told it had clicked with you.

13  A.   Right.

14  Q.   He wanted you to stay.

15  A.   This was not the only part of the conversation.

16  Q.   Ms. Yagoub, he's going to get to stand up and ask you

17  all the questions he wants.  I just want you to answer my

18  questions; okay?

19  A.   Yes.

20  Q.   And at that time, you decided that you would stay;

21  correct?

22  A.   Correct.

23  Q.   He didn't force you to stay, physically; did he?

24  A.   Correct.

25  Q.   You decided on your own after he spoke to you; yes?

559

Ms. Yagoub - Cross - Mr. Schneider

1  A.   Correct.

2  Q.   Now after he came from Turkey, you again decided you

3  were going to leave; right?

4  A.   Correct.

5  Q.   And that must -- I think we established that was

6  either the day he came back from Turkey or the day after

7  or maybe the day after that; right?

8  A.   Right.

9  Q.   And it was when he came back from Turkey that you

10 said "I want the second option.  I don't want to be

11 intimate with you;" correct?

12          THE COURT:  Mr. Schneider, I think we've gone

13 over this.

14          MR. SCHNEIDER:  Okay, Judge.

15 Q.   Again, you had a conversation this time in the

16 kitchen about you leaving; right?

17 A.   Right.

18 Q.   And he tried to talk you out of it again.

19 A.   Right.

20 Q.   But you decided you were going.

21 A.   Right.

22 Q.   He didn't stop you; did he?

23 A.   No.

24 Q.   He drove you to the train.

25 A.   Yes.

560

Ms. Yagoub - Cross - Mr. Schneider

1  Q.   You hated that house; right?  You hated being there.

2  A.   I felt like in prison; yes.

3  Q.   You were really bored, too; right?

4  A.   Yes, my stay there was monotonous and I felt as if I

5  was in prison.

6  Q.   They ate hot dogs for lunch every day; right?

7  Franks?

8  A.   Yes.

9  Q.   You hated that.

10  A.   No, I don't hate franks; no.

11  Q.   But you hated them every day; right?

12  A.   Yeah, that can be -- if you eat franks every day,

13  that can get sort of boring.

14  Q.   You and I have never met before; correct?

15  A.   Correct.

16  Q.   You've spoken to Donna on the phone.  You started

17  talking to her a year ago on the phone; is that right?

18  A.   Right.

19  Q.   You came in April to meet with the prosecutors and

20  some of the agents.

21  A.   Yes.

22  Q.   They paid for that trip.

23  A.   Yes.

24  Q.   Did you come by yourself?

25  A.   Yes.

561

Ms. Yagoub - Cross - Mr. Schneider

1  Q.   How long did you stay?  How many days?

2  A.   I think three days.

3  Q.   They paid for your hotel?

4  A.   Yes.

5       THE COURT:  It's the government, not

6  individuals who paid.

7  A.   Yeah, the United States government.  Sorry.

8  Q.   The government.  That's right.  I'm sorry.  I

9  guarantee you Mr. Spector did not pay for your hotel.

10      And you came back on May 17, about a week ago?

11 A.   Yes.

12 Q.   And again, the government paid for your airline

13 ticket?

14 A.   Yes.

15 Q.   And the government paid for your hotel?

16 A.   Yes.

17 Q.   Did you come alone again?

18 A.   Now?

19 Q.   Yes.

20 A.   No, I have a friend -- I paid -- no, I came with a

21 girlfriend because I needed moral support and I paid for

22 her ticket.

23 Q.   Right.  the government didn't pay for her ticket.

24 A.   No.

25 Q.   But she is staying in your hotel room?

562

Ms. Yagoub - Cross - Mr. Schneider

1  A.   Yes.

2  Q.   Now you didn't get paid for the month or so you

3  stayed at the Pound Ridge house; correct?

4  A.   Correct.

5  Q.   But you didn't expect that because you understood --

6  well, did you expect to get paid?

7  A.   I had expected to be paid at the end of one year.  I

8  expected to receive those $20,000 and no, I did not

9  expect to be paid for that one month but there are also

10 other things that I didn't expect and that happened

11 anyhow.

12 Q.   Now before coming here to testify, you've asked the

13 agent who you call Donna, whether you can be compensated

14 for your time in the Pound Ridge house.

15 A.   I asked that; yes.

16 Q.   You asked if you could get some money; yes?

17 A.   I asked if that would be possible but -- yes.

18 Q.   And what did they tell you?

19 A.   They told me that they weren't sure about that.  It

20 depended on the defendant's budget and they wanted to

21 know whether I was going to come anyhow and I said yes.

22 Q.   So as you sit there now, do you think you might get

23 some money if the defendant is convicted?

24           THE INTERPRETER:  Say that again.

25 Q.   As you sit there now, do you think you might get some

563

Ms. Yagoub - Cross - Mr. Schneider

1   money if the defendant is convicted?

2   A.   As I am sitting here now?

3   Q.   Yes, in your head now --

4   A.   Possible.

5   Q.   No further questions.

6          MR. SPECTOR:  Can I have a moment, your Honor?

7          (Pause.)

8          MR. SPECTOR:  No questions, your Honor.

9          THE COURT:  All right.  You can step down.

10         THE WITNESS:  Okay.

11         THE CLERK:  You're done.  You can step down.

12         THE WITNESS:  Completely?

13         THE CLERK:  Yes.

14         (Witness excused.)

15

16

17

18

19

20

21

22

23

24

25

564

                    Proceedings

1           (Conference held at side-bar.)

2           THE COURT:  Come up.

3           THE CLERK:  Judge, at the break earlier, Juror

4   Number 12 stops me in the hallway and said that she was

5   having a difficult time with the testimony, especially

6   yesterday and she often felt as if she was going to cry.

7   And she tried to explain further and I stopped her.  And,

8   you know, she said she could continue until the end of

9   the trial.

10          THE COURT:  You could think about this over

11  lunch of what you want to do with it.

12          MR. SCHNEIDER:  Okay.

13          MR. SPECTOR:  Thank you, Judge.

14          (Conference concludes at side-bar.)

15

16

17

18

19

20

21

22

23

24

25

565

Ms. Herczeg - Direct - Ms. Stone

1   **B E R N A D E T T E   H E R C Z E G ,**

2       **called as a witness, having been first duly sworn,**

3       **was examined and testified as follows:**

4   DIRECT EXAMINATION

5   BY MS. STONE:

6   Q.   Good afternoon, Bernadett.

7   A.   Good afternoon.

8   Q.   Bernadette, can you tell us where you're from?

9   A.   I'm from Hungary.

10  Q.   What town in Hungary?

11  A.   Well, Salgotarjan.

12  Q.   What kind of a place is that?

13  A.   It's a small town.  It's near Budapest, the capital.

14  Q.   Can you tell us a little bit about your family?  How

15  many siblings you have, your parents?

16  A.   I have one brother, my one older brother, and both my

17  parents are --

18  Q.   What do your parents do?  What is their jobs?

19  A.   My mother is a bookkeeper in my former high school

20  and my father has a company.

21  Q.   Did you go to school in Hungary?

22  A.   Yes.

23  Q.   What level of school did you finish?

24  A.   I have an associate degree.

25  Q.   What is an associate degree?

566

Ms. Herczeg - Direct - Ms. Stone

1  A.   Of the hospitality industry.

2  Q.   Before coming here to the United States, did you have

3  any jobs in the hospitality industry?

4  A.   Yes, I did.

5  Q.   What were you doing?

6  A.   I was a waitress and later on a supervisor at a

7  restaurant.

8  Q.   At a certain time, did you look for a job outside of

9  Hungary?

10 A.   Yes.

11 Q.   What type of job did you look for?

12 A.   I was looking for an au pair job.

13 Q.   Why were you looking for an au pair job?

14 A.   Well, it seemed like a good opportunity to improve my

15 English, get to know other cultures, people.

16 Q.   Now, Bernadett, how is your English now?

17 A.   I think it's a little bit better.

18 Q.   How was it at the time that you started to look for

19 an au pair job?

20 A.   I wouldn't say it was good enough.  It was pretty bad

21 I would say.

22 Q.   It was -- I'm sorry, could you repeat that?

23 A.   It was bad.

24 Q.   It was bad.  How about your reading and writing of

25 English?

567

Ms. Herczeg - Direct - Ms. Stone

1    A.   It was the same.  It was bad.

2    Q.   When you went to look for au pair job, what did you

3    do to try and get an au pair job?

4    A.   I registered myself on an au pair website.

5    Q.   Do you remember the name of the au pair website?

6    A.   It was aupairworld.com.

7    Q.   On that website were you contacted by anybody?

8    A.   Yes.

9    Q.   Who were you contacted by?

10   A.   I was contacted by a woman named Joanna.

11   Q.   Had you been contacted by any other families before

12   that?

13   A.   No.

14   Q.   How was your job going at that point when you were

15   contacted by Joanna?

16   A.   Well actually at that time, I was unemployed.

17   Q.   So when Joanna contacted you, did you write back to

18   her?

19   A.   Yes, I did.

20   Q.   Do you remember what your e-mail address was at that

21   time?

22   A.   Mine was dave.detti@freemail.hu.

23   Q.   Do you remember what year this was that you were

24   looking for an au pair job?

25   A.   Sorry?

568

Ms. Herczeg - Direct - Ms. Stone

1  Q.   Do you remember what year it was when you were
2  looking for an au pair job?
3  A.   Oh, 2008.
4  Q.   Now, when you received this e-mail correspondence
5  from Joanna, did you also receive any e-mails from
6  somebody else who worked with Joanna?
7  A.   No.
8  Q.   Was there anyone else who you received e-mails from
9  besides Joanna?
10 A.   Yes.
11 Q.   Who was that?
12 A.   That was Joseph Yannai.
13 Q.   Bernadett, I'm going to ask you to take a look around
14 the courtroom and see if you can identify Joseph Yannai
15 and if you can if you could describe a piece of clothing
16 that he's wearing?
17 A.   He is sitting right there and wearing a blue jacket
18 and blue tie and a light blue shirt.
19       MS. STONE:  Let the record reflect that the
20 witness has identified the defendant.
21 Q.   Now, the e-mails that you exchanged with Joanna and
22 with the defendant, did you ever show those e-mails to
23 the police?
24 A.   Yes.
25 Q.   Are you aware of any missing e-mails?

569

Ms. Herczeg - Direct - Ms. Stone

1  A.   No.

2  Q.   At a certain time, did you have a meeting in my

3  office in White Plains, New York where you reviewed these

4  e-mails?

5  A.   Yes.

6  Q.   Do you remember taking those e-mails off of the

7  internet?

8  A.   Yes.

9  Q.   Did you print out those e-mails into a document?

10  A.   Yes.

11       MS. STONE:  Your Honor, I'm just going to ask

12  if I could please approach the witnesses?

13       THE COURT:  Go ahead.

14  Q.   Bernadett, could you just take a quick look at what's

15  been identified as Government's Exhibit 100?

16  A.   Yes, these are the e-mails.

17  Q.   Are those the e-mails that you printed out in my

18  office?

19  A.   Yes.

20       MS. STONE:  I would move Government's Exhibit

21  100 into evidence.

22       MS. CESARE:  No objection.

23       THE COURT:  It's admitted.

24  (Government's Exhibit 100 received in evidence.)

25  Q.   Now Bernadett, if you could just take a look on the

Ms. Herczeg - Direct - Ms. Stone

1  screen, I'm going to ask you to take a look at the first

2  top e-mail dated December 26th.

3          MS. STONE:  Can we publish this to the jury,

4  please?

5          THE COURT:  Yes.

6  Q.  Can you take a look at that and let us know, is this

7  one of the first e-mails you received from Joanna?

8  A.  Yes, that's correct.

9  Q.  Would you please read the highlighted portion,

10 Bernadette?

11 A.  Absolutely.  "Dear Bernadett, We are looking for an

12 au pair as an au pair is for children.  We are looking

13 for an assistant to my previous boss (for more than 2

14 years I had the same job I am offering you now), who is

15 far away from being a child, he is 64 years old.

16      The boss is a businessman who operates from home. He

17 has several businesses but concentrates mainly in book

18 publishing in the hospitality industry (travel, hotels

19 and restaurants).  He is completely independent (not

20 disabled and takes very good care of himself).  He is

21 married (his wife is 40 years old), and very hardworking

22 person.  You will not be a nurse or a caregiver, as he

23 doesn't need one, you will simply be there to make his

24 life easier (make coffee, prepare breakfast and lunch

25 [dinner they usually go out or the wife cooks]). Keep the

571

Ms. Herczeg - Direct - Ms. Stone

1   part of the house from which he's working neat and clean,

2   accompany him in his travels (and he travels a lot).  In

3   short, a combination of companion, personal helper (if

4   you were a man, it is kind of a butler)."

5   Q.   What did you think, Bernadett, when you received this

6   e-mail from Joanna?

7   A.   Well, I was suspicious and --

8   Q.   Was there anything appealing about this e-mail to

9   you?

10  (Pause.)

11  A.   I'm sorry?

12  Q.   Let's move on to your -- why don't you read your

13  response to this e-mail if you could?  Could you take a

14  look at the bottom e-mail and read the highlighted

15  portions?

16  A.   Uh-huh.  "Of course I have lots of questions, because

17  I'm a bit sceptiacal (sic).  I heard lots of stories

18  about girls, who goes foreign countries and never came

19  back, etc.  I hope you understand me...So I'm scared

20  too!"

21  Q.   And if you could just continue to the highlighted

22  portion of the rest of the e-mail?

23  A.   "Why me?  Where did you get my email address and my

24  name?  This is JUST an assistant job.  Why do you want to

25  end your job?  And who are you?  PLEASE don't

572

Ms. Herczeg - Direct - Ms. Stone

1  misunderstand, I just want to know where can I go in the

2  future!  Hopely (sic).

3      I'm sorry about my English, the grammar is not my

4  best."

5  Q.  Why were you skeptical?

6  A.  Because as I mentioned, I've heard a lot of stories

7  about girls who disappeared and that's why.

8  Q.  Were you at all still interested in learning more

9  about the possible job?

10 A.  Yes.

11 Q.  And did you receive a response from Joanna?

12 A.  Yes.

13 Q.  I'm going to show you an e-mail dated December 30th.

14      MS. STONE:  Could we publish this to the jury,

15 please?

16      THE COURT:  Yes.

17 Q.  Bernadett, is that the e-mail you received in

18 response?

19 A.  Yes.

20 Q.  Do you recall how Joanna described what the job was

21 going to be?

22 A.  She said that that would be a personal assistant job

23 and I would have to keep the working area clean and empty

24 the garbage can, things like that.

25 Q.  Did she say anything about certain things that you

Ms. Herczeg - Direct - Ms. Stone

1  would be able to do with the defendant if you decided to

2  come and work for him?

3  A.   Yes.  She said that I would go to cocktail parties

4  with them, movies, theater, concerts.  If I don't want to

5  go out, then I would just stay at home.  And --

6  Q.   Bernadett, when you came to Pound Ridge and you

7  worked for the defendant, did he ever take you to the

8  theater?

9  A.   No.

10  Q.   Did he ever take you to a concert?

11  A.   No.

12  Q.   Did he ever take you to a cocktail party?

13  A.   No.

14  Q.   During the e-mail correspondences between Joanna, the

15  defendant and you, were there ever any other promises

16  made about things that you might get while you were

17  working for the defendant?  In all of your correspondence

18  with them?

19  A.   In all of them?

20  Q.   Yes.

21  A.   She offered me two possibilities, a live-in or a

22  live-out option.  She --

23  Q.   Bernadett, as part of the live-in option, did Joanna

24  say anything about your expenses?

25  A.   Yes.  She said that every -- all my expenses would be

574

Ms. Herczeg - Direct - Ms. Stone

1   taken care of by Joseph and I don't have to worry about
2   clothing, medicine, basically nothing.
3   Q.   And when you came and worked for the defendant in
4   Pound Ridge, did he buy you any clothing?
5   A.   No.
6   Q.   Now, in this e-mail Joanna also mentioned to you
7   about whether you wanted to help -- it would be your
8   decision whether you could help with the defendant's
9   research on the internet.  And when you came to Pound
10  Ridge, did the defendant give you a choice about whether
11  or not you worked on the computer and the internet?
12  A.   No.  That was the job, what I was offered.
13  Q.   And so what did the defendant tell you to do when you
14  got to Pound Ridge about research and work on the
15  internet?
16  A.   He said that he is publishing a new book about
17  religions.  So I had to search on the internet for
18  churches and all the information about the churches and I
19  had to put it in an Excel spreadsheet.
20  Q.   While you worked for the defendant, how many hours a
21  day did you work doing the computer research?
22  A.   I started at 8 a.m. until 7 p.m.
23  Q.   Now, after receiving this e-mail from Joanna that
24  described all the different kinds of options and
25  opportunities you were going to have, did you have any

Ms. Herczeg - Direct - Ms. Stone

1   other worries still about whether you should take the

2   job?

3   A.   Yes.

4   Q.   I'm going to show you, and I would ask that it be

5   published to the jury, an e-mail dated December 30th.

6   And who wrote that e-mail?

7   A.   That was myself.

8   Q.   And could you please read the highlighted portions,

9   Bernadett?

10  A.   "When should I start?  Because I need a visa to the

11  U.S.A.  I still don't know, WHY ME?  I'm only interests!

12  This is just a job without other services, for example,

13  "massage or sex"... and so on???  Please I ask you don't

14  be watching for idiotic one, this is a just a

15  question..."

16      "My parents are young and we have a very close

17  relationship.  I have a boyfriend.  Already for a long

18  time I dream that I go to America and other countries,

19  because I like to meet new people and recognize other

20  countries. (sic)"

21  Q.   So Bernadett, why did you ask if the job would

22  involve other services like massage or sex?

23  A.   Well, since he was much more older than me and I just

24  couldn't picture myself in a situation like that.

25  Q.   Did Joanna respond to you about these questions you

Ms. Herczeg - Direct - Ms. Stone

1  have?  Did she send you back another e-mail?

2  A.   Yes, she did.

3  Q.   Okay.  I'm going to now show you an e-mail that I'd

4  also ask to publish to the jury from December 31st.  Who

5  is this from?

6  A.   This is from Joanna.

7  Q.   Would you read the highlighted portions, please?

8  A.   "As a Hungarian citizen you do not need any more a

9  visa to enter the US as a tourist.  You will come to the

10  States and at the airport you will be granted 90 days of

11  stay as a tourist.  You cannot ask for a work visa as you

12  will not get it.  There are enough American who can work

13  either as personal assistant or as a wellness center

14  employee.  A few weeks after your arrival, should Joseph

15  and you will realize that it is a "match" he will

16  instruct his lawyer to start working on your permanent

17  working papers.

18      As to the sex, Joseph loves sex and loves and

19  appreciate women.  I knew him and was very close to him

20  more than a year before I came to work with him.  But

21  before I came to work and live with him and Elena he told

22  me that he will never sex with anyone who works with him

23  and live in his house as long as they work with him and

24  live with him.

25      I was surprised and asked him why and he explained, I

577

Ms. Herczeg - Direct - Ms. Stone

1  don't want ever to feel the woman is having sex with me

2  just because even when it is a small part there's a

3  possibility that she's doing it because she's afraid to

4  lose her job or lose the roof above her head.  This is

5  Joseph.  Not morals, not church, not what people will

6  think, but being loyal to his inner truth.

7      During the two years I was with him, we were, of

8  course, very intimate like people who live together and

9  love each other, and although I did whatever a woman can

10  do to have sex with him, he never agreed, and we never

11  had.  He once told me, Joanna, I love you so much that I

12  prefer waking up in the morning when your head is on my

13  shoulder than having sex with you the night before.

14      As to the massage.  When Joseph needs a massage, he

15  calls a professional masseuse, but your question was

16  strange from a woman one who sees her future working in a

17  bath and wellness center.

18      What really bother me and I really don't understand

19  is why you are ready to separate for at least a year (and

20  believe me, it will probably be more) from your parents

21  that you are so close to and with a boyfriend you have."

22  Q.  So after you received this e-mail from Joanna

23  answering your questions about the massage and the sex,

24  did that at all reassure you?

25  A.  Well, a little bit, yes.

578

Ms. Herczeg - Direct - Ms. Stone

1  Q.   And did you receive any photos from Joanna or the

2  defendant?

3  A.   Yes.

4  Q.   I'm just going to ask you to take a look at this

5  picture.  Is this one of the pictures that you received?

6  A.   Yes.

7  Q.   Is this one of the other pictures that you received?

8  I'd also ask that be published to the jury.

9  A.   Yes.

10 Q.   Now, when you saw these photos, what did you think

11 about the fact that it's a picture of a woman and a man

12 kissing?

13 A.   Well, it seemed like they're not actually kissing.

14 They just like playing just for the photo.

15 Q.   At a certain point after you got this photo, did

16 Joanna suggest to you that you should start talking

17 directly to the defendant?

18 A.   Yes.

19 Q.   I'm going to ask that you take a look at this and

20 that it be published to the jury.  Take a look at the

21 bottom e-mail, Bernadett, and who was that addressed to?

22 A.   This is -- was for me.

23 Q.   And is Detty a name you also use, Bernadett?

24 A.   Yes, it's my nickname.

25 Q.   Okay.  Could you read the highlighted portion?

Ms. Herczeg - Direct - Ms. Stone

A.   "I think you should start talking to Joseph directly.
I'm forwarding to him your profile, pictures and our
correspondence and he will be waiting for your e-mail.  I
am telling you right now that he will like to know
exactly what is going on between you and your boyfriend,
why you are ready to leave him for a long time and be
with another man.

For him, it would not matter what your boyfriend
think about it or what you do, because in the moment you
will go to him, you will be exactly like he is with Elena
and they love each other very much.  The same
relationship, the same love, the same care, same
intimacy, everything but sex.  Ad it might be difficult
to behave this way to a woman who's missing her
boyfriend."

Q.   Now, did you know what intimacy meant when you
received this e-mail?

A.   Well, not really.

Q.   And what did you think Joanna meant when she wrote to
you about your relationship being the same with the
defendant as his relationship was with his wife, Elena?

A.   Well I thought that it cannot be the same since he's
married and he has a wife and he respects his wife.

Q.   What did you think about Joanna's concerns that you
needed to be ready to leave your boyfriend?

580

Ms. Herczeg - Direct - Ms. Stone

1   A.   I really don't know what was she thinking.

2   Q.   So after this, did you write to the defendant?

3   A.   Yes.

4   Q.   Do you remember if you said anything about your

5   boyfriend?

6   A.   I can't remember right now.

7   Q.   I'm going to just have you take a look at this e-

8   mail, if we could publish it to the jury.  Actually, if

9   we could just take a look at this, Bernadett.

10       If you could read the e-mail dated January 7th, does

11   that refresh your recollection about whether you said

12   anything --

13   A.   Uh-huh.

14   Q.   -- to he defendant about your boyfriend?

15   A.   Yes.

16   Q.   Do you remember what you told him about your

17   boyfriend?

18   A.   I told him that we were not in a good relationship

19   and anyways it was about to end.

20   Q.   Did you also receive e-mails from the defendant?

21   A.   Yes.

22   Q.   Do you remember if the defendant talked to you about

23   the ways he was going to help train you to be his

24   personal assistant?

25   A.   Yes.

Ms. Herczeg - Direct - Ms. Stone

1  Q.   What did you think when he talked about this training

2  to become a business woman and a professional assistant?

3  A.   It seemed like a good opportunity.

4  Q.   Now, did you also have questions about what might

5  happen about pay if you didn't last for a year working

6  for the defendant?

7  A.   Yes.

8  Q.   Do you remember at all anything he said about that?

9  A.   He said that that will never be my fault if I would

10 have to leave, but I would be sent home if I would lie to

11 him or do drugs.

12 Q.   Otherwise, did you think there would be any reason

13 that you wouldn't get paid and stay a year working for

14 the defendant?

15 A.   No.

16 Q.   Okay.  At some point did the defendant ask you to

17 write him a love letter?

18 A.   Yes.

19 Q.   I'm going to ask that this be published to the jury.

20 Could you take a look at the e-mail at the bottom dated

21 January 14th?

22 A.   Uh-huh.

23 Q.   Who is it addressed to?

24 A.   This was for me.

25 Q.   Okay.  Then I'm just going to ask if you could read

582

Ms. Herczeg - Direct - Ms. Stone

1  this highlighted portion, Bernadette?

2  A.   "For example, your last letter was as cold as a

3  letter from a lawyer on the opposite side.  Cold, but

4  polite.  Let us make an intellectual experiment.  Maybe

5  that will be the first and right step towards breaking

6  the transparent ice wall you built, with or without

7  realizing it, between us.

8       I know that you don't love me and I also even know

9  you will never love me in a different situation

10 circumstances.  But in spite of it, why don't you try and

11 write me a real love letter as if it comes from the

12 heart.  I know it will not be a lie, because I already

13 wrote to you that I know the circumstances under which it

14 will be written.

15      Make it love, passion, openness, everything like

16 letter to the person you always dream you will fall in

17 love with.  What I'm trying to do is very simple.  I'm

18 trying to do everything possible that your life together

19 will be as wonderful as it can be and that both of us

20 will get the maximum from the relationship.

21      In short, I'm trying to open you up and bring you to

22 me."

23 Q.   So did you decide to respond to the defendant's

24 request?  Did you respond to his request to write a love

25 letter?

583

Ms. Herczeg - Direct - Ms. Stone

1    A.   No.

2    Q.   Well, did you write him back?

3    A.   Yes.

4    Q.   Okay.  Why don't -- if you could just read the bottom

5    e-mail, Bernadett?

6    A.   "You feel, right about that I am -- I keep on holding

7    myself because of the language and the culture

8    differences, but I think this is normally, because this

9    will be a new life, a new world, a new family, new

10   challenges, new people and everything is new for me.

11        So I don't it when my life will be like in the States

12   and I know my previous letter was cold as ice, but you

13   have to build together with me, because in spite of all

14   our correspondences, you're unknown for me and this is

15   true in your side too.  You don't know me and I don't

16   know you, but this is just a temporary state.  I really

17   want to know you.

18        I know your work, but it's hard to say I love you,

19   because we never met.  I'm trying to write as soon as

20   possible, but I'm still working and between this I have

21   lots of things to do.  So I'm really sorry.  Bye, my

22   sweetheart."

23   Q.   Do you know why you said my sweetheart?

24   A.   I was trying to -- in spite of that I could not write

25   a love letter, I was trying to make it sound that I trust

584

Ms. Herczeg - Direct - Ms. Stone

1  in him or I --

2  Q.   Why did you want to make it sound like you trusted in

3  him, Bernadett?

4  A.   Because I didn't want to lose the opportunity, so I

5  was trying to satisfy.

6  Q.   So Bernadett, did you at some point make plans to

7  come to the United States?

8  A.   Yes.

9  Q.   Did you talk to the defendant about bringing the

10  brother you mentioned earlier, with you?

11  A.   Yes.

12  Q.   What did he say about that?

13  A.   He said that it wouldn't be a good idea.

14  Q.   Did he say why it wouldn't be a good idea?

15  A.   Yes, because I might not like the job and I'd want to

16  live with him.

17  Q.   With who?

18  A.   With my brother.

19  Q.   Did you also, when you were making your plans to come

20  to the United States, have questions about the kind of

21  visa you would need?

22  A.   Yes.

23  Q.   Did you ask the defendant any questions about that?

24  A.   Yes.

25  Q.   Do you remember who he said should answer those

585

Ms. Herczeg - Direct - Ms. Stone

1   questions?

2   A.   He said that I should talk to Joanna about this.

3   Q.   I'm going to show you an e-mail that's dated January

4   19th.  I'd ask that it be published to the jury.  And if

5   you could just take a look at that, who's that e-mail

6   addressed to, Bernadett?

7   A.   This is to Joanna.

8   Q.   Who wrote this email?

9   A.   Myself.

10  Q.   Could you read the highlighted portions?

11  A.   "So I got my new passport, but I have to go soon to

12  the American Embassy and I don't know what should I do

13  because if I ask it, the 90 days tourist visa, that is

14  not good for me because this is just three months when I

15  stay in the States.  So I need to ask a real visa for a

16  year or two years or something like that, but this is

17  walk to get to it.

18       So I want to know your plan what would you like to do

19  when I arrive to the United States when I get the 90 days

20  available visa?  I'm trying to simplify my problem.

21  After the 90 days, my residence for being in America is

22  illegal.  I hope you understand my problem and try to

23  help.  I'm really waiting for your letter."

24  Q.   So after that did Joanna write back to you about what

25  you should do?

586

Ms. Herczeg - Direct - Ms. Stone

1  A.   Yes.

2  Q.   And I'm now going to show you an e-mail dated January

3  19th, I'm going to ask that this also be published to the

4  jury, and who's this e-mail addressed to Bernadett?

5  A.   It's to me.

6  Q.   And can you read who it's from?

7  A.   It's from Joanna.

8  Q.   And at this point had you ever spoken to Joanna?

9  A.   No.

10 Q.   Had you ever met Joanna?

11 A.   No.

12 Q.   So who did you think Joanna was at this time when you

13 received this e-mail?

14 A.   At this point I still believed that that was Joanna,

15 a Polish girl.

16 Q.   Okay.  And could you please read for us the

17 highlighted portion of this e-mail, Bernadett?

18 A.   "Do not go to the American Embassy and do not ask for

19 a visa.  The only visa they might give you is a tourist

20 visa and you will have to give them proof that you have

21 money in your bank account, that you have a job that is

22 ready to take you back when you return from your vacation

23 in the States or that you go to University in order to

24 pay for the whole year.  Even after that they might not

25 give you the tourist visa, in which case if you will try

587

Ms. Herczeg - Direct - Ms. Stone

1   to enter the United States with 90 days plan they will

2   send you back because for three or five years you will be

3   denied entrance.  And even if you will get it, when you

4   get to the States you will get the permit to be there

5   only for six months instead of three months without the

6   visa, which is called waiver.

7          Don't make the mistake that many people do.

8   You might get a visa for a year, two years, or even five

9   years, but that doesn't mean that you can stay that long.

10  The visa only means that during the time you have the

11  visa you can go to the States, and when you arrive you

12  get a permit to stay only six months.

13         Now I assume you intend to stay with Joseph for

14  more than six months, if you should go at all, and the

15  only way of doing it is to do it the way that I did it.

16  I came to him with a tourist visa from Poland, from

17  Poland we don't have the waiver in which you can go

18  without a visa like you have now.

19         When I came I got the automatic permit to stay

20  for six months.  Joseph's attorney started to work on my

21  green, which is actually pink card.  You can never know

22  how long it is going to take.  The speculation now is

23  that the Obama administration will be more helpful.  It

24  took me eight months to get it.  It might take longer or

25  shorter for you.  I think it will probably be shorter for

Ms. Herczeg - Direct - Ms. Stone

1  a -- as for a Hungarian that do Polish because you are in

2  the favorite list of country to which you don't need a

3  tourist visa.  Yes, I was for a few months and you might

4  be also what they call their undocumented aliens, not

5  illegal, but as long I was with Joseph I was safe.

6          The only disadvantages that in the minute you

7  apply for the pink card you will not be able to leave the

8  country, you will of course, but we'll not be able to

9  return.  But again, you are not going to Joseph for a

10  short vacation.

11          To sum it all up if you will go to the American

12  Embassy and ask them for a visa that is not a tourist

13  visa, you will not get it and then you will not be able

14  to enter even as a tourist for three or six years.  If

15  you will go to the American Embassy and ask for tourist

16  visa and not get it it depends on the mood of the

17  council, you will not be able to go without the visa even

18  for the 90 days for the same length of time, three or

19  five years.  The only way of doing it is by coming as a

20  tourist, and before you leave I'll tell you how to answer

21  their questions at the airport and then to trust Joseph,

22  he not only about the visa.  If you will do it in any

23  other way there are very little chances for you to be

24  able to go to him."

25  Q.   Now when you came to Pound Ridge, Bernadett, did you

Ms. Herczeg - Direct - Ms. Stone

1   ever meet with any lawyers to work on getting a green

2   card?

3   A.   No.

4   Q.   And when you read this part of the e-mail where

5   Joanna said that as long as she was with Joseph she was

6   safe, what did that make you think?

7   A.   I felt -- I felt the same way.  I felt I will be safe

8   with him.

9   Q.   And you were going to be safe where?

10  A.   In his house.

11  Q.   And after that did you go to the American Embassy?

12  A.   No.

13  Q.   And did you follow the directions that were in this

14  e-mail?

15  A.   Yes.

16  Q.   Bernadett, by the way, after you left the defendant's

17  house did there come a time when you did apply for a

18  visa?

19  A.   Yes.

20  Q.   With the help of a lawyer?

21  A.   Yes.

22  Q.   And did you fill out an affidavit that had

23  information about this particular case?

24  A.   Yes.

25  Q.   And did you give reasons why you wanted to have a

Ms. Herczeg - Direct - Ms. Stone

1   work visa?

2   A.   Yes.

3   Q.   And did you ever say that you were also interested in

4   getting paid and getting money damages from the defendant

5   because of everything that happened to you?

6   A.   Yes.

7   Q.   Are you able to work in the United States now?

8   A.   Yes.

9   Q.   And could you describe for us the job you have now?

10  A.   Right now I work at the hotel as a front desk agent.

11  Q.   And is that in the hospitality industry?

12  A.   Yes.

13  Q.   Is that what you had studied in Hungary?

14  A.   Yes.

15  Q.   And is that what you're planning to have your career

16  in, the hospitality industry?

17  A.   Yes, I'm planning.

18  Q.   So when you traveled to the United States did you

19  follow the directions that you had been given?

20  A.   Yes.

21  Q.   I'm going to show you another e-mail, Bernadett, this

22  one is dated January 28th.  I'd ask that this be

23  published to the jury.  Bernadett, who's this e-mail

24  from?

25  A.   This is from Joanna.

591

Ms. Herczeg - Direct - Ms. Stone

1  Q.    And who's it to?

2  A.    To me.

3  Q.    And how long before you came to the United States,

4  approximately, did you receive this e-mail?

5  A.    This was, I would say two weeks.

6  Q.    Would you read the highlighted portions?

7  A.    "You have to go to the internet to the American

8  Embassy website and fill out a form.  Do it from a

9  computer that is attached to a printer because you will

10  have to print their approval.  They will ask you

11  different questions.

12          The answers that I can help you with is

13  Joseph's address which is 309 Salem Road, Pound Ridge,

14  New York 10576.  That's where you are going to stay.  If

15  they will ask in the form or when you come to JFK what

16  you were coming for is that you come as a tourist to

17  visit the country.  Joseph and Elena are friends of the

18  family.  It is better that they will be friends with your

19  parents because of the age, and they invited their

20  friend's daughter, you, to come visit the United States.

21  They will take you touring around and you will stay with

22  them and all your expenses will be on them.  You say that

23  you come for three weeks to a month, you will get anyhow

24  the 90 days permit.  It makes better impression if you

25  will say you come for the whole 90 days.

Ms. Herczeg - Direct - Ms. Stone

1     I suggest that the tickets you buy will be

2  return tickets for this kind of time, a month.  If you do

3  not buy your return ticket now, and they will ask you to

4  see return ticket, tell them that the plan is that your

5  parents will be coming to Canada, Niagara Falls, and

6  Joseph is Elena will take you there and spend some time

7  with you and your parents there, and from Canada you will

8  fly back to Hungary and your parents are taking care of

9  the ticket from Canada to Hungary.

10     When being interviewed just answer what you are

11 asked and as short as possible.  Do not volunteer any

12 information you are not asked.  Don't try to joke with

13 them, be pleasant and polite, but not friendly.

14     Yes, one more thing, don't bring with you a

15 print of my or Joseph correspondence with you.  If the

16 custom will open your suitcases or purse they will find

17 it and understand they you're coming for work."

18 Q.   Now Bernadett, how old were you when you came to the

19 United States?

20 A.   I was 21.

21 Q.   And so when you received this e-mail did you follow

22 the directions about what to say at Immigration?

23 A.   Yes.

24 Q.   And what type of ticket had you bought?  Was it a one

25 way ticket or a round trip ticket?

593

Ms. Herczeg - Direct - Ms. Stone

1   A.   It was a round trip ticket.

2   Q.   Who bought the ticket?

3   A.   Myself.

4   Q.   And how long was the ticket good for?  When was the

5   return date?

6   A.   It was -- it was for a month.

7   Q.   And why did you buy it just for a month?

8   A.   Because he suggested -- I mean she suggested.

9   Q.   And when you came to the United States what airport

10  did you arrive at?

11  A.   I arrived to JFK.

12  Q.   Did you have these e-mails with you?

13  A.   No.

14  Q.   And why didn't you bring these directions with you?

15  A.   Because I had it on my computer -- I mean on the

16  internet.

17  Q.   Now when you came into the United States what did you

18  tell Immigration at JFK?

19  A.   Told them I coming -- I'm coming as a tourist.

20  Q.   Was this the truth, Bernadett?

21  A.   No.

22  Q.   And as you sit here today do you know whether lying

23  to Immigration is a crime?

24  A.   Yes.

25  Q.   I'm going to ask you to take a look at this document.

594

Ms. Herczeg - Direct - Ms. Stone

1    Do you recognize that, Bernadett?

2    A.   Yes.

3    Q.   And what is this document?

4    A.   This document is an agreement that the fact that I

5    lied when I entered the country cannot be used against me

6    if I tell the truth now.

7    Q.   Did you review that document with a lawyer?

8    A.   Yes.

9    Q.   And did the lawyer explain to you that you were going

10   to be granted immunity for your testimony here?

11   A.   Yes.

12   Q.   Do you recall what immunity means, Bernadett?

13   A.   That paper.

14   Q.   So what is your understanding if you testify

15   truthfully?

16   A.   That I won't be prosecuted.

17   Q.   And who arranged for you to have a lawyer?

18   A.   The Government.

19   Q.   And if you lie today on the stand are you still going

20   to be protected, Bernadett?

21   A.   No.

22   Q.   So before you came to the United States, Bernadett,

23   did you know anybody in New York?

24   A.   When I was back at home I found the website which

25   called tagged.com, and I was searching for people in

595

Ms. Herczeg - Direct - Ms. Stone

1   Pound Ridge, and I found a Hungarian person, and I

2   e-mailed her.

3   Q.   Why did you go on the internet looking to find

4   someone in Pound Ridge?

5   A.   Since I didn't know anyone I felt like it would be

6   nice to have one person who I can talk to or --

7   Q.   Did you have any worries or concerning about coming

8   to Pound Ridge and not knowing anyone else who was

9   Hungarian?

10  A.   Yes.

11  Q.   So did you make contact with anyone else before you

12  came to the United States?

13  A.   Yes.

14  Q.   Who did you meet through the internet?

15  A.   Her name was Csilia.

16  Q.   And besides Csilia, is there anyone else that you

17  knew in the United States?

18  A.   No.

19  Q.   Now at any point before you came to the United States

20  did you talk to Joanna on the phone?

21  A.   No.

22  Q.   And when you came to the airport who met you at JFK,

23  Bernadett?

24  A.   That was Mr. Yannai.

25  Q.   And when you arrived and you saw the defendant how

596

Ms. Herczeg - Direct - Ms. Stone

1    did he greet you at JFK?

2    A.    He was trying to hug me and kiss me.

3    Q.    How did that make you feel, Bernadett, when he tried

4    to hug and kiss you?

5    A.    Made me really uncomfortable.

6    Q.    Did you say anything about that to him?

7    A.    Yes, I said that I was really sick because of the

8    flight, so I just ignored it.

9    Q.    And after this greeting did you go back to the

10   defendant's house in Pound Ridge?

11   A.    Yes.

12   Q.    How did you get there?

13   A.    By his car.

14   Q.    And was anyone else in the car?

15   A.    No.

16   Q.    Can you describe that car ride?

17   A.    It was -- it took -- it took really long because we

18   hit traffic, and at some point he asked me to put my

19   hands on top of his hands.

20   Q.    What did you do?

21   A.    I did.

22   Q.    Why'd you do that?

23   A.    Because I was in the middle of the United States, I

24   didn't know anyone, and I felt like I already lost

25   control.  I was just -- I was in a car with this

597

Ms. Herczeg - Direct - Ms. Stone

1   stranger.

2   Q.   And did anything else happen on the car ride back to

3   the defendant's house?

4   A.   No.

5   Q.   And when you got to the defendant's house can you

6   describe the location of the defendant's house in Pound

7   Ridge?

8   A.   It seemed like it was in the middle of the woods, but

9   it was really dark, it was at night so I couldn't really

10  take a good look at the neighborhood.

11  Q.   And while you were living and working in Pound Ridge

12  did you ever see any public buses go by the defendant's

13  house?

14  A.   No.

15  Q.   Did you know where the train station was?

16  A.   No.

17  Q.   Was there any sidewalk in front of his house?

18  A.   No.

19  Q.   How would you describe the neighborhood once you got

20  up and you saw what it looked like in daylight?

21  A.   It was -- it was -- as I mentioned it was like in the

22  middle of the woods.

23  Q.   Now the first week that you were at the defendant's

24  house did you go out at all?

25  A.   I believe one or two times.

598

Ms. Herczeg - Direct - Ms. Stone

1   Q.   And do you remember where you went?

2   A.   We went to a restaurant and then we went to the CVS.

3   Q.   And do you remember anything happening in CVS?

4   A.   We -- he wanted to pick up some medicine and the

5   pharmacist looked at --

6              MS. CESARE:  Objection.

7   Q.   Without saying any -- Bernadett, I just -- you can't

8   testify as to what other people said.

9   A.   Oh, sure.

10  Q.   So how was your English at the time that you went to

11  the pharmacy?

12  A.   Oh, not really good.

13  Q.   And did you have any money with you when you came to

14  the defendant's house?

15  A.   I only had $200 with me.

16  Q.   Why didn't you have more money?

17  A.   Because he said that -- or Joanna said that he would

18  take care of all my expenses.

19  Q.   Did the defendant buy you anything when you were

20  living at his house?

21  A.   No.

22  Q.   Did he ever take you out to eat, Bernadett?

23  A.   Yes.

24  Q.   How many times did you go out to eat?

25  A.   I would say four to five times.

599

Ms. Herczeg - Direct - Ms. Stone

1   Q.   And did he ever take you on any trips to New York

2   City or some place else?

3   A.   No.

4   Q.   Did he ever take you to the movies?

5   A.   No.

6   Q.   Now, Bern, when you were living at the house who else

7   was living at the house?

8   A.   His wife and another girl.

9   Q.   Who was the other girl?

10  A.   Her name was Gisele.

11  Q.   And when you got to the house did you have a cell

12  phone?

13  A.   Yes.

14  Q.   And did you use that cell phone while you were living

15  at the defendant's house?

16  A.   Yes.

17  Q.   And how often did you use it?

18  A.   Well, I tried to -- I tried to keep it turned off

19  because I didn't have any charger -- I mean the European

20  and the American plugs are different, and I didn't have

21  the little transfer meter thing for my charger, so I

22  tried to keep it turned off, but I used once, I called my

23  dad.

24  Q.   And did you use the home phone to call home?

25  A.   Yes.

Ms. Herczeg - Direct - Ms. Stone

1  Q.   And how often did you use the house phone?

2  A.   I was allowed to use only once in a week for seven

3  minutes.

4  Q.   I'm sorry, once what every seven minutes?

5  A.   Once in a week.

6  Q.   Once a week.  And what do you mean you were only

7  allowed to use it once a week for seven minutes?

8  A.   Well, Mr. Yannai told me that I could -- I could call

9  my parents once in a week for seven minutes.

10  Q.   And when you made phone calls were you alone when you

11  made the phone calls using the house phone?

12  A.   No.

13  Q.   Where did you make the house -- the phone calls?

14  A.   In his office.

15  Q.   And who was there?

16  A.   Himself.

17  Q.   Now were these conversations in English or Hungarian?

18  A.   It was in Hungarian.

19  Q.   And were there any rules about use of the computer?

20  A.   Yes.  He said that I could check my e-mails also once

21  in a week and he always wanted to see all my e-mails or

22  listen to my phone conversations.

23  Q.   Did he actually say he wanted to see your e-mails?

24  A.   Yes.

25  Q.   Now did you have your own computer?

601

Ms. Herczeg - Direct - Ms. Stone

1   A.   No.

2   Q.   And did the defendant have any rules about what you

3   were supposed to wear to work in the house?

4   A.   Yes.  I was allowed to wear high heels, skirts,

5   shirt, and a blazer.

6   Q.   And how many weeks did you work for the defendant,

7   Bernadett?

8   A.   I worked for three weeks.

9   Q.   And after the first week were there any additional

10  rules or requirements about what you should or shouldn't

11  wear?

12  A.   Yes.  He said that I shouldn't be wearing a bra.

13  Q.   So did you follow the instructions about what to

14  wear?

15  A.   Yes.

16  Q.   Why did you follow the instructions?

17  A.   Because I wanted to keep my job.

18  Q.   And the first week that you were in the house who

19  explained what your job would be, your responsibility?

20  A.   That was actually Gisele.

21  Q.   And the first week that you were in the house what

22  kind of work did you do?

23  A.   I search on the internet for the churches.

24  Q.   Can you just describe for us a little bit what that

25  involved looking for the churches?

602

Ms. Herczeg - Direct - Ms. Stone

1  A.   It's -- there is a website called Churchangel.com,

2  and in the website there was the name of the church, the

3  address, phone number, fax number, the minister's name,

4  any kind of contact information.  So I had to collect all

5  these information and enter it in an Excel spreadsheet.

6  Q.   What was it supposed to be for?

7  A.   It was supposed to be for his new book.  He wanted to

8  sell his new book to churches.

9  Q.   And how many days a week were you required to work?

10 A.   Six days a week.

11 Q.   And how many hours a day?

12 A.   Eleven.

13 Q.   And what type of day were you supposed to start your

14 work?

15 A.   8 a.m.

16 Q.   And did anything ever happen one day when you were

17 late?

18 A.   Yes, he would -- he would come into my room and

19 saying that it's already 8 a.m. So I supposed to be

20 downstairs and working.

21 Q.   When you say "he," who came into your room?

22 A.   Mr. Yannai.

23 Q.   And after the first week that you lived and worked in

24 the defendant's house did the rules change at all?

25 A.   Yes.

603

Ms. Herczeg - Direct - Ms. Stone

1  Q.   Did your work change at all?

2  A.   The work on the internet was the same, but other

3  things came to be my duties.

4  Q.   What were those other duties, Bernadett?

5  A.   I had to make a bath for him in the morning and wake

6  him up from his nap in the afternoon.

7  Q.   Okay.  Before you describe all of these other

8  responsibilities and what happened I just want to ask

9  you, were there times when you went out in public with

10  the defendant?

11  A.   Yes.

12  Q.   And when you were out did he ever touch or kiss you?

13  A.   Yes, he was -- he was trying to kiss me in the

14  supermarket.

15  Q.   How did that make you feel, Bernadett?

16  A.   Really uncomfortable.

17  Q.   What did you do?

18  A.   I refused it.

19  Q.   And while you were in the house did the defendant

20  ever say anything about what food you should eat or

21  shouldn't eat?

22  A.   Yes, he said that we have breakfast and we go out for

23  lunch and Elena would make dinner, but in the meantime if

24  I would get hungry I should just eat an apple or drink a

25  cup of tea.

Ms. Herczeg - Direct - Ms. Stone

1  Q.   Was there a reason why he said you should only eat an

2  apple or drink coffee?

3  A.   Yes.

4  Q.   What was the reason he gave you?

5  A.   He said I was fat.

6  Q.   Now were there also any rules about kissing or

7  hugging in the house?  Any requirements?

8  A.   Besides -- besides after the nap time, no.

9  Q.   Anything before going to sleep at night?

10 A.   Oh, yes.  He always wanted -- he always wanted me to

11 say goodnight before I went to bed, and hug him and kiss

12 him.

13 Q.   And would you hug and kiss him?

14 A.   I think it happened once, twice.

15 Q.   Did he ever hug or kiss you before you went to bed?

16 A.   Yes.

17 Q.   Where did he kiss you?

18 A.   He would -- he was trying to kiss my lips.

19 Q.   What did you do when he tried to kiss your lips,

20 Bernadett?

21 A.   Tried to refuse it.

22 Q.   Now the second week in the house you said you

23 continued to work at the computer, where was that in the

24 house, Bernadett?

25 A.   It was -- it was in his office, it was downstairs.

605

Ms. Herczeg - Direct - Ms. Stone

1    Q.   And when you worked at the computer was it on a desk?

2    A.   Yes.

3    Q.   And did the defendant ever come behind you when you

4    were working at the computer?

5    A.   Yes.

6    Q.   And what did he do when he came behind you?

7    A.   He would stand behind me and he would just grab my

8    breast.

9    Q.   And what would you do when he did that?

10   A.   I couldn't really do anything.  I was -- the desk was

11   in front of he and he was standing behind he, I couldn't

12   really move.

13   Q.   How often did this happen?

14   A.   Couple of times a day.

15   Q.   A couple of times a day, and that was starting in the

16   second week?

17   A.   Yes, after when he -- he wanted me not to wear bra.

18   Q.   Now you said that during the second week it was

19   explained to you that part of the work involved helping

20   the defendant with his bath?

21   A.   Yes.

22   Q.   So what was involved in helping him with the bath?

23   A.   He wanted me to make the water for him, and he wanted

24   cigarettes, the phone, and towels in the bathroom, and

25   after his bath he wanted me to dry him with a towel.

Ms. Herczeg - Direct - Ms. Stone

1    Q.   How'd that make you feel, Bernadett?

2    A.   It was really uncomfortable.

3    Q.   Did anybody else help out with the bath?

4    A.   Yes, that was Gisele.

5    Q.   And did you do this every day or did Gisele do it

6    some days?  How did that work?

7    A.   Sometimes we were both of us in the bathroom while he

8    was taking his bath, sometimes just Gisele or myself --

9    just myself.

10   Q.   Now one day when the defendant took a bath and he got

11   out of it to dry himself off did he touch your head in

12   any way?

13   A.   Yes.

14   Q.   Can you please describe what he did?

15   A.   I was handing him a towel and he would grab my

16   shoulders and he would push me down on my knees, and then

17   he would touch the back of my head, and he was pushing my

18   head towards his penis.

19   Q.   Where did he touch you on the back of your head,

20   Bernadett?

21   A.   Right here (indicating).

22   Q.   And can you describe how he pushed your head?

23   A.   He grabbed my hair and then --

24   Q.   Did he say anything about your hair, if you can

25   remember?

607

Ms. Herczeg - Direct - Ms. Stone

1   A.   He said that -- something about women like this.

2   Q.   What did you do after he grabbed your hair and he

3   pushed you to the ground and pushed your head towards his

4   penis, what did you do?

5   A.   I just -- I was trying to -- I was trying to do what

6   he wanted me to do, but I couldn't do it.

7   Q.   And did you say anything to him when he pushed your

8   head towards his penis?

9   A.   Yes, I said I can't.  I'm not able to do it.

10  Q.   And how were you feeling at that time, Bernadett, in

11  the bathroom?

12  A.   It was -- it was horrible.  I felt -- I just felt it

13  wasn't right.

14  Q.   Were you afraid of anything?

15  A.   I was trying to -- I was trying to do what he wanted

16  me to do because I was afraid if I refusing him all the

17  time he would -- he would kick me out.

18  Q.   Now what did you mean when you said you were trying

19  to do what he wanted you to do?  What do you mean by

20  that?

21  A.   Well, it was obvious that he wanted me to perform

22  oral sex on him.

23  Q.   But did you want to do oral sex?

24  A.   I'm sorry?

25  Q.   Did you want to perform oral sex?

608

Ms. Herczeg - Direct - Ms. Stone

1   A.   No.

2   Q.   Did you agree to perform oral sex?

3   A.   No.

4   Q.   Was there anything you were afraid of when you

5   refused to give him oral sex?

6              MS. CESARE:  Already asked.  Objection.

7              THE COURT:  Could you repeat the question?

8              MS. STONE:  Was there anything else you were

9   afraid of when you refused to give him oral sex?

10             THE COURT:  What's the basis for the objection?

11             MS. CESARE:  She's already asked that question.

12             THE COURT:  Overruled.

13  Q.   You can answer the question, Bernadett.

14  A.   Oh, well, at this point it was -- it was the

15  beginning of the second week, I believe.  So at this

16  point I was -- I was afraid of that I would be kicked

17  out, and later on I -- I was afraid that he would -- he

18  would just make me -- make me disappear, make me vanish,

19  take me somewhere and just not coming back.

20  Q.   Now when you told the defendant you didn't want to

21  perform oral sex did he say anything to you about that?

22  A.   He said that it's okay for now, but later on I will

23  beg for him for that.

24  Q.   When you say, what was the word?  If you could just

25  re --

609

Ms. Herczeg - Direct - Ms. Stone

1    A.   Beg.

2    Q.   Beg.  Beg.  Did he -- I'm sorry, did he say anything

3    else?

4    A.   No, not at this point.  I don't remember.

5    Q.   And you also discussed, Bernadett, that it was part

6    of your job to wake him up from his nap?

7    A.   Yes, that's correct.

8    Q.   Where did the defendant take his nap?

9    A.   He took his naps in his bedroom.

10   Q.   And where was the bedroom in the house?

11   A.   The bedroom was on the same level where the -- his

12   office was.

13   Q.   And can you please describe the bedroom?

14   A.   The bedroom was -- it was a big room with a king size

15   bed with a mirror on the wall, some chairs.

16              MS. STONE:  Your Honor, I noticed that it was

17   past 2 o'clock, I was wondering if this would be a good

18   time to take a break in her testimony?

19              THE COURT:  Okay.

20              THE CLERK:  3:15, Counsel.  All rise.

21              (Jury exits the courtroom.)

22              THE COURT:  Can you come up for a minute?

23              MR. SPECTOR:  Judge, would you like the witness

24   to step away?

25              THE COURT:  Yes.

610

Ms. Herczeg - Direct - Ms. Stone

1        (Witness excused.)

611

Proceedings

1          THE COURT:  Maybe you should have Ms. Chen

2   here, but what -- I gather there are certain things that

3   you don't want to disclose.

4          MR. SPECTOR:  That's correct.

5          THE COURT:  A non-disclosure about her visa

6   information, including her I914 application form or visa

7   approval notification.  Is there anything in there that

8   you would otherwise be required to disclose?

9          MR. SPECTOR:  Well, we've done an analysis.

10  There's certain portions of the form where there are yes

11  or no questions that the witness checks off.  There's

12  nothing that's checked that's inconsistent with anything

13  else that's in either this document or another document,

14  but they have the sample yes or no without those checked.

15          THE COURT:  Well, I mean arguably the statute

16  overrules Section 3500, which itself is not a

17  constitutional rule, but there is a question of Brady

18  material which is a constitutional rule, but Brady -- the

19  term Brady material is often -- it's a term of art that's

20  often overlooked.  The term of art is that it has to

21  cause a reasonable doubt that would not otherwise have

22  been present.  I think that's what it is.  In either

23  event it has to be the kind of evidence that would affect

24  the verdict.  Normally it's thrown around loosely to

25  reflect anything that might be helpful to the defense.

612

Proceedings

1          MR. SCHNEIDER:  I take offense.  Giglio was

2     much broader.  Giglio also has a constitutional right.

3          THE COURT:  Well, it does, I don't distinguish

4     between Giglio and Brady, it's the same thing, it's a

5     constitutionally-based rule.

6          MR. SCHNEIDER:  Yes.

7          MS. CESARE:  I'm interested in knowing what

8     kind of benefits the Government provided to this witness,

9     you know, in addition to her 3500 statements, we're

10    interested in knowing has this witness received any

11    financial benefits as a result of her being a witness in

12    this case?  Has she received any stipends, rent

13    assistance, other types of financial benefits?

14         MS. STONE:  Your Honor, there have been no

15    direct benefits that the Government provided to this

16    witness at all.  Under New York State law she was

17    entitled, as a trafficking victim, to receive certain

18    state assistance.  I don't know what state assistance she

19    received.  She received shelter at a local domestic

20    violence shelter in West Chester County where they

21    provided her with housing, they provided her with

22    counseling.  I wouldn't even know the exact nature of

23    everything they provided to her.  I know that there was a

24    lawyer at the shelter, health benefits.  It's what the

25    state law provides, and she certainly received that when

Proceedings

1    she was in the shelter.

2         MS. CESARE:  And we're interested in knowing if

3    any of the prosecutors or agents in this case filled out

4    any applications which led to the receipt of these

5    benefits.

6         MS. STONE:  We provided you with -- there is a

7    one page form that New York law requires the state law

8    enforcement to fill out when there is a potential

9    trafficking victim that's provided to the Division of

10   Criminal Justice Services as well as OTDA, which is a

11   state agency, and that was a form that in this particular

12   case I believe I filled out and it was -- a copy was

13   provided.  I did obtain it from the state and we provided

14   it in discovery.

15        MS. CESARE:  So the form that you filled out on

16   March 16th, 2008 is the form that led to this witness

17   getting benefits from the Government.  We'd like to know

18   what benefits she's receiving.

19        MS. STONE:  Those would be provided by a

20   confidential domestic violence shelter.  I don't even

21   know that they would even disclose that she had been a

22   resident.

23        THE COURT:  Well, the Government doesn't know,

24   what do you want me to do?  You could ask her, she might

25   tell you.  So I'm asking you again, is there anything in

614

Proceedings

1   this stuff that you would be required to disclose under

2   Brady or Giglio?

3          MS. STONE:  No, Your Honor.

4          MS. CESARE:  No, we have nothing else to say,

5   Your Honor.

6          THE COURT:  All right.  I think you should seal

7   this stuff and make it part of the record.  I don't know

8   what you want to do.  The statute seems to be fairly

9   clear.

10         MR. SPECTOR:  Judge, why don't we consult --

11         THE COURT:  I mean arguably, you know, it could

12  come in by the Attorney General at his discretion to law

13  enforcement officials to be used solely for a legitimate

14  law enforcement purpose.  Now, you know, with a little

15  imagination you could make an argument that this fits

16  this.

17         MR. SPECTOR:  Judge, we'll consult with

18  Ms. Chen over the lunch break, but my understanding is

19  the provision we're relying on is the waiver provision,

20  that is the witness with her criminal defense attorney

21  waived her rights under the statute as to just the

22  limited portion that we've disclosed today.

23         MR. SCHNEIDER:  So we would be -- we could

24  question her about her failure to waive her

25  confidentiality for the rest of the form.

Transcription Plus II, Inc.

615

Proceedings

1          THE COURT:  I don't know why not.

2          MS. STONE:  I don't believe, Your Honor, she

3   was asked to waive her confidentiality et cetera.

4          THE COURT:  Well, why didn't you ask her to

5   waive it?  What's the big deal here?  I don't see why

6   you're making a -- you know, you're making an issue out

7   of nothing.

8          MR. SPECTOR:  Well, respectfully, Judge, I

9   don't think it's out of nothing.  There's a lot of

10  sensitivity over this issue and we're trying to balance

11  the needs of the Constitution and 3500 against the

12  trafficking status and the protections given to victims.

13         THE COURT:  She's testifying here in open

14  court.  I don't know what more would be in those forms.

15  Maybe there is, I don't know.  I can understand the

16  desire to protect privacy, but you know, to a certain

17  extent she's coming in here and testifying to everything

18  that happened.  I just don't know why you want to make an

19  issue over something that may not be an issue.

20         MR. SPECTOR:  Well, why don't we have the

21  opportunity to consult with Ms. Chen and we'll address

22  this if we need to after lunch.

23         THE CLERK:  3:15.

24         THE COURT:  Or you could have something in the

25  middle where you could at least show it to them and they

616

Proceedings

1   could argue to me.  I mean if they disagree with your

2   assessment of whether or not there's anything useful in

3   there.  I don't know why you want to make an issue over

4   this.

5          MR. SPECTOR:  We'll get back to you.  Thank

6   you, Judge.

7          (Court recessed.)

8          THE COURT:  Okay.  What?

9          MR. SPECTOR:  I think first, Ms. Chen is here

10  to address the T visa issue.

11         MS. CHEN:  Your Honor, I understand you had a

12  question about why we approached this matter as we did in

13  terms of having a waiver with respect to the substantive

14  narrative statement and still seeking to protect the

15  actual form, which is a sort of computer-generated form,

16  as well as the notification.

17         And the problem for us, Your Honor, is that

18  we're in a bit of conundrum because the statute, 8 USC

19  1367, pretty clearly states that the Government, the

20  attorney general, is not supposed to release any

21  information relating to a beneficiary of a T visa.

22  Presumably, that includes all of these documents.  The

23  exemptions that are allowed under the statute are fairly

24  narrow, one of them being the waiver.

25         I understand the Court may have questioned why

617

Proceedings

1    we didn't seek to get a waiver from the victims for

2    everything.  And the truth is it's a bit of a policy

3    issue and -- for us because clearly, the statute was

4    intended to provide the maximum amount of protection for

5    victims of trafficking and to --

6              THE COURT:  Protection from whom?

7              MS. CHEN:  Well, from the traffickers because

8    there's --

9              THE COURT:  I know but, you know, first of all,

10   there's only one, assuming you could accurately

11   characterize him as a sex trafficker.

12             MS. CHEN:  Your Honor, if I may, and we're

13   concerned a little bit about setting a precedent because

14   the statute is --

15             THE COURT:  We won't tell anybody.

16             MS. CHEN:  I appreciate that.  But there are a

17   lot of devious lawyers out there, Your Honor, who may

18   given --

19             THE COURT:  And you know, I can't tell you how

20   many hundreds of cases like this I've had.

21             MS. CHEN:  No, I understand that.  But we are

22   trying to be careful in protecting the rights.

23             This is not to say, Your Honor, that you can't

24   order us to do it.  But under the statute, we view

25   ourselves as bound by the limits of the waiver, which we

618

Proceedings

1    have --

2              THE COURT:  Yeah.  But you didn't ask her.

3              MS. CHEN:  Okay.

4              THE COURT:  I don't know.  Did you ask her and

5    she refused or she -- you didn't ask her?

6              MS. CHEN:  No, we did not ask her, Your Honor.

7    And --

8              THE COURT:  So why don't you ask her?

9              MS. CHEN:  Because we are concerned about

10   eroding the right that we think Congress provided for.

11   And I understand what you're saying that it's not likely

12   maybe that other traffickers or this trafficker will care

13   about the information.  At the same time, we don't want

14   to be in the position of setting that precedent.

15             THE COURT:  You can turn it over to the -- you

16   can -- it could be a limited waiver.  I mean, they're not

17   going to go through this on the record.  They could just

18   take a look at it.  I don't know what's in there that's

19   usable or not usable.

20             MS. CHEN:  Well --

21             THE COURT:  Look, you could -- you know, you

22   decide what you want to do.  I don't --

23             MS. CHEN:  Well, Your Honor, if you --

24             THE COURT:  This is -- I just don't see -- I

25   take a very pragmatic view of these things, and I don't

619

Proceedings

1  see making issues over nothing.

2      MS. CHEN:  Well --

3      THE COURT:  And that's what you're doing it

4  seems to me.

5      MS. CHEN:  Your Honor, perhaps a compromise

6  would be since we would be directly contravening the

7  statute, if we voluntarily disclose it --

8      THE COURT:  I don't know that you would be

9  directly contravening the statute because you read this

10 attorney general's discretion to apply to, you know, a

11 trial of a case and --

12     MS. CHEN:  It does seem to suggest we're only

13 allowed to give it to law enforcement officials using

14 that discretion.  But if the Court were to order it, we

15 would simply ask that if could turn over redacted copies

16 that removes personal information and the scanning data

17 that's embedded in the document.  And we would be willing

18 to do that.  I have the copies.

19     THE COURT:  All right.  I'll order it.  Turn it

20 over.

21     MS. CHEN:  Thank you, Your Honor.

22     THE COURT:  He'll give you -- get a lawyer and

23 then get an -- he'll give you an immunity letter.

24     MR. SPECTOR:  Thank you, Judge.

25     MS. CHEN:  I'm counting on Mr. Spector to

620

Proceedings

1  represent me.  Thank you, Your Honor.  We'll turn these

2  over.

3          MR. SCHNEIDER:  Oh, should we discuss Juror

4  Number 12 --

5          THE COURT:  Yeah.

6          MR. SCHNEIDER:  -- while we're here?

7          MS. CHEN:  Your Honor, if you could also order

8  that these would be governed by the same protective order

9  with respect to not --

10          THE COURT:  Yes.

11          MS. CHEN:  -- distributing it.

12          THE COURT:  The same protective order, and give

13  it back when you're finished.

14          MR. SCHNEIDER:  We'll give it back when we're

15  today or with this witness.

16          MR. SPECTOR:  As to Juror 12, it's the

17  Government's position that the appropriate course of

18  action is to do nothing.  She said that she continue --

19  she can continue.  The fact that she's had an emotional

20  reaction does not serve as a basis for --

21          THE COURT:  I generally agree with that, but

22  let me hear from --

23          MR. SCHNEIDER:  We think that the fact that --

24  we've noticed her emotional reactions.  And had we just

25  noticed them, without more we wouldn't have done anything

Proceedings

1   about it.  But the fact that she mentioned it to the

2   courtroom deputy we think raises the significance of it

3   enough that the Court should bring her in and question

4   her just about whether she can keep an open mind and

5   follow the Court's instructions.

6            MR. SPECTOR:  But she hasn't indicated anything

7   other than that she's able to continue and follow the

8   Court's instruction.

9            THE COURT:  But see, you have to learn not to

10  make issues out of nothing.  You don't have to

11  reflexively oppose everything.  If she says she can, she

12  can.  Then if she says she can, I'm going to let her sit.

13  People have emotional reactions to things and they don't

14  necessarily show it.

15           I mean, you know, so she has an emotional

16  reaction to it.  And I'll ask her whether that would

17  affect -- you know, that somehow that she's -- you know,

18  she should -- that I instructed the jury that they should

19  keep an open mind until the end of the case and I hear

20  all the evidence and my instructions on the law and the

21  arguments of counsel -- I know this by heart.  And you

22  know, can she do that?

23           MR. SPECTOR:  One other issue I think it's

24  appropriate to address now.  Ms. Herczeg is going to be

25  the last victim that we're calling in the case.  That

622

Proceedings

1   raises two issues.  One, since Gisele Lunkes will not be

2   a witness, we -- our position is it's not appropriate for

3   the defense to cross-examine Ms. Herczeg about whether

4   Ms. Lunkes was victimized -- was a victim of any of the

5   charged crimes, whether Ms. Lunkes, you know, felt free

6   to leave, anything like that.

7           THE COURT:  What do you intend to ask about?

8           MS. CESARE:  It's really the same scenario as

9   we have with the last witness.  I intend to ask this

10  witness about who was present in the house when she was

11  there, and one of the people was Ms. Lunkes.  So I intend

12  to ask her who was in bed with her when she was in bed

13  with Mr. Yannai.  And Ms. Lunkes --

14          THE COURT:  All right.  Well --

15          MS. CESARE:  -- was one of the people in the

16  bed.

17          THE COURT:  -- if that's it I'm going to allow

18  it.  How this all helps them is another story, but you

19  don't have to object just because they want something.

20          MR. SPECTOR:  Thank you, Judge.  I'll try to

21  keep that in mind.

22          And that also raises our 404(b) application,

23  which Ms. Jager will address.

24          MS. JAGER:  In our pretrial motions, the

25  Government filed a motion under 404(b) to call a victim

623

Proceedings

1  from 1992 who had filed a police report against the

2  defendant under strikingly similar circumstances to those

3  presented here.  It's our position, as laid out in our

4  papers, that she would be an appropriate witness under

5  404(b) for two reasons; one, because of the -- it goes to

6  the defendant's plan and his MO and also because it goes

7  to intent.  And as intent is a critical issue in this

8  case and as noted in our papers where it's particularly

9  probative that intent is a critical issue, 404(b)

10  testimony is important.

11           And here, the witness testimony that she did

12  not consent or that the -- excuse me, here, the 404(b)

13  witness will testify that she was hired by the defendant

14  to be -- to work in his home 20 years ago for him and his

15  wife.  That he pressured her to become a part of the

16  family.  That he then tried to touch her.  That she

17  immediately said no, went to the police and filed a

18  report against him, and that the case was ultimately --

19  she ultimately dropped the case because he filed counter

20  -- his wife filed counter charges against her for

21  allegedly stealing property that was in his home.

22           It's our position that she would be an

23  appropriate witness under 404(b), it goes to --

24           THE COURT:  Well --

25           MS. JAGER:  -- his --

Transcription Plus II, Inc.

624

Proceedings

1           THE COURT:  -- first of all, if I were you I'd

2   rely on 413 but go ahead.

3           MS. JAGER:  It goes in part to his intent while

4   he -- why he's bringing illegal immigrants to the country

5   under, as charged in this case, that people who are U.S.

6   citizens are going to -- more likely to go the police,

7   that they don't feel the same fear of the threat of legal

8   process.  It also goes to his plan.

9           Is there anything else?

10          THE COURT:  Well --

11          MS. JAGER:  Excuse me.

12          THE COURT:  Have you briefed this?  Have you

13  sent me a letter on this?

14          MR. SPECTOR:  We did, Your Honor.  It was in

15  our omnibus brief filed on May 6th.

16          THE COURT:  Well, let me --

17          MS. JAGER:  It's pages 32 to 30, excuse me, 8

18  of our pretrial omnibus motion, excuse me, page 40 -- 32

19  to page 40 of our pretrial motion.

20          THE COURT:  Okay.  I'm not going to deal with

21  that.

22          What's your ground for your objection?  413 of

23  the Federal Rules of Evidence says that a criminal case

24  in which the defendant is accused of an offense of sexual

25  assault, evidence of a defendant's commission of another

625

Proceedings

1  offense or offenses of sexual assault is admissible --

2          MR. SPECTOR:  Judge, just --

3          THE COURT:  -- and may be considered for its

4  bearing on any matter to which it's relevant.

5          MR. SPECTOR:  Judge, just to be clear, I mean,

6  I -- we had I think addressed this in our papers that we

7  initially did consider Rule 413.  If you look closely at

8  the definition of an offense of sexual assault, it

9  doesn't appear to include groping.  And the 404(b)

10 witness will testify as to conduct confined just to

11 groping.  So that's why we think 404(b) is actually the

12 more appropriate framework.

13         MR. SCHNEIDER:  I think what they're saying is

14 that 413 doesn't apply because it's limited to certain

15 types of sexual assault, which didn't occur according to

16 this witness they want to call.

17         MS. JAGER:  According to this witness, he

18 grabbed her breasts as, which of course, we've heard

19 similar testimony about in this trial.

20         MR. SCHNEIDER:  Right.  But sexual assault is

21 limited to a crime --

22         MR. SPECTOR:  We don't dispute that.

23         MS. JAGER:  That's correct.  We don't dispute

24 --

25         MR. SPECTOR:  We're not seeking it under 413.

626

Proceedings

1          MR. SCHNEIDER:  Okay.

2          THE COURT:  So tell me again what you want to

3   admit this for?

4          MS. JAGER:  Under 404(b), we believe this is

5   probative evidence that goes to the defendant's plan and

6   also goes to his intent, his plan to -- in bringing women

7   to work in his home to sexually assault them.  Also goes

8   to his -- you know, the critical question seems to be

9   that the defense appears to be raising is whether or not

10  the women consented, whether or not they knew what --

11         THE COURT:  Well, of course, first of all, it

12  seems to me that, you know, to say this is part of a

13  common scheme or a plan is really undermined by the --

14  well, this was 1994?

15         MS. JAGER:  1992.  But it's the --

16         THE COURT:  1992.

17         MS. JAGER:  -- same plan of seeking women to

18  come work in his home.

19         THE COURT:  Well, it's the same -- well --

20         MR. SCHNEIDER:  Just --

21         THE COURT:  -- it's one woman.

22         MR. SCHNEIDER:  It's woman who did not come

23  from overseas.  She was an American.

24         THE COURT:  Well, and the other half of it is

25  you're --

Transcription Plus II, Inc.

627

Proceedings

1          MS. JAGER:  I mean, it really goes ---

2          THE COURT:  -- making an inconsistent argument.

3    You know, before you were arguing that just because one

4    woman consented doesn't mean everybody else consented.

5    And now just because one woman did not consent, that

6    somehow proves that --

7          MR. SPECTOR:  Judge --

8          THE COURT:  -- that these women did not.

9          MR. SPECTOR:  I don't --

10         THE COURT:  I mean, I don't --

11         MR. SPECTOR:  I don't think that's

12   inconsistent.  I mean, I think we see that in the

13   criminal law all the time.  Again, I think a clearest

14   example of that is a fraud case.  You can have a person

15   who committed fraud against some clients and not others.

16   If they committed a similar kind of fraud against a

17   client before the charged conduct, that could still come

18   in.  That's not inconsistent with the notion that lawful

19   conduct as to other potential victims is irrelevant.

20         MR. SCHNEIDER:  It's not a question of the

21   defendant's conduct.  It's a question of the consent of a

22   alleged victim.

23         THE COURT:  I'm not inclined to allow it.

24   That's my tentative ruling.  I'll think about it.

25         Anyone -- let's get her out of the way then.

Transcription Plus II, Inc.

628

Proceedings

1            (Pause)

2            THE COURT:  I want to deal with the juror

3    first.

4            (Pause)

5            THE COURT:  If this is the last victim witness,

6    how many witness more are there?

7            MR. SPECTOR:  We have two law enforcement

8    witnesses and the 404(b) witness.

9            THE COURT:  Why don't you take a seat up here

10   for a minute?  You'll be more comfortable.

11           (Juror Number 12 enters the courtroom.)

12           THE CLERK:  Juror Number 12, Judge.

13           THE COURT:  Juror Number 12, my case manager

14   said that you were upset by the testimony of one of the

15   witnesses yesterday, was crying.  And the real question

16   is, you know, people can show emotion in various ways.

17   Even without crying they can be emotionally affected.

18           The real question I have is if you recall what

19   I instructed the jury I explained -- in fact, one of the

20   reasons we don't want you even to talk about the case

21   among yourselves and with other people is that we wanted

22   you to keep an open mind until you've heard all the

23   evidence, my instructions on the law and then the

24   arguments of counsel.  And then you can reach whatever

25   conclusion you wish to reach with your fellow jurors.

629

Proceedings

1      And what I want to ask you is can you follow

2  those instructions?

3      JUROR NO. 12:  Like I told Paula this morning,

4  I'm trying my best because of the rest of the jurors I

5  think and for the defendant.

6      THE COURT:  I can't hear you, I'm sorry.

7      JUROR NO. 12:  I said, like I told Paula this

8  morning, I'm trying my best for the rest of the jurors

9  and for the defendant, but I'm a mother first.

10      THE COURT:  And so the answer to my question is

11  what?  Can you keep an open mind for the remainder of the

12  trial?  I mean, people -- I don't want to talk about this

13  case, but there -- the fact that someone is charged with

14  a crime and it's a terrible crime doesn't necessarily

15  mean they are guilty.  And so the question is -- that's

16  why we have jury trials.  Otherwise we'd --

17      JUROR NO. 12:  Exactly.  That --

18      THE COURT:  It would be pointless.  And some --

19  and there are some trials that in capital cases where the

20  crime is so much more gruesome.  And, you know, the

21  question is whether or not you can keep an open mind

22  until the end of the trial or whether or not, you know,

23  you've already reached a judgment that isn't at all

24  unalterable.

25      JUROR NO. 12:  I haven't honestly.  You know,

630

Proceedings

1  I'm -- you know, like I said, I'm a mother and I think

2  everyone deserves a chance.  I just cannot, my emotions

3  -- everyone deserves a chance.  I mean, this is just

4  painful the things that I have to hear.  It's not that

5  I'm saying oh, he's guilty or anything.  I just feel bad,

6  you know.  I haven't said I made up my mind because, like

7  I said, everyone deserves a chance.  But it's just

8  painful for me to have to hear these --

9           THE COURT:  Well --

10          JUROR NO. 12:  When I'm with the jury they try

11 to, like, you know, we try to ignore it and I'm trying

12 to, you know, be strong.  But --

13          THE COURT:  Well, let me ask you this.  Is it

14 just too painful to listen to this?

15          JUROR NO. 12:  Honestly, yes.

16          THE COURT:  This is I understand the last

17 witness who's going to testify.

18          JUROR NO. 12:  And that's what I asked Paula,

19 how many more do I have to hear before --

20          THE COURT:  This is the last -- not the last

21 witness in the trial but the last witness who will give

22 testimony that you find disturbing.  So to the extent

23 that the testimony itself disturbs you, that's pretty

24 much almost all done.

25          So again, you know, I have to have an honest

631

Proceedings

1  answer.  We have two alternates.  If you don't feel that
2  you can -- the purpose of a trial is really to decide if
3  someone is guilty or innocent.  And the fact -- it
4  doesn't matter what crime they're charged with.  And as I
5  said, there are trials in this courthouse that involve
6  gruesome murders, torture, I mean, I don't want to go
7  through it all.  And jurors -- you know, we don't -- we
8  just don't put people away in jail just because the
9  Government has filed a charge.

10         So the real question I have to know is whether
11  you can deliberate -- you can sit and consider all the
12  evidence and then, with your fellow jurors, you can keep
13  an open mind until you sit down to deliberate with your
14  fellow jurors.  And then you can reach whatever verdict
15  you think you want to reach.  I mean, you haven't heard
16  the arguments of the lawyers, for example, and they're
17  very good lawyers.

18         JUROR NO. 12:  Think I can.

19         THE COURT:  Can you assure me that you can?
20  I'm worried about the I think.  Sometimes it's a word
21  that people use in general.  I need an -- I think is not
22  enough.  I need to know yes or no whether you can do it.

23         JUROR NO. 12:  Yes, I can.

24         THE COURT:  All right.  Go back to the jury
25  room.  Please don't discuss this with the --

632

Proceedings

1          JUROR NO. 12:  Oh, no, no.

2          THE COURT:  -- fellow jurors.

3          (Pause)

4          THE COURT:  Bring in the jury.

5          MR. SPECTOR:  Judge, should we bring out the

6   witness?

7          THE COURT:  Yeah.

8          MS. STONE:  Thank you.

9          (Witness takes the stand.)

10          THE COURT:  Are you going to put on a defense

11   case?  You don't have tell me.

12          MR. SCHNEIDER:  We anticipate perhaps one very

13   short witness.

14          THE COURT:  Okay.  So we could conceivably

15   finish this case tomorrow --

16          MR. SPECTOR:  Yes.

17          THE COURT:  -- I mean, the evidence part.

18          MR. SPECTOR:  Yes, Judge.

19          MR. SCHNEIDER:  Yes.  That's -- I anticipate

20   that.  It would be very long arguments to get to three

21   weeks.

22          THE COURT:  What?

23          MR. SCHNEIDER:  It would be very long arguments

24   to get to three weeks.

25

633

Ms. Herczeg - Direct - Ms. Stone

1          THE CLERK:  All rise.

2          (Jury enters the courtroom.)

3          THE COURT:  You can be seated.

4          I just wanted to tell you one thing, ladies and

5   gentlemen.  We're moving quicker than I think you were

6   told with respect to the length of the trial.  And

7   barring some unforeseen developments, we should finish

8   taking evidence tomorrow.  So the next phase of the

9   trial, which will resume on Tuesday, will be the

10   summations of the lawyers and my instructions on the law.

11   And then depending on how long the summations are, you

12   could very well begin deliberating on Tuesday.  And, you

13   know, how long you deliberate is up to you.

14          But as I'll tell you then and I just want to

15   tell you now, you shouldn't feel under any time

16   pressures.  I just wanted you to know that to the extent

17   that you may have been told that the trial would last an

18   extra week beyond that.  It's not going to.

19          Okay.

20          MS. JAGER:  May I proceed, Your Honor?

21   CONTINUED DIRECT EXAMINATION

22   BY MS. STONE:

23   Q.   Bernadett --

24   A.   Yes.

25   Q.   -- before the break, we were talking about your job

Transcription Plus II, Inc.

634

Ms. Herczeg - Direct - Ms. Stone

1   involving waking the defendant from his naps.

2   A.   Yes.

3   Q.   And when did the defendant take his nap?

4   A.   Usually between 11:00 a.m. and 1:00 p.m.

5   Q.   And who would wake him up from his nap usually?

6   A.   That would be Gisele and myself.

7   Q.   And what would you do when you woke him up from his

8   nap?  What was -- what were you supposed to do?

9   A.   He wanted us to wake him up by hugging him, kissing

10  him and sitting on the bed with him or laying down on the

11  bed with him.

12  Q.   And did the defendant tell you that that was what you

13  were supposed to do when you woke him up?

14  A.   Well, he didn't say it.  He was laying in bed, and

15  then he was trying to reach out for me and then hug me.

16  And that's what he wanted.

17  Q.   Did you ever say anything to him about not wanting to

18  hug and kiss him when he got woken up from his nap?

19  A.   Yes.  In the very beginning I was trying to refuse

20  it.  And then he would just unbutton my shirt and then --

21  Q.   Bernadett, after he unbuttoned your shirt what would

22  the defendant do if anything?

23  A.   He would be kissing my breasts and he wanted me to go

24  under the blanket.  And he would grab my hand and put my

25  hand on his penis.

635

Ms. Herczeg - Direct - Ms. Stone

1   Q.   And when that happened that he grabbed your hand and

2   put it on his penis, what did you do with your hand when

3   he grabbed it?

4   A.   I agreed.

5   Q.   And was there ever any time that you didn't agree to

6   putting his hand on your -- on his penis?

7   A.   Once he was -- he wanted me to masturbate with my

8   hand on him.  And I stopped that.  And he would say that

9   why would you stop it.  I didn't tell you to stop.  And I

10  started again because I felt like I had no choice.

11  Q.   What was there about the situation, Bernadett, that

12  you made you feel like you didn't have a choice?

13  A.   I was afraid of him.  I was scared that he would hurt

14  me if I would refuse him.

15  Q.   Was there a time when the defendant hit you?

16  A.   He slapped me once.

17  Q.   Where did that happen?

18  A.   It happened in his bedroom in bed.

19  Q.   Did he say anything to you when he slapped you?

20  A.   He said that I was a dick head because I just didn't

21  want to agree what he wanted me to do.

22  Q.   When you say you didn't want to agree to what he

23  wanted you to do, what were the types of things that you

24  weren't agreeing to?

25  A.   It's -- it was all the sexual things what he expected

636

Ms. Herczeg - Direct - Ms. Stone

1   me to do.

2   Q.   Now, when these things occurred in the bedroom at the

3   end of the defendant's nap, was there ever a time the

4   defendant ever touched your breast?

5   A.   Yes.

6   Q.   Can you describe that?

7   A.   He would touch all the time when we were in bed.  And

8   then once he started kissing my breast and then biting my

9   breast.  And I told him to stop it because it's painful.

10  Q.   Did he say something to you when you asked him to

11  stop biting your breast?

12  A.   He said that I'll get used to it.

13  Q.   Did he say that in a way that was -- what was his

14  tone of voice when he said that?

15  A.   He was like kind of smiling about it.

16  Q.   I'm sorry.

17  A.   He was kind of like smiling about it, like --

18  Q.   Who was smiling about it?

19  A.   Mr. Yannai.

20  Q.   And how did it make you feel when he bit your breast?

21  A.   It was pain.  It was just -- that's what I felt.

22  Q.   And was there a time when Gisele was ever in the bed

23  following the defendant waking from his nap?

24  A.   Yes.  She was -- most of the time she was there.

25  Q.   And was there a time the two of you were together at

Ms. Herczeg - Direct - Ms. Stone

1  the bed waking him up?

2  A.   Yes.

3  Q.   And one of those times when you and Gisele were both

4  on the bed did there ever come a time when the defendant

5  got on top of you?

6  A.   Yes.

7  Q.   Can you please describe to us how he got on top of

8  you?

9  A.   He put his both knees on my both sides and he started

10  masturbating on me.

11  Q.   Bernadett, what were you looking at when the

12  defendant did that?

13  A.   I just closed my eyes.

14  Q.   And did anything touch your body?

15  A.   Yes.  He ejaculated on my breast.

16  Q.   And what did you do after he ejaculated on your

17  breast?

18  A.   I felt like I was dirty.  I felt like I -- I was

19  humiliated.  And I just -- I started to cry.

20  Q.   And before he ejaculated and his knees were

21  straddling your chest, were you able to move?

22  A.   No.

23  Q.   Why couldn't you move, Bernadett?

24  A.   Well, Mr. Yannai is 6.1-foot -- feet-tall man and

25  big.  There was no reason for moving or fighting back or

638

Ms. Herczeg - Direct - Ms. Stone

1  to do anything.  I just wanted the whole thing to be

2  over.

3  Q.   And was Gisele in the bed?

4  A.   She was.

5  Q.   Did you see what she was doing?

6  A.   No.

7  Q.   And when you felt the defendant's semen on you, what

8  did you do?  Did you go anywhere?

9  A.   I got dressed and I went to take a shower right away.

10 Q.   When you went into the bathroom to take a shower did

11 you feel like it was -- was there something that you had

12 trouble doing when you were in the bathroom?

13 A.   I couldn't look at myself in the mirror.

14 Q.   Why was that, Bernadett?

15 A.   It just -- it felt like I was some kind of hooker or

16 -- it just felt dirty.

17 Q.   And, Bernadett, after the defendant ejaculated you

18 did he say anything or --

19 A.   He was just laughing.

20 Q.   He was laughing.  And what about Gisele?

21 A.   I think she too.

22 Q.   Now, after -- excuse me, was there ever any other

23 time when you went into the bedroom to wake up the

24 defendant from his nap that he touched you somewhere else

25 on your body?

639

Ms. Herczeg - Direct - Ms. Stone

1    A.   He was trying to put his finger into my vagina.  And

2    I made up a story that I get infections real quick so --

3    I mean, really easily.  So he didn't want to risk

4    himself.  And actually, he didn't do it.

5    Q.   So did he put his fingers in your vagina?

6    A.   No.

7    Q.   And how many days did this go on where the defendant

8    called you to his room to wake him up from his nap?

9    A.   At least five or six days.

10   Q.   And after this experience when he ejaculated on your

11   chest did you make a decision about what you wanted to do

12   concerning the job and working for the defendant?

13   A.   The only thought that I had is that I have to leave

14   this house as soon as I can, as soon as I figure out how

15   I can get out.  And that was the time when I was using

16   the internet without his permission and I e-mailed the

17   Hungarian woman who I contacted.

18   Q.   So let's back up for a moment.  Did you say something

19   to the defendant about wanting these sexual things to

20   stop?

21   A.   Yes.

22   Q.   And what did he say to you?

23   A.   He said that if I wouldn't agree, wouldn't allow to

24   be a part of this game, I would be a piece of furniture

25   in his house.  He said if I know what was the -- between

Ms. Herczeg - Direct - Ms. Stone

1    -- difference between he, she and it because I will be

2    the it and no one could care about my health.  No one

3    would care about if I was happy, if I had any problems.

4    Q.   And, Bernadett, at this time was this after the

5    defendant had already told you you were only allowed to

6    call home once a week?

7    A.   Yes.

8    Q.   And were there any rules at this time about your use

9    of e-mails with friends and family?

10   A.   It was the same.  It was the same.  He wanted to see

11   all my e-mails when I was checking on them.

12   Q.   So when he said that you were going to be the it and

13   no one was going to care about you, what did -- what were

14   you thinking?

15   A.   I was -- it hurt.  It hurt a lot because I'm a human

16   being.

17   Q.   Bernadett, after this -- was this like a conversation

18   or an argument or what was this like, this discussion?

19   A.   It was kind of like, I don't know, well, a

20   discussion.

21   Q.   After this did the defendant talk to you in the

22   house?

23   A.   No.

24   Q.   Did Gisele talk to you?

25   A.   No.

641

Ms. Herczeg - Direct - Ms. Stone

1    Q.   And did they call you in for the nap?

2    A.   No.

3    Q.   Did they call you for in the baths?

4    A.   No.

5    Q.   And so at this point, were you glad that these sexual

6    things seemed to have stopped?

7    A.   I was glad that the sexual acts stopped, but in the

8    other side that was the point when I was really scared

9    and afraid what was going to happen because that was his

10   main purpose with me to being in his house, to be part of

11   the sexual games.  And that's when I decided to leave as

12   soon as I can.

13   Q.   What were --

14   A.   And --

15   Q.   What were you afraid might happen, Bernadett, if you

16   continued to refuse to be part of the defendant's sexual

17   games?

18   A.   My biggest fear was that he would just take me

19   somewhere and -- I mean, at this point, I was thinking

20   about a lot of things.  He would kill me.  He would just

21   take me somewhere where I -- I mean, I didn't now anyone

22   at all.  So I don't know, he would just leave me

23   somewhere in the middle of I don't know where.

24   Q.   Bernadett, were you able to contact somebody outside

25   the house?

642

Ms. Herczeg - Direct - Ms. Stone

1  A.   Yes.

2  Q.   Who did you contact?

3  A.   I contacted Csilla Stamler.

4  Q.   How did you contact her?

5  A.   I e-mailed her.

6  Q.   Why hadn't you e-mailed her before?

7  A.   Because the honest truth is that I just totally

8  forgot about her.  I just -- I was really preoccupied

9  with my situation in the house, and I was just trying to

10  survive until my flight back home, which was on the 17th,

11  March the 17th.

12  Q.   And --

13  A.   And then --

14  Q.   I'm sorry.  Go ahead.  And then what?

15  A.   And then after when they stopped talking to me, I --

16  that's when I realized I was thinking of my

17  possibilities, what can be done, how can I contact

18  people.  And she seemed the best idea.

19  Q.   You hadn't -- had you met Csilla before?

20  A.   No.

21  Q.   And after did -- I'm sorry, did you call her or e-

22  mail her or -- if you remember?

23  A.   First I e-mailed her.  And then -- and when we met, I

24  think we exchanged phone numbers.  And --

25  Q.   Okay.  So backing up for a second, Bernadett, where,

643

Ms. Herczeg - Direct - Ms. Stone

1  did you make a plan to meet Csilla?

2  A.   I'm sorry, make a plan?

3  Q.   Did you make a plan to meet Csilla?

4  A.   Yes.

5  Q.   And where did you meet her?

6  A.   We met on one of the crossroads from -- it was near

7  -- nearby from his house.

8  Q.   So was she in a car or walking?

9  A.   Yes.  Yes, she was by a car.

10 Q.   And did you get in her car?

11 A.   Yes.  It was raining.

12 Q.   And did you talk to her in the car?

13 A.   Yes.

14 Q.   Did you tell her everything that had happened in the

15 house?

16 A.   No.

17 Q.   Did you --

18 A.   I --

19 Q.   I'm sorry.

20 A.   I briefed her about, like, some of the things, but I

21 didn't tell her everything.

22 Q.   And did you make a plan when you were talking to her

23 to see her again?

24 A.   At this point, she said she would buy me this charger

25 for the charger (sic).  And we didn't really, like,

644

Ms. Herczeg - Direct - Ms. Stone

1   pinpoint a date.  And --

2   Q.   I'm sorry.  What was the charger for, Bernadett?

3   A.   It's for my phone.

4   Q.   And is there a reason that you needed a particular

5   charger for your phone, your Hungarian phone?

6   A.   It's like a transformator (sic) for the plugs because

7   it's different from here to -- the European plugs and

8   here it's different.

9   Q.   And when you went out this first time to meet Csilla

10  had you told the defendant you were going out?

11  A.   I said -- no, actually, no, I didn't.  I didn't say

12  anything because that was when they didn't talk to me,

13  so.

14  Q.   Now, when you first e-mailed Csillee, how did you

15  feel about writing an e-mail when you had been told not

16  to write e-mails?

17  A.   I was really, really nervous.  I was downstairs and I

18  believe that was during their bath time.  So what I was

19  doing is was I was trying to download this website, and

20  it was pretty slow.  And I would just keep looking by the

21  staircase.  I was just so scared that either of them

22  would show up and then they would see me, what I was

23  doing.

24  Q.   So after this first meeting with Csilla, did you end

25  up communicating with her again?

645

Ms. Herczeg - Direct - Ms. Stone

1  A.   Yes.

2  Q.   When was that?

3  A.   It was on March 11th.

4  Q.   If you remember, how many days after the -- was it

5  the next day, two days, do you remember how days later?

6  A.   It was -- I believe it was two days after.

7  Q.   Okay.  And how did you make a plan to meet her this

8  time?

9  A.   We texted to each other.

10 Q.   When you texted, what phone did you use this time?

11 A.   My own phone, my Hungarian phone.

12 Q.   And did it still have enough electricity?  Did you --

13 A.   Yes.  It was, I believe, the last text where I could

14 send.

15 Q.   So you exchanged a text message.  And did somebody

16 pick you up?

17 A.   Yes.  That night Csilla and her fiancee picked me up.

18 Q.   And who's her fiancee?

19 A.   Her fiancee is Andras Juhasz.

20 Q.   And when they picked --

21       THE COURT:  You've got to spell it, counsel.

22 Q.   Can you spell it, Bernadett?

23 A.   A-n-d-r-a-s and J-u-h-a-s-z.

24 Q.   And this time when Andras and Csilla picked you up,

25 did you say anything to the defendant about where you

646

Ms. Herczeg - Direct - Ms. Stone

1   were going?

2   A.   No.

3   Q.   And where did you go?

4   A.   I went to their apartment.

5   Q.   And while you were at their apartment did you tell

6   them everything that had happened?

7   A.   I told Csilla most of the things what happened in the

8   house.

9   Q.   And while you were with Csilla and Andras did you

10  make a plan?

11  A.   Yes.

12  Q.   What was the plan?

13  A.   The plan was that I would go home the same night and

14  I start to pack all my belongings.  And the following day

15  at 5:00 p.m. or 6:00 p.m., I'm not sure, they would pick

16  me up by the house.

17  Q.   Was there any talk at that point about calling the

18  police?

19  A.   No.

20  Q.   Had you ever thought at that moment you should call

21  the police?

22  A.   No.

23  Q.   Why was that, Bernadett?

24  A.   I was scared.  I was scared that there is still a

25  possibility even if I would call the police it's -- he

647

Ms. Herczeg - Direct - Ms. Stone

1   would find out, and if the police cannot do anything with

2   this situation I would have to stay in his home, which

3   wouldn't be good.

4   Q.   So you made a plan that you were going to leave with

5   Andras and Csilla.  So after you made the plan did you go

6   back to the defendant's house?

7   A.   I went home and I started to pack all my belongings

8   right away.

9   Q.   And do you remember around what time of night that

10  was?

11  A.   It was around 11:00 p.m.

12  Q.   And where was everybody else?

13  A.   I believe Gisele was in the kitchen.  She was

14  reading.  And besides her I didn't see anyone.  I believe

15  they were downstairs.

16  Q.   Did you say anything to anyone?

17  A.   No.

18  Q.   And did there come a time later that evening that

19  somebody came to the house?

20  A.   Yes.

21  Q.   And do you remember what time it was?

22  A.   It was midnight.

23  Q.   And what happened?

24  A.   I was upstairs.  I was already finished packing.  And

25  I answered the door, and there was two police officers

648

Ms. Herczeg - Direct - Ms. Stone

1   came into the house.

2   Q.   And when the police officers came into the house did

3   anyone else come to the door besides you?

4   A.   No.

5   Q.   Did the defendant or Elena or Gisele ever come to the

6   door to speak to the police?

7   A.   It was later on.

8   Q.   Tell us what happened when the police came to the

9   house.

10  A.   Yeah.  So they asked me if I was Bernadett.  I said

11  yes, I am.  And they said that someone reported a

12  complaint that I would like to leave the house.  And they

13  said that Andras was sitting outside in a car.  And they

14  asked me if I want to talk to him.  And I went outside.

15  I talked to him.  And I left the house.

16  Q.   Now, did you at some point go back to get your bags?

17  A.   Yes.

18  Q.   And what happened when you went back to get your

19  bags?

20  A.   I went back, and I believe Mr. Yannai's dog came

21  upstairs.  And she started to bark.  And that's how

22  basically they woke up and they found out that someone

23  else is in the house besides me, I mean, upstairs.  And I

24  just went to -- straight to my room, packed everything,

25  and I just left with that.

649

Ms. Herczeg - Direct - Ms. Stone

1   Q.   Did the defendant say anything to you when you left?

2   A.   I'm remembering he asked me something, what was the

3   problem or something like that.  But I really didn't hear

4   it.  I was just --

5   Q.   And --

6   A.   I just wanted to go.

7   Q.   -- when you went back in the house to get your bags,

8   did the police accompany you or did you go back in by

9   yourself?

10  A.   Yes, they came with me.  Yes.

11  Q.   The police.

12  A.   Yes.

13  Q.   How many police officers if you remember?

14  A.   It was two.

15  Q.   And that evening after you left with your bags and

16  you got into the police -- did you get into the police

17  car?

18  A.   Yes.

19  Q.   And did you speak to the police that night?

20  A.   Yes.

21  Q.   Did you tell the police everything at that point that

22  had gone in the house?

23  A.   No.

24  Q.   And that night it was -- was it already you said

25  about midnight when they got there, right?

650

Ms. Herczeg - Direct - Ms. Stone

1   A.   Yes.

2   Q.   So that night why didn't you tell those police

3   officers everything that had happened?

4   A.   Because I still wasn't sure where I'm going to go.

5   It's just -- I didn't have a place to stay.  I didn't --

6   it was -- I was afraid.

7   Q.   What were you afraid of, Bernadett?

8   A.   That I would have to go back.

9   Q.   Why did you think you might have to go back to the

10  defendant's house?

11  A.   The same reason, I had nowhere to go.

12  Q.   Did you have any money?

13  A.   No.

14  Q.   Now, Bernadett, at that point did you end up staying

15  at anybody's house?

16  A.   Yes.  I stayed with Andras and Csilla.

17  Q.   And do you remember with Csilla at some point in the

18  next day or so writing down things?

19  A.   Yes.

20  Q.   Did you write down everything with her that had

21  happened in the house?

22  A.   No.

23  Q.   Why did you write everything down?

24  A.   Because I felt ashamed.  It was -- even -- it was

25  just ashamed.  I was ashamed.

651

Ms. Herczeg - Direct - Ms. Stone

1  Q.   And now, you left the house.  Do you remember the

2  date?

3  A.   On the 11th.

4  Q.   And do you remember meeting with the police on the

5  13th?

6  A.   Yes.

7  Q.   Do you remember who you met with at that point?

8  A.   I met Neil Merritt.

9  Q.   And do you know what kind of a police officer Neil

10 Merritt is?

11 A.   I believe he's an investigator.

12 Q.   And when you were interviewed by Neil Merritt did you

13 tell him most of everything that happened in the house?

14 A.   No.

15 Q.   Why didn't you tell him everything?

16 A.   It was really uncomfortable to talk about these

17 things with a male.  And that's why.

18 Q.   And at some point after you stayed with your friends,

19 did you move to a different location?

20 A.   Yes.  I --

21 Q.   And -- I'm sorry.  Where did you stay?

22 A.   I moved to confidential women's shelter.

23 Q.   And while you were at the women's shelter did anyone

24 else who had lived in Mr. Yannai's house come to the

25 shelter?

652

Ms. Herczeg - Direct - Ms. Stone

1   A.   Yes.

2   Q.   And who did?

3   A.   It was Gisele and Isabelle.

4   Q.   Who was Isabelle?

5   A.   At this time I really didn't know about her.  We

6   didn't meet at the house.  She is a -- she's a French --

7              MS. CESARE:  Objection.

8              THE WITNESS:  -- a French girl.

9              MS. CESARE:  Objection.

10             THE COURT:  What ground?

11             MR. SCHNEIDER:  Well withdrawn as to that.

12             THE COURT:  I'm sorry.  I --

13             MR. SCHNEIDER:  We withdrew the objection.

14             THE COURT:  Okay.

15             MR. SCHNEIDER:  But the next one might be

16  hearsay.

17  Q.   Who is Isabelle?

18  A.   Isabelle is a French girl.

19

20

21

22

23

24

25

653

Ms. Herczeg - Direct - Ms. Stone

1  Q.   And did she also work for the defendant?

2           MS. CESARE:  Objection.

3           THE WITNESS:  I believe so.

4           MS. CESARE:  Objection.

5           THE COURT:  Do you know?  Did you see her

6  working there?

7           THE WITNESS:  No.

8           THE COURT:  Sustained.

9  Q.   Before you left the --

10          THE COURT:  Sustained.  Go ahead.

11          MS. STONE:  Okay.  I'll ask a different

12  question.

13

14

15

16

17

18

19

20

21

22

23

24

25

654

Ms. Herczeg - Direct - Ms. Stone

1  Q.   Before you left the defendant's house was there a

2  discussion about anyone else coming to the house to work?

3  A.   Yes.

4  Q.   And what was discussed?

5            THE COURT:  By whom?

6  Q.   By whom, I'm sorry.  Did the defendant ever discuss

7  someone else coming to the house to work?

8  A.   I believe he mentioned to me that someone was coming.

9  Q.   And do you remember who he mentioned was coming?

10  A.   No.

11  Q.   Do you remember where he said the person was from?

12  A.   I don't remember.

13  Q.   Now, at the women's shelter, Bernadett, did they give

14  you any help with job training?

15  A.   Yes, they did.

16  Q.   What did they do for you?

17  A.   I attended a life skills program, which was, I'm not

18  sure, eight weeks.  And we had different kind of courses

19  every day.  They were helping me to improve English,

20  computer skills, nutrition, job interview skills.

21  Q.   And did the shelter give you any help with legal

22  assistance?

23  A.   Yes.

24  Q.   What did they do to help you with any legal needs you

25  might have?

655

Ms. Herczeg - Direct - Ms. Stone

1   A.   Well, I received a work authorization.

2   Q.   And as part of that work authorization did you

3   provide statements about why you wanted work

4   authorization?

5   A.   Yes.

6   Q.   And did you provide any statements about wanting to

7   be compensated financially for anything?

8   A.   Yes.  Yes.

9   Q.   Do you remember what you said about wanting to be

10  compensated financially?

11  A.   No.

12  Q.   Now, Bernadett, why did you stay in the United States

13  after you filed this report with the police?

14  A.   Because I wanted to stop him.

15  Q.   And at this point are you planning to stay in the

16  United States?

17  A.   No.  I didn't know anything about the legal issues or

18  the situation I was in at all.

19  Q.   So now after testifying in this trial are you still

20  planning to stay in the United States or are you planning

21  to go back to Hungary?

22  A.   I haven't decided yet.

23  Q.   Bernadett, have you ever met anyone named Anne

24  Simonsen?

25  A.   No.

656

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   Have you ever met anyone named Laura Ramirez?

2  A.   No.

3  Q.   Did you ever meet anyone named Vanessa Stenzel?

4  A.   No.

5  Q.   Did you meet anyone named Nathalie Yagoub?

6  A.   No.

7           MS. STONE:  I have no further questions.  Thank

8  you, Judge.

9  CROSS-EXAMINATION

10 BY MS. CESARE:

11 Q.   Good afternoon, Ms. Herczeg.

12 A.   Good afternoon.

13 Q.   How are you?

14 A.   Could be better.

15 Q.   Ready for some more questions?  My name is Heidi

16 Cesare.

17 A.   Nice to meet you.

18 Q.   Nice to meet you.  We've never talked before have me?

19 A.   No, we have not.

20 Q.   We never had a chance to review your testimony before

21 today?

22 A.   No.

23 Q.   You have met with the prosecutors quite a few times

24 haven't you?

25 A.   Yes.

657

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   About how many times all together would you say

2  you've met with prosecutors in this case?

3  A.   All together since the beginning?

4  Q.   Yeah.

5       MS. STONE:  Your Honor, I'm going to object and

6  ask for a side bar for just one moment.  I'm just

7  concerned it might let something in that's not before the

8  jury.

9       THE COURT:  I'm sorry, I can't -- come up.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

658

Ms. Herczeg - Cross - Ms. Cesare

1          (Conference held at sidebar.)

2          MS. STONE:  Your Honor, my concern is that the

3   state charges were dismissed, that is a sealed case.  So

4   I just wanted to make sure we weren't going to be

5   eliciting questions concerning the state prosecution.

6          MS. CESARE:  Your Honor, I'm going to ask her

7   how many times she's met with the prosecutors in this

8   case.  It has to do with Hilary and --

9          THE COURT:  Just because it's a sealed case

10   doesn't mean that people can't talk about it.  I mean

11   this is all silly.  You know, there are probably

12   newspapers stories about it, what are you going to do,

13   burn them up?  I mean this is ridiculous.

14          (Conference concludes at sidebar.)

15

16

17

18

19

20

21

22

23

24

25

659

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   How many times have you met with the prosecutors in

2  this case before this afternoon?

3  A.   I'm not sure.

4  Q.   More than ten times?

5  A.   I would say yes.

6  Q.   Is it -- could it be more than 20 times?

7  A.   No, I don't think so.

8  Q.   How many times did you meet with them this week?

9  A.   Only once.

10  Q.   And did you meet with them last week?

11  A.   Yes.

12  Q.   How many times last week?

13  A.   Once.

14  Q.   Now Ms. Herczeg, you're a college graduate, correct?

15  A.   Correct.

16  Q.   And you studied at a university in Hungary?

17  A.   Yes.

18  Q.   Did you study English while you were at University?

19  A.   Yes.

20  Q.   And did you study English in school before

21  University?

22  A.   Yes.

23  Q.   What other language do you speak?

24  A.   I speak in intermediate German.

25  Q.   As far as you know does Mr. Yannai speak Hungarian?

660

Ms. Herczeg - Cross - Ms. Cesare

1  A.   I don't know about that.

2  Q.   Did he appear to understand any of the Hungarian you

3  spoke in his home?

4  A.   No.

5  Q.   Did you ever have a conversation with him in

6  Hungarian?

7  A.   No.

8  Q.   When you were in his home you spoke exclusively

9  English, correct?

10 A.   Yes.

11 Q.   And that was the language all the other people in the

12 house spoke as well, right?  When you spoke to one

13 another you all spoke in English?

14 A.   Yes.

15 Q.   And the people who were living in the house at the

16 time were yourself, a young woman named Gisele, Mr.

17 Yannai, and Mr. Yannai's wife, Elena; is that right?

18 A.   Yes.

19 Q.   Before you came to Mr. Yannai's house you were

20 comfortable using a computer, correct?

21 A.   Yes.

22 Q.   You were familiar with the internet?

23 A.   Yes.

24 Q.   You were familiar with e-mail?

25 A.   Yes.

661

Ms. Herczeg - Cross - Ms. Cesare

1   Q.   Did you have an e-mail account that you paid for or
2   did you have a free e-mail account?
3   A.   It was a free e-mail account.
4   Q.   Okay.  And did you also use social networking sites?
5   A.   At this point -- I mean that point when I was back at
6   home, yes.
7   Q.   You mentioned a website on your direct testimony I
8   think you called it tag.com?
9   A.   Which I -- yes.
10  Q.   And tag is the Hungarian equivalent of a Facebook
11  website, is that what you said?
12  A.   No.
13  Q.   Well, can you describe tag -- the tag.com website?
14  A.   It's an international website, you can sign up for
15  free and you can look for other people.
16  Q.   Is it another way to network with other people?
17  A.   Yeah, I would say.
18  Q.   And is it a website that serves mostly Hungarians?
19  A.   No.
20  Q.   But you used it to network with Hungarians that were
21  in the United States, right?
22  A.   Only one.
23  Q.   Well, you found one person, right?
24  A.   Yes, that's correct.
25  Q.   And you found one Hungarian person who lived in Pound

662

Ms. Herczeg - Cross - Ms. Cesare

1  Ridge, New York?

2  A.   Yes.

3  Q.   There were other Hungarians using this website who

4  were in other parts of the United States, right?

5  A.   I don't know about that.

6  Q.   Okay.  Well, you only made contact with the one

7  person in Pound Ridge?

8  A.   Yes.

9  Q.   And that would be the woman you referred to as Cilla?

10 A.   Yes.

11 Q.   Or Cicila?

12 A.   Csilla.

13 Q.   Csilla.  Csilla, whose fiancee is named Andras?

14 A.   Yes.

15 Q.   Before you came to the United States you had a

16 lengthy e-mail correspondence with Mr. Yannai and a

17 person you thought was Joanna, correct?

18 A.   Yes.

19 Q.   All right.  And your e-mail correspondence was saved

20 and has been entered into evidence as Government Exhibit

21 100, correct?

22 A.   Yes.

23 Q.   Do you have a copy of it up there?

24 A.   No.

25 Q.   All right.  And that single document contains all of

663

Ms. Herczeg - Cross - Ms. Cesare

1   the back and forth correspondence you had regarding

2   employment at Joseph Yannai's house, right?

3   A.   Yes.

4   Q.   All right.  So I want to show you -- please publish

5   -- I'm going to ask you to take a look another the --

6   well, the first page of Government Exhibit 100, and

7   that's an e-mail dated December 26, 2008, right?

8   A.   Yes.

9   Q.   That was the very beginning of the e-mail

10  correspondence, correct?

11  A.   That was the first one, yes.

12  Q.   All right.  And the very first e-mail you wrote is

13  dated December 28th, 2008, correct?

14  A.   Yes.

15  Q.   And in that letter, in that very first letter you

16  said that you were a bit skeptical about this job offer,

17  right?

18  A.   Yes.

19  Q.   Do you see where I've underlined the phrase, "bit

20  skeptical"?  And then under -- the next thing you wrote

21  was that you were skeptical because you had heard about

22  girls who go to foreign countries and never come back; is

23  that right?

24  A.   Yes.

25  Q.   So this was a fear you had before you had ever met

664

Ms. Herczeg - Cross - Ms. Cesare

1  Joseph Yannai?

2  A.   In general, yes.

3  Q.   Right.  You had this fear before you had any

4  experience in his home, retire?

5  A.   Yes.

6  Q.   Now after that first e-mail you sent you continued to

7  correspond -- and hang on a second -- let me withdraw

8  that statement.

9     On December 30th you got an e-mail that explained to

10  you the pay options, right?

11  A.   Correct.

12  Q.   And there was a live-in option and a live-out option?

13  A.   Uh-huh, yes.

14  Q.   The live-in option was a proposal where you could

15  accept the job and work in exchange for room and board,

16  correct?

17  A.   I'm sorry?

18  Q.   The live-in option would have had you stay at his

19  home in exchange for room and board and all expenses

20  paid, right?

21  A.   Yes.

22  Q.   There was no promise of any salary other than a

23  $20,000 bonus at the conclusion of a full year, right?

24  A.   Yes.

25  Q.   Now you -- after you received that e-mail you replied

665

Ms. Herczeg - Cross - Ms. Cesare

1  saying that you were very interested in this job

2  opportunity, right?

3  A.   Yes.

4  Q.   And you stated that it was already for a long time it

5  had been your dream to go to America?

6  A.   Yes.

7  Q.   I'll show you the e-mail that you wrote on December

8  30th.  Do you see where you read, already for a long time

9  that it's my dream to go to America?

10  A.   And other countries.  America is just one.

11  Q.   All right.  Correct.  And you also wrote that in the

12  future that you wanted to work in a bath or a wellness

13  center because that is your trade?

14  A.   Well --

15  Q.   Did you write that?

16  A.   Yes, that's what I studied in college.

17  Q.   Now on direct you said that you were a little nervous

18  about this job offer, right?

19  A.   Yes.

20  Q.   And you needed some reassurance about the nature of

21  the job?

22  A.   Yes.

23  Q.   And on direct you read passages of many of the

24  e-mails and you described one of the e-mails as a little

25  reassuring, right?

666

Ms. Herczeg - Cross - Ms. Cesare

1   A.   Is it reassure?  I'm sorry?

2   Q.   Well, hang on a second.  On direct you were shown an

3   e-mail that you received on December 31st, 2008, and the

4   prosecutor asked you to read most of this e-mail.  Do you

5   remember that?

6   A.   Yes.

7   Q.   And after reading it you said that this particular

8   e-mail you found reassuring?

9   A.   I'm sorry, I don't understand this word.  I found --

10  Q.   Well, I believe you said it yourself, you used the

11  phrase a little reassuring.  Did you say that?

12  A.   No, I didn't use this word.

13  Q.   Okay.  But when the prosecutor showed you this e-mail

14  you said to her that after you received this mess you

15  felt a little bit better about going to work in Joseph

16  Yannai's home.  Do you recall that?

17  A.   No, I don't remember, I'm sorry.

18  Q.   Well, you said on direct that in the beginning when

19  you first got -- you know, first got the proposal to work

20  at Joseph Yannai you were a little nervous about whether

21  there'd be sex involved in the job, right?

22  A.   Correct.

23  Q.   And then after that -- or the prosecutor asked you to

24  read one of the e-mails you received from Joanna on

25  December 31st, 2008, right?

667

Ms. Herczeg - Cross - Ms. Cesare

1    A.    Uh-huh, yes.

2    Q.    And you indicated on direct that that e-mail made you

3    feel better?

4    A.    I indicated that the pictures made me a little better

5    -- feel a little better.

6    Q.    The e-mail you received on December 31st, 2008 had

7    two pictures attached to it, that's the last thing it's

8    saying in that e-mail, right?

9    A.    Yes.

10   Q.    And since -- and when you received the attached

11   e-mails you were able to click them on onto your computer

12   screen and see a visual image --

13   A.    Yes.

14   Q.    -- at home in Hungary, right?  And one of the images

15   is in evidence at P-2.  Is this one of the pictures that

16   was sent to you on --

17   A.    Yes.

18   Q.    -- on December 31st, 2008?

19   A.    Yes.

20   Q.    Okay.  And it's a picture of Joseph Yannai and a

21   young woman, right?

22   A.    Yes.

23   Q.    And he's kissing her on the side of the face?  May we

24   publish this?

25              THE COURT:  Yes.

668

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   The second picture is -- please publish -- is in

2  evidence as Defense Exhibit P-1.  Now you said that this

3  picture made you feel a little bit better about the job?

4  A.   It made me feel better because I had the picture of

5  him.

6  Q.   Well, this is a picture of Joseph Yannai kissing a

7  young woman, right?

8  A.   Well, it didn't seem to me a real kiss.

9  Q.   It's a picture of a man and woman holding hands

10 across the table and kissing on the lips, right?

11 A.   What I was thinking is that they just -- they just

12 made it for the picture.  They just -- they were just

13 playing on the picture.

14 Q.   And that seemed reasonable to you?

15 A.   At this time I -- it did seem.

16 Q.   Okay.  But this picture, whether it was acting or

17 playing, depicts an adult man and a woman kissing, lips

18 touching, right?

19 A.   Yes.

20 Q.   Okay.  And when adults -- when men and women, adults

21 kiss on the lips that typically indicates a romantic

22 connection, correct?

23 A.   Not necessarily.

24 Q.   Well, you'd agree that this photograph has a romantic

25 aspect doesn't it?

669

Ms. Herczeg - Cross - Ms. Cesare

1  A.   Not really.

2  Q.   There's nothing about that that seems romantic to

3  you?

4  A.   No.  I'm sorry, he -- his express is like -- like

5  nothing.  I'm sorry.

6  Q.   And what about the holding hands, doesn't the holding

7  hands indicate some romance?

8  A.   Maybe.

9  Q.   Probably, right?

10  A.   Probably.

11  Q.   Yeah.  Now going back to the e-mail that the

12  photographs were attached to, is this -- please publish,

13  this is in evidence.  In the e-mail on the second

14  paragraph -- the second paragraph beginnings with the

15  sentence, "As to the sex, Joseph loves sex and loves and

16  appreciates women."

17  A.   Yes, that's correct.

18  Q.   So when you read that sentence and looked at the

19  photograph of Joseph kissing a young woman surely at that

20  point you understood that this was a picture of a

21  romantic relationship?

22  A.   No.

23  Q.   Now on direct you said you didn't really understand

24  what the word intimate means?  Did you say that on

25  direct?

670

Ms. Herczeg - Cross - Ms. Cesare

A.   Yes.

Q.   Okay.  In this e-mail that -- there's a sentence that
uses the word intimate, and if you hang on for a second
I'll direct your attention.  In the middle of the second
paragraph you'll see a sentence that reads, "During the
two years I was with him we were of course very intimate,
like people who live together and love each other, and
although I did whatever a woman can do to have sex with
him he never agreed and we never had."  Do you remember
that sentence?

A.   Yes.

Q.   All right.  So when you read that sentence, within
the sentence you understood that people who are intimate
are people who live together and love one another?

A.   Which to me meant that I live back at home with my --
with my family.  We lived under the same roof.

Q.   Right.  And the next phrase in that sentence is,
"Although I did whatever a woman can do to have sex with
him he never agreed and we never did, right?

A.   Yes.

Q.   Is that right?

A.   Yes.

Q.   And this was the person that was writing this was
described an intimate relationship that she had had with
Joseph Yannai?

Transcription Plus II, Inc.

671

Ms. Herczeg - Cross - Ms. Cesare

1  A.   No.  What --

2  Q.   So you're saying after you --

3  A.   What I --

4  Q.   -- after you read this you still did not know that

5  Joanna was indicating to you that she'd had an intimate,

6  romantic relationship with Joseph Yannai?

7  A.   No, but what this sentence meant to me is that she

8  was trying and he never agreed.

9  Q.   Right.  She was trying, she wanted to have sex with

10 him, right?  Well, that's what it says explicitly.

11 A.   Yes.

12 Q.   So the relationship -- you understood that the

13 relationship she had with Joseph was not like the

14 relationship you have with your mother and father?

15 A.   Yeah.

16 Q.   And then in the third paragraph you're asked, "Why do

17 you" -- it begins, "what really bothers me and I really

18 don't understand is why you are ready to separate for at

19 least a year" -- and then it says, "with a boyfriend you

20 have."  Do you see that?

21 A.   Uh-huh.

22 Q.   Remember that sentence?

23 A.   Yes.

24 Q.   Okay.  So when you moved onto the next paragraph and

25 you saw that this issue of having a boyfriend -- leaving

672

Ms. Herczeg - Cross - Ms. Cesare

1   a boyfriend behind didn't that indicate to you that
2   Joseph -- that Joseph Yannai was looking for the same
3   type of relationship with you?
4             THE COURT:  Same type as what?
5   Q.   That the fact that you had a boyfriend would
6   interfere with your ability to have a relationship with
7   Joseph.  Did you understand that?
8   A.   No, my understanding was that I would miss him and I
9   would leave.
10  Q.   All right.  A few days later on January 4th, 2009 you
11  wrote back, right?
12  A.   Yes.
13  Q.   And you said, "When should I start the job!"
14  A.   Yes.
15  Q.   Right.  So at this point on January 4th, 2009 you
16  were -- all your skepticisms, all your concerns were
17  resolved, and ready to take the job?
18  A.   Not really.  Not all.
19  Q.   Why did you write, "When should I start the job!"
20  exclamation point?
21  A.   I was just curious when she expected me to start the
22  job.
23  Q.   All right.  Right after that the next day you got a
24  reply, and that was on January 5th, 2009, right?
25  A.   Yes.

673

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   And directing your attention to the very last line on

2  this page it begins, "I am telling you right now that he

3  will -- he will like to know exactly what is going on

4  between you and your boyfriend, why you are ready to

5  leave him for a long time and be with another man."  Do

6  you remember getting that question?

7  A.   Yes.

8  Q.   So when you received this message on January 5th,

9  2009, by then you certainly understood that Joseph Yannai

10 was looking for you -- looking to have an intimate

11 romantic relationship with you?

12 A.   No.

13 Q.   Didn't the fact that you were being asked about your

14 relationship with a boyfriend, you know, mean anything to

15 you?

16 A.   Well, the only thing why I -- I mean why -- what I

17 was thinking of was that if I would go into his house and

18 I would miss my boyfriend a lot I will leave before the

19 year.

20 Q.   Yeah, but this e-mail is not just -- it's not asking

21 you whether you'd miss your whole family and your whole

22 life in Hungary, it's asking you specifically about

23 missing your boyfriend and your relationship with him.

24          THE COURT:  So what is the question?

25 Q.   So wasn't it clear to you that Joseph Yannai wanted

674

Ms. Herczeg - Cross - Ms. Cesare

1  to have an intimate, romantic relationship with you?

2  A.   No.

3  Q.   And then your reply the next day is on January 7th,

4  2009 is that you were going to break up with your

5  boyfriend anyway?

6  A.   Yes.

7  Q.   And this is -- and in this letter on January 7th you

8  write to Joseph that you would be glad if you could fill

9  this position, right?

10  A.   Yes.

11  Q.   The next day on January 8th, 2009 you got your first

12  e-mail that was actually signed off by Joseph, correct?

13  A.   Yes.

14  Q.   And in that e-mail -- on direct you were asked to

15  read most of this e-mail to the jury, right?  Do you

16  remember?

17  A.   Yes.

18  Q.   But you did not read the last paragraph of this

19  letter to the jury on direct testimony; isn't that right?

20  A.   Yes.

21  Q.   And I'm going direct your attention to the end of the

22  last paragraph, and does it read, "But you will have to

23  understand that in order for me to be able to shape, mold

24  your character and prepare you for what I want you to be,

25  I will have to get into you, which means, real closeness,

675

Ms. Herczeg - Cross - Ms. Cesare

1   real intimacy, real care, real intimacy - in short,

2   everything but the actual act of sex."  Do you remember

3   getting that?

4   A.   Yes.

5   Q.   All right.  So surely when you read that, and that --

6   you understand that Joseph was telling you that he wanted

7   to be very close with you if you came to work for him.

8   A.   Yes.

9   Q.   He wanted real intimacy with you when you came to

10  work for him.

11          THE COURT:  The letter speaks for itself.  I

12  mean you don't have to just repeat what's in the letter.

13  Q.   Okay.  But you understood that he was asking you to

14  have -- share real intimacy with him?

15  A.   I didn't know what he meant about this.  I mean --

16  Q.   If you need a break you can let me know, all right?

17  A.   Oh, I'm okay.

18  Q.   All right.  Now these are e-mails you received before

19  you ever came to Joseph Yannai's home, right?

20  A.   Yes.

21  Q.   These are all e-mails you received when you were in

22  Hungary?

23  A.   Yes.

24  Q.   Okay.  And these are all e-mails talking to you about

25  the nature of the relationship you were going have with

676

Ms. Herczeg - Cross - Ms. Cesare

1  Joseph when you came to his house, right?

2  A.   Most of them were about the job.

3  Q.   Uh-huh, but there was a lot of discussion here about

4  the relationship as well.

5  A.   Because it was my greatest fear.

6  Q.   And Joseph told -- in his first e-mail to you he told

7  you that he wanted real closeness and real intimacy with

8  you.

9        THE COURT:  We've been over this.  Are we just

10  asking her what's in the first e-mail?  I mean --

11        MS. CESARE:  All right, moving on.

12  Q.   Right after that Joseph wrote to you, "You are only

13  21, and you have "kind" a relationship with a young man."

14  Hang on.  Do you see where I just read that?

15  A.   Yes.

16  Q.   And then he writes the following question, "Do you

17  think you will be able to bring yourself to have this

18  kind of relationship with someone who is probably older

19  than your father?"  Did you understand that sentence?

20  A.   Yes.

21  Q.   And this is in an e-mail -- Joseph's first e-mail to

22  you, right?

23  A.   Yes.

24  Q.   And he's talking to you about the relationship you

25  would have together, right?  He uses the word

677

Ms. Herczeg - Cross - Ms. Cesare

1   "relationship"?

2   A.   Uh-huh.

3   Q.   Right?

4   A.   Yes.

5   Q.   And he was asking you if you would be able to have

6   the same relationship with him, an old man, that you'd

7   had with your boyfriend in Hungary?

8   A.   Yeah.

9   Q.   Okay.  So when you read that e-mail from Joseph you

10  knew that he was inviting you to come have an intimate,

11  sexual relationship with him?

12  A.   Not really.

13  Q.   Well, what else does that sentence that's circled

14  mean?

15  A.   When I received this e-mail I just kept reading the

16  other ones, what I received before when Joanna said that

17  he would never have sex with anyone, and I just believed

18  in that.

19  Q.   He talked about the actual act of sex, right?

20  A.   Yes.

21  Q.   And did you understand that that meant intercourse?

22  A.   It didn't matter anymore.  I mean I believed in -- I

23  believed in that he would give me a better life.  He

24  promised me a lot of things.

25  Q.   Well, is that what you thought he meant when he asked

678

Ms. Herczeg - Cross - Ms. Cesare

1  you if you could have the same relationship with him as

2  this boyfriend?

3  A.   No.

4  Q.   And then there's a line in here where he asks you to

5  be the softer, feminine real woman as you appear in the

6  picture that you sent him.

7  A.   Yes.

8  Q.   And when you read that you knew he was talking about

9  you as the -- as a person who would be the object of his

10 romantic attentions?

11 A.   No.

12 Q.   No?

13 A.   No.

14 Q.   Not at all?

15 A.   No.

16 Q.   Your reply to this letter from Joseph include the

17 line in capitals, "I NEED THIS JOB."  Right?

18 A.   Yes.

19 Q.   And at the end of that same e-mail you said, "All of

20 your letter is understandable."

21 A.   Yes.

22 Q.   Okay.  And so indicating that you understood

23 everything Joseph had written in his letter to you?

24 A.   I indicated, yes.

25 Q.   On January 14th, 2009 Joseph wrote you another

679

Ms. Herczeg - Cross - Ms. Cesare

1  letter, right?

2  A.   Yes.

3  Q.   And I'm going to turn the page to the second part of

4  that letter.  And this is the letter where Joseph said to

5  you, "Why don't you write me a love letter?"

6  A.   Yes.

7  Q.   Right?

8  A.   Yes.

9  Q.   And he -- then below that he says, "What I'm trying

10  to do is very simple, I'm trying to do everything

11  possible that our life together will be as wonderful as

12  it can be, that both of us will get the maximum from the

13  relationship.  In short I'm trying to open you up and

14  bring you to me."

15  A.   Yes.

16  Q.   He wrote that to you?

17  A.   Yes, he did.

18  Q.   Okay.  So when you knew that he asked you to write

19  him a love letter and that he wanted you to open up to

20  him so you could have a wonderful relationship you knew

21  he was inviting you to have a consensual, romantic

22  relationship with him in New York.

23  A.   No.

24  Q.   Why did you think he wanted you to write him a love

25  letter?

Ms. Herczeg - Cross - Ms. Cesare

1   A.   I have no idea what was he thinking, why he wanted me

2   to write him a love letter.

3   Q.   Did you -- when you read this did you think about it?

4   A.   No.

5   Q.   You just ignored that part of the message?

6   A.   Yes.

7   Q.   Right below that is your reply, which is dated

8   January 15th, 2009.  Do you see that?

9   A.   Yes.

10  Q.   And you say -- you essentially say I haven't had time

11  to write my love letter to you, and you write, "So I'm

12  really sorry about it my sweetheart."

13  A.   Yes.

14  Q.   Okay.  And you called Joseph your sweetheart?

15  A.   Well --

16        THE COURT:  That's what it says.

17  Q.   Why did you call Joseph --

18        THE COURT:  What is the question?

19  Q.   Why did you call Joseph your sweetheart?

20  A.   I just -- I don't know, I felt like I had to write it

21  down.

22  Q.   You had to write down sweetheart?

23  A.   Yes.

24  Q.   Did you feel like you were being forced to write

25  sweetheart?

681

Ms. Herczeg - Cross - Ms. Cesare

1  A.   Kind of like, yes.

2  Q.   While you were sitting at your computer terminal at

3  your home in Hungary?

4  A.   Yes.

5  Q.   You felt forced to use the phrase my sweetheart?

6  A.   Yes.

7  Q.   What was forcing you to use the phrase my sweetheart?

8  A.   Because -- because I didn't want to lose the

9  opportunity.

10  Q.   You wanted the job?

11  A.   Yes.

12  Q.   And you were willing to write him a love letter

13  because you wanted the job?

14  A.   No, I didn't write him a love letter.

15  Q.   But you said you would as soon as you could.

16  A.   No.

17  Q.   It reads, "I'm trying to write as soon as possible."

18  Didn't you write that?

19  A.   My next letter -- I mean my next e-mail.

20  Q.   And this --

21  A.   It wasn't referring to the love letter.

22  Q.   Okay.  But what were you -- what were you -- and then

23  you -- what was the phrase, "So I'm really sorry about

24  it."  What did that mean?  What were you sorry about?

25  A.   That that I couldn't reply.

682

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   You were sorry because you hadn't had time to write

2  him the love letter, right?  That's what it means doesn't

3  it?

4  A.   No, I was apologizing because -- because he asked me

5  in his previous letter if I can shorten the time gap

6  between my e-mails.

7  Q.   Okay.  So tell us why you felt like you were forced

8  to call him my sweetheart?

9           MS. STONE:  Your Honor, this has been asked and

10  answered.

11           THE COURT:  Yes.

12           MS. CESARE:  She didn't answer it.

13  Q.   What was forcing --

14           THE COURT:  She answered it.  Let's move on.

15  Q.   In that same e-mail you wrote, "What kind of dresses

16  shall I bring with me?  Smart, leisure, etc."

17  A.   Yes.

18  Q.   On January 19th, 2009 you received an e-mail that was

19  signed off my Joanna, right?

20  A.   That's correct.

21  Q.   And in this e-mail Joanna talked to you about what

22  clothes you should bring to Joseph's house, right?

23  A.   Yes.

24  Q.   And she wrote to you, "The main thing that you have

25  to bring are blouses, preferably one color, and white

Ms. Herczeg - Cross - Ms. Cesare

1   shirts as soft as possible with buttons in the front,

2   skirts, dresses, and if you have suits, not pantsuits.

3   And of course high, different heights heel shoes.  But

4   whatever you will not have Joseph will purchase for you."

5   Right?

6   A.   Yes.

7   Q.   So when you were sitting in Hungary you understood

8   that you were being asked to dress a certain way in

9   Joseph's house?

10  A.   Being dressed a professional way.

11  Q.   Well, in Hungary do adult professional women wear

12  pants?

13  A.   It depends on --

14  Q.   Right.  In other European nations, you know, what

15  you're exposed -- what you were exposed to through

16  University, and you know, and television and news

17  program, you were aware that adult professional women in

18  this day and age regularly wear slacks and pants?

19  A.   I wasn't -- I wasn't aware of that.  I mean --

20  Q.   Did you think in 2009 when you read that letter after

21  you had graduated from college did you think it would be

22  unprofessional to wear slacks to work?

23  A.   No, but I believed that that was Joanna, that was a

24  female who wrote me the e-mail, and --

25  Q.   This is --

684

Ms. Herczeg - Cross - Ms. Cesare

1    A.    -- it seemed like --

2    Q.    -- you were talking about becoming Joseph Yannai's

3    companion and personal assistant, right?

4    A.    Yes.

5    Q.    You knew you would be working in his home?

6    A.    Yes.

7    Q.    Not in an office, right?

8    A.    Yes.

9    Q.    You knew his wife had an office job and she was not

10   in the house during office hours?

11   A.    I didn't know what time she was working.

12   Q.    But you knew she had a job and did not work at home

13   with Joseph?

14   A.    Yeah, but I didn't know what time.

15   Q.    On the ground.  And you knew what Joanna looked like

16   because she had sent you the pictures?

17   A.    Yes.

18   Q.    And one of the pictures was of her holding Joseph's

19   hands and kissing him on the lips?

20   A.    Yes.

21   Q.    Right.  So first of all, when you got this e-mail you

22   one, agreed that you would dress this way when you got to

23   Joseph's house, right?

24   A.    Yes.

25   Q.    And two, when you got this e-mail you understood, as

Ms. Herczeg - Cross - Ms. Cesare

1  an adult educated person, that Joseph was interested in

2  having an attractive young woman who wore sexy clothes in

3  his house?

4  A.   No.

5  Q.   No?

6  A.   No.

7  Q.   Did that occur to you at all?

8  A.   A skirt doesn't mean to being unprofessional.

9  Q.   I didn't say unprofessional, I said sexy.

10 A.   What, it didn't mean sexy --

11 Q.   Skirts and high heels for a job in the house?

12 A.   He had an office there, that's what they claimed.  I

13 thought -- that's what I was thinking of that he would

14 have clients coming in.

15 Q.   But you know, in your e-mail correspondence you had

16 gotten a description of the type of things you would be

17 doing if you came to be his personal assistant companion,

18 right?

19 A.   And I also thought that he's having clients because

20 he mentioned.

21 Q.   The job description included making breakfast, right?

22 A.   Yes.

23 Q.   It included making the coffee, right?

24 A.   Yes, but not all day.

25 Q.   It included keeping the office tidy, cleaning?

686

Ms. Herczeg - Cross - Ms. Cesare

1   A.   Yes.

2   Q.   It included running his bath?

3   A.   Yes.

4   Q.   It included going on errands with him?

5   A.   Yes.

6   Q.   It included working with him in an home office?

7   A.   Yes.

8   Q.   It included taking care of the dog?

9   A.   I don't remember this part, I'm sorry.

10  Q.   There's certainly no need to wear high heels and

11  dresses when you give a 65-year-old man a bath is there?

12  A.   That's correct.

13  Q.   And your reply to this message -- your reply to this

14  message on January 21st, 2009 was, "I understood what you

15  wrote and I will do this."

16  A.   Yes.

17

18

19

20

21

22

23

24

25

687

Ms. Herczeg - Cross - Ms. Cesare

1   Q.   So it's fair to say that, you know, honestly

2   reviewing the e-mail correspondence you had with Joseph

3   you knew that you were being invited to come work in his

4   home and have a personal intimate relationship with him?

5           MS. STONE:   Objection, argumentative.

6           THE COURT:   I'm sorry, I can't hear you.

7           MS. STONE:   Objection, argumentative.

8           THE COURT:   It started out that way.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

688

Ms. Herczeg - Cross - Ms. Cesare

1   Q.   Would it be fair to say that you knew that Joseph was

2   inviting you to have an intimate, romantic relationship

3   with him?

4         MS. STONE:  Your Honor, this has been asked and

5   answered.

6         THE WITNESS:  No.

7         THE COURT:  Sorry, she's answered.

8   Q.   And is it your testimony that this was -- you had no

9   idea that she was suggesting an intimate consensual

10  relationship?

11  A.   I -- no.

12  Q.   No clue?

13        THE COURT:  This is getting --

14  Q.   The high heels didn't give you a clue?

15        THE COURT:  This is argumentative.  Let's go.

16  It's also repetitive.

17  Q.   I'd like to get some dates clear with you.  You

18  arrived at JFK on February 18th, 2008; is that right?

19  A.   That's correct.

20  Q.   And you left the Yannai residence on March 11th,

21  2008?

22  A.   Yes.  2009.

23  Q.   Oh, excuse me, 2009.  So you arrived on February

24  18th, 2009?

25  A.   Yes.

689

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   And you stayed about three weeks?

2  A.   Yes.

3  Q.   And left on March 13th, 2009?

4  A.   No, March 11th.

5  Q.   March 11th.  On March 13th, 2009 you met with

6  Investigator Neil Cornelius -- or Investigator Neil

7  Merritt; is that right?

8  A.   I can't remember the date, but I met him.

9  Q.   It was about two days after you left the Yannai

10 residence, right?

11 A.   Yes.

12 Q.   And where did you have that meeting?

13 A.   It was in Somers, New York.

14 Q.   Was it at the police station?

15 A.   I believe it was.

16 Q.   Okay.  And then about three days later on March 16th,

17 2009 you had another meeting with Investigator Neil

18 Merritt and Prosecutor Audrey Stone; isn't that correct?

19 A.   I can't remember.

20 Q.   You do recall that you had a return ticket with a

21 return flight on March 17th, 2009, right?

22 A.   That's correct.

23 Q.   So when you arrived -- when you came to New York you

24 came on a round trip ticket?

25 A.   Yes.

690

Ms. Herczeg - Cross - Ms. Cesare

Q.   A one-month ticket?

A.   Yes.

Q.   And you met with Investigator Neil Merritt and Prosecutor Audrey Stone one day before your return flight back to Hungary?

A.   If that was the date.

Q.   It sound right?  Do you recall that you met with Investigator Neil Merritt and Prosecutor Audrey Stone before your ticket had expired?

A.   No, I didn't know which date was that when I met them.

Q.   When you met with Investigator Merritt at the police station he took notes of the interview, correct?

A.   Yes.

Q.   And when you went again to Prosecutor Audrey Stone's office the investigator took notes of that meeting as well?

A.   Yes.

Q.   And he took notes while you were talking to keep a record of what you said, right?

A.   Yes, I believe so.

Q.   When you arrived at the house you met a young woman named Gisele, right?

A.   That's correct.

Q.   And you met Joseph's wife, Elena?

691

Ms. Herczeg - Cross - Ms. Cesare

1   A.   That's correct.

2   Q.   And that first day there did you go out to dinner?

3   A.   The first day?

4   Q.   The first evening that you were there?

5   A.   No, it was too late.

6   Q.   Okay.  The next night did you go out to dinner?

7   A.   Maybe.

8   Q.   Did Elena show you around the house?

9   A.   Yes, that was the first night when I arrived.

10  Q.   Okay.  And the next day did Gisele show you around

11  the office?

12  A.   Yes, since she was -- she's been there for longer

13  than me.

14  Q.   All right.  Now the house had -- the Yannai residence

15  is a two-story house, correct?

16  A.   Yes.

17  Q.   There's an upstairs and a downstairs?

18  A.   Yes.

19  Q.   And the main entrance brings you into the upstairs

20  floor, correct?

21  A.   Yes.

22  Q.   And on the main entrance upstairs floor there's the

23  kitchen, the living room, the dining area, right?

24  A.   Yes.

25  Q.   And two bedrooms?

692

Ms. Herczeg - Cross - Ms. Cesare

1  A.   Yes.

2  Q.   And between those two bedrooms is a bathroom?

3  A.   Yes.

4  Q.   It's set up like a semi-private bathroom for those

5  two bedrooms?

6  A.   Yes.

7  Q.   Was one of those -- did you get one of those rooms as

8  you bedroom?

9  A.   Yes.

10 Q.   Did you have the front room or the back room?  Did

11 your room face the street or the pond?

12 A.   Facing the street.

13 Q.   Okay.  So your room was close to the front door of

14 the house?

15 A.   Yes.

16 Q.   The windows --

17 A.   It was the same -- it was the same distance --

18 Q.   Okay.

19 A.   -- from the entrance.

20 Q.   And on the downstairs level was another living room

21 area, right?

22 A.   Yes.

23 Q.   Also the workplace, the home office area, right?

24 A.   Yes.

25 Q.   And there were two more bedrooms on the lower floor?

Ms. Herczeg - Cross - Ms. Cesare

1   A.   I saw only one bedroom downstairs.

2   Q.   And that would have been the bedroom that Joseph

3   shared with his wife, right?

4   A.   Yes.

5   Q.   And Joseph's wife went to her office job on Mondays

6   through Fridays, right?

7   A.   Yes.

8   Q.   And she left in the morning around 7 a.m. or --

9   A.   Yeah, around 7:00.

10  Q.   -- 7:00 or 8:00?

11  A.   Or 6:00 -- yeah.

12  Q.   She didn't leave as early as 6:00 did she?  Not that

13  early.

14  A.   I was still sleeping that the time.  I've never seen

15  her leaving --

16  Q.   Okay.

17  A.   -- the house.

18  Q.   And she would come home in the evening time around

19  6:00 or 7:00, right?

20  A.   Yes.

21  Q.   And the typical schedule of the day would include

22  breakfast with Joseph, right?

23  A.   Yes.

24  Q.   And then after breakfast time he would have a bath,

25  right?

694

Ms. Herczeg - Cross - Ms. Cesare

1  A.   Yes.

2  Q.   After he took his bath you and Gisele would work in

3  the office for a few hours, right?

4  A.   Yes.

5  Q.   Then the three of you would break to lunch?

6  A.   Yes.

7  Q.   Did the three of you have lunch together on typical

8  days?

9  A.   Maybe two times.

10  Q.   And what did you do typically for lunch?

11  A.   We went out or we would make sandwich at home.

12  Q.   Okay.  And was that your job or Gisele's job to make

13  lunch when you were home?

14  A.   Either or.

15  Q.   Did Joseph ever make lunch for you?

16  A.   No.

17  Q.   And after lunchtime Joseph took a nap typically,

18  right?

19  A.   No, it was before.

20  Q.   He took his nap before lunchtime?

21  A.   Yeah, he took it around 11 a.m.

22  Q.   All right.  And did he usually nap for about two

23  hours?

24  A.   Yeah.

25  Q.   And then so after his nap you'd have lunch, right?

695

Ms. Herczeg - Cross - Ms. Cesare

1   A.   Yes.

2   Q.   And then work for couple more hours in the office?

3   A.   Yes.

4   Q.   And then when Elena came home you'd start getting

5   supper ready?

6   A.   I'm sorry, getting?

7   Q.   When Elena came home it was supper time?

8   A.   It was after.  We usually had to work till 7 p.m.

9   Q.   And who usually made supper?  Who usually cooked the

10  dinner meal, the evening meal?

11  A.   That was Elena.

12  Q.   Okay.  So Elena would come home from work and then

13  she'd prepare an evening meal for all four of you?

14  A.   Yes.

15  Q.   And when dinner was ready you would stop working and

16  have supper together, all four of you?

17  A.   Yes.

18  Q.   And after supper you had your own free time, right?

19  A.   Yes.

20  Q.   Now on most days you and Gisele would go out for a

21  walk at some point during the day?

22  A.   Yes.

23  Q.   And what time of day did you usually take your walk?

24  A.   Around 9:00, 10 p.m.

25  Q.   You'd go for a walk in the dark?

696

Ms. Herczeg - Cross - Ms. Cesare

1   A.   I was working till 7 p.m., then we had dinner

2   together, which means around -- it ended around 9 p.m. --

3   Q.   Uh-huh.

4   A.   -- and that was the only time where I could go out.

5   Q.   So you'd go for an evening walk after supper with

6   Gisele?

7   A.   With Gisele only by myself.

8   Q.   Okay.  And did you just -- you walked around the

9   neighborhood when you went for walks?

10  A.   Yes.

11  Q.   Did you ever go to the park that's nearby?

12  A.   No, there's no parks nearby.

13  Q.   Okay.

14  A.   There wasn't any park nearby.

15  Q.   You didn't know about the park nearby?

16  A.   No.

17  Q.   And when -- now the first week in the house was more

18  or less normal, you just -- there was no -- no real

19  sexual pressure to do anything --

20  A.   Yes.

21  Q.   -- the first week, right?

22  A.   That's correct.

23  Q.   So in that first week it was Gisele who would prepare

24  Joseph's bath, right?

25  A.   Yes.

697

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   And in that first week it was Gisele who would wake

2  Joseph up from his nap, right?

3  A.   Yes.

4  Q.   And in that first week did you observe Gisele and

5  Joseph kissing at all?

6  A.   No.

7  Q.   Did you observe her initiating any sexual contact

8  with Joseph?

9  A.   No.

10 Q.   Did you observe her getting in bed with Joseph in

11 that first week?

12 A.   No.

13 Q.   Now Joseph's house is in neighborhood that has other

14 houses nearby, right?

15 A.   Not really.

16 Q.   There's a house right across the street isn't there?

17 A.   Maybe.

18 Q.   And there's a house right next door, right?

19 A.   Yeah.

20 Q.   And if -- how long were your walks?  Did you usually

21 walk for half an hour or an hour?

22 A.   It was up to my mood, half an hour, hour.

23 Q.   Okay.  And if you walked for half an hour you would

24 probably walk about two miles, right?  Worth, what would

25 that be in kilometers?

698

Ms. Herczeg - Cross - Ms. Cesare

1  A.    I don't know --

2  Q.    Three kilometers?

3  A.    -- how far I walk, I'm sorry.

4  Q.    Are you familiar with kilometers or miles when you do

5  distance?

6  A.    Kilometers.

7  Q.    So you'd probably walk at least two or three

8  kilometers in a half hour?

9  A.    No.

10  Q.    One?

11  A.    Maybe one or two.

12  Q.    Okay.  And if you walked a kilometer from Joseph's

13  house you would pass numerous other houses?

14  A.    Yes.

15  Q.    Yes.  And you'd see all the houses had driveways,

16  right?

17  A.    Uh-huh.

18  Q.    They all had cars in the driveways?

19  A.    Yes.

20  Q.    They all had lights on in the windows?

21  A.    Yes.

22  Q.    So it's not really accurate to say he lived in the

23  middle of a forest.

24  A.    Well, it kind of seemed like.

25  Q.    He lived on a residential road.

699

Ms. Herczeg - Cross - Ms. Cesare

1  A.   Well, to me it seemed like there was nothing --

2  nothing public nearby.

3  Q.   There were homes nearby, right?

4  A.   Yes.

5  Q.   Either direction you could walk out of his door left

6  or right and you'd walk past the neighbors?

7  A.   Yes.

8  Q.   When you were in Joseph's house the doors were never

9  locked, right?

10 A.   No.

11 Q.   And while you were there, there were a couple of

12 times where repairmen came to the house?

13 A.   What, I'm sorry?

14 Q.   Did any -- did repairmen ever come to the house when

15 you were there?

16 A.   Yes.

17 Q.   To repair the computers, right?

18 A.   Yes.

19 Q.   And how often did that happen?

20 A.   I met him only one time.

21 Q.   All right.  And you called your family once a week?

22 A.   Yes.

23 Q.   With Joseph's telephone, right?

24 A.   Joseph's home phone.

25 Q.   And he told you he didn't want you to e-mail people

Ms. Herczeg - Cross - Ms. Cesare

1   except once a week, right?

2   A.   Yes.

3   Q.   But you actually did use the e-mail several times

4   every day?  Three or four times every day?

5   A.   I did.

6   Q.   And it is easy to do because you had internet access

7   at your workstation all day long?

8   A.   Yes.

9   Q.   Right.  And you knew how to use the internet?

10  A.   Yes.

11  Q.   And you could log onto the e-mail address you had had

12  set up when you lived in Hungary?

13  A.   I wasn't there enough to use my e-mail or open up an

14  e-mail account without his permission.

15  Q.   Well, every day he took a nap for two hours, right?

16  A.   But Gisele was right next to me.

17  Q.   And every day you could log onto the computer and

18  navigate yourself to whatever website you wanted to while

19  he was napping.

20  A.   No, I was afraid to use the internet if he would find

21  out.

22  Q.   And you were afraid because you were afraid he'd kick

23  you out and you'd lose your job?

24  A.   No, he would kick me out and I have nowhere to go.

25  Q.   Right.  Well, you could go home.

701

Ms. Herczeg - Cross - Ms. Cesare

1    THE COURT:  Is that a question or a statement?

2  Q.  You knew you could go home?

3  A.  No.

4  Q.  Was there a reason you couldn't go home to Hungary?

5  A.  Yes.

6  Q.  Why couldn't you go back to Hungary?

7  A.  I had no money and I had no transportation and I had

8  my tickets for the 17th.

9  Q.  Now Joseph told you that he would take you to the

10  airport?

11  A.  Or somewhere else.

12  Q.  No, he told you -- didn't he -- didn't he in fact

13  tell you that if you didn't follow the rules he would

14  fire you and take you to the airport?

15  A.  That's what he -- that's what he claimed.

16  Q.  That's what he said to you, right?

17  A.  Yes, but I still --

18  Q.  You just didn't believe him?

19  A.  No, I was scared of him.

20  Q.  Okay.

21  A.  He would take me somewhere else, but not to the

22  airport.

23  Q.  In the three weeks you were in his house did you ever

24  say to him, Joseph, I want to leave?

25  A.  No, I was waiting on the 17th.

702

Ms. Herczeg - Cross - Ms. Cesare

1  Q.   So not -- so you never said to him I want to leave

2  the house?

3  A.   No, I didn't know what to expect from him if I could

4  say I want to leave.

5  Q.   Did you ask him to take you to the airport?

6  A.   And what should I do at the airport?  I had no money.

7  Q.   Did you ask him to help you change your ticket?

8  A.   I didn't know it was possible.

9  Q.   When you e-mailed your family did you say, family,

10 can you help me change my ticket, I want to come home

11 soon?

12 A.   I didn't want to tell to my family what kind of

13 situation I was in.

14 Q.   Well, you didn't have to tell your family anything,

15 you could have -- you knew you could say to your family,

16 you know, I don't like it here I want to go back, could

17 you help me move my ticket up?

18 A.   I didn't want to bother them with that, they had

19 enough problems when I left.

20 Q.   Well, you knew -- your family certainly loved you,

21 right?  Right?

22 A.   Yes.

23 Q.   You knew they'd help you if you needed help?

24 A.   Yes.

25 Q.   And you didn't ask them to help you?

703

Ms. Herczeg - Cross - Ms. Cesare

1   A.   It's not that I didn't want to, it's just -- it's

2   just I didn't want my mother to worry about me.

3   Q.   So you decided to stay at Joseph's house?

4           THE COURT:  She's answered this, we've gone

5   over this.

6           THE WITNESS:  Yes, till the 17th.

7   Q.   Okay.  All right.  There came a time when you started

8   to draw Joseph's bath for him, right?

9   A.   The what, I'm sorry?

10  Q.   After the first week you started preparing Joseph's

11  bath for him, right?

12  A.   Yes.

13  Q.   You and Gisele would take turns doing that?

14  A.   Yes.

15  Q.   And you were uncomfortable doing that, right?

16  A.   I was.

17  Q.   But you knew before you ever came to his house that

18  he was going the ask you to draw the bath for him, right?

19  A.   Yes.

20  Q.   Okay.  But it still made you uncomfortable, right?

21  A.   Preparing the water and performing oral sex is two

22  different things.

23  Q.   Right.  You never did perform oral sex on him.  He

24  wanted you to, right?

25  A.   Yes.

704

Ms. Herczeg - Cross - Ms. Cesare

1          MS. STONE:  I'm sorry, your Honor, I don't

2   think -- the witness nodded, it wasn't on the record.

3   Q.   Did Joseph want you to perform oral sex on him?

4   A.   Yes.

5   Q.   And you did not want to do it?

6   A.   No.

7   Q.   You told him -- you told him you didn't want to do

8   it?

9   A.   Yes, I did tell him.

10  Q.   And he said okay, right?

11  A.   He said it's okay for now.

12  Q.   And he said in a while, after a while you're going to

13  beg me to do it, right?

14  A.   That's correct.

15  Q.   And after that did you keep giving him -- did you

16  keep preparing his bath?

17  A.   Yes, because I had no choice but to agree what he

18  wanted me to do.

19  Q.   Because you were afraid he would fire you if you

20  didn't do the bath for him?

21  A.   No.  At this point I didn't care about the job or the

22  money anymore.

23  Q.   Well, at this point --

24  A.   It was -- the point was I would leave and I have

25  nowhere to go, I had no money, I had no friends, or even

705

Ms. Herczeg - Cross - Ms. Cesare

1    he would just take me somewhere if I wouldn't allow him

2    what he wanted me to do.

3    Q.   Did he ever say he was going to take you somewhere

4    and make your disappear?  Did he ever say that you?

5    A.   If I want to kill you would I tell you?

6    Q.   Did he ever say he was going to take you and make you

7    disappear?

8    A.   He never mentioned it.

9    Q.   Did he ever tell you he made over people disappear?

10   A.   He told Gisele that he would kill her if something

11   happened to Elena.

12   Q.   Oh, let's go to that.  You're taking about a day when

13   he missed a phone call from his wife, right?  Right?  He

14   had missed an important phone call from his wife, right?

15   A.   I don't know it was important or not, but he missed a

16   call.

17   Q.   And he slammed his hand down on a table, right?  And

18   he said in an angry voice, I'm going to kill you if

19   anything happens to Elena?

20   A.   That's correct.

21   Q.   Right.  So he was angry about missing a phone call,

22   right?

23   A.   He was angry about missing a phone call or -- yeah, I

24   guess.

25   Q.   Now you were friendly with Gisele, right?

706

Ms. Herczeg - Cross - Ms. Cesare

1   A.   I'm sorry?

2   Q.   Were you friendly with Gisele?

3   A.   Not really.

4   Q.   Okay.  Would you --

5             THE COURT:  I think if you're going onto

6   something else this may be a good time for break.

7             MS. CESARE:  Thank you.

8             THE COURT:  All right, ladies and gentlemen,

9   we'll recess till tomorrow -- yes, we'll recess for today

10  until tomorrow.  I think we can start at 10:30.

11            (Pause.)

12            THE COURT:  See you tomorrow.

13            (Jury exits the courtroom.)

14

15

16

17

18

19

20

21

22

23

24

25

707

Proceedings

1      MR. SPECTOR: Excuse me, Judge. As for our
2  witness calling purposes we're going to have the 404(b)
3  witness here tomorrow.
4      THE COURT: I thought I indicated I'm not
5  inclined to admit it? I mean I --
6      MR. SPECTOR: I wasn't sure if there was a
7  ruling.
8      THE COURT: I'm not inclined to admit it. I
9  said I would think about it, but I'm not -- I'm not going
10  to admit it. Let's make it simple.
11     MR. SPECTOR: Okay. I'm sorry, just one other
12  thing. We're going to plan to file our proposed charge
13  either Friday night or Saturday morning if that's all
14  right with the Court.
15     THE COURT: The problem is that -- if you want
16  to sum up on Tuesday and you want to see the charge
17  before you sum up, then that's not a good schedule.
18     MR. SPECTOR: Maybe it makes sense to, if we
19  plan for a charge conference on Tuesday and sum up on
20  Wednesday.
21     THE COURT: Well, it's still a difficult
22  schedule. I don't have a charge conference -- I mean I
23  don't understand, I don't need your whole collection of
24  boilerplate charges, I just want a charge on the elements
25  of the offense, and if I don't get it from you I'll just

708

Proceedings

1  take it from Sam.

2          MR. SCHNEIDER:  Or us.

3          THE COURT:  Or you, of course.

4          MR. SPECTOR:  Okay.  Well, we'll try to file

5  something -- when can we file it to be useful to you?

6          THE COURT:  You know, at least by tomorrow

7  night.

8          MR. SPECTOR:  Okay.

9          MR. SCHNEIDER:  Okay.

10          THE COURT:  So at least I have a today look at

11  it.

12          MR. SPECTOR:  We'll do it by tomorrow night.

13  Thank you, Judge.

14          THE COURT:  And again, I don't need your whole

15  collection of boilerplate.

16          MR. SPECTOR:  I understand.

17          THE COURT:  Just the elements of the offense.

18              (Matter adjourned.)

19                  -o0o-

20

21

22

23

24

25

709

**I  N  D  E  X**

**<u>Nathalie Yagoub</u>:**

Direct Examination by Mr. Spector. . . . . . . . . . .   502

Cross-Examination by Mr. Schneider. . . . . . . . . .   512

**<u>Bernadett Herczeg</u>:**

Direct Examination by Ms. Stone. . . . . . . . . . .   565

Cross-Examination by Ms. Cesare. . . . . . . . . . .   656

**E  X  H  I  B  I  T  S**

**<u>Government's Exhibit Marked in Evidence</u>:**

Government's Exhibit 100. . . . . . . . . . . . . . .   569

**<u>Defendant's Exhibit Marked In Evidence</u>:**

Defendant's Exhibit JY-1. . . . . . . . . . . . . . .   546

Defendant's Exhibit NY-2. . . . . . . . . . . . . . .   554

710

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **25th** day of **May**, 2011.

*Linda Ferrara*
Linda Ferrara
Transcription Plus II, Inc.

**-$-**

**$20,000** [4] 518:4,8
562:8 664:23
**$200** [1] 598:15

---

**-o0o-** [1] 708:19

**-.-**

**.502** [1] 709:5
**.512** [1] 709:6
**.546** [1] 709:17
**.554** [1] 709:18
**.565** [1] 709:9
**.569** [1] 709:14
**.656** [1] 709:10

**-1-**

**1** [17] 533:19 534:11,15,15
537:11 547:3 555:15
**10** [2] 514:12 695:24
**10-cr-594** [1] 496:2
**100** [6] 569:15,21,24
662:21 663:6 709:14
**10576** [1] 591:14
**10601** [1] 496:25
**10:30** [1] 706:10
**11** [1] 694:21
**111** [1] 496:24
**1120** [1] 496:20
**1124** [1] 496:32
**11783** [1] 496:35
**1:00** [2] 634:3 647:10
**11th** [5] 645:2 651:2
688:20 689:4,5
**12** [18] 514:20 527:11
564:4 620:4,16 628:11,12
628:13 629:3,7,17,25
630:10,15,18 631:18,23
632:1
**12th** [2] 512:16 513:1
**1367** [1] 616:19
**13th** [3] 651:4 689:3,5
**14th** [3] 513:2 581:21
678:25
**153rd** [1] 506:6
**15th** [1] 680:8
**16** [1] 496:30
**16th** [2] 613:16 689:16
**17** [1] 561:10
**17th** [6] 642:9,10 689:21
701:8,25 703:6
**18th** [2] 688:18,24
**19** [1] 512:13
**1992** [3] 623:1 626:15,16
**1994** [1] 626:14
**19th** [4] 513:2 585:4
586:3 682:18
**1:00** [1] 634:3

**-2-**

**2** [4] 530:16 555:2 570:13
609:17
**20** [1] 623:14 659:6
**2004** [1] 546:14
**2005** [1] 546:14
**2006** [2] 512:13 550:22
**2008** [10] 568:3 613:16
663:7,13 666:3,25 667:6
667:18 688:18,21
**2009** [18] 672:10,15,24
673:9 674:4,11 678:25
680:8 682:18 683:20
686:14 688:22,23,24
689:3,5,17,21
**2011** [2] 496:7 710:16
**21** [2] 592:20 676:13
**21st** [1] 686:14
**24** [1] 541:5
**25** [1] 496:7
**25th** [2] 710:16
**26** [1] 663:7
**26th** [1] 570:2
**271** [1] 496:19
**28th** [2] 590:22 663:13
**2:15** [1] 501:11
**2nd** [1] 530:15

**-3-**

**3** [1] 510:13
**30** [1] 624:17
**309** [1] 591:13
**30th** [4] 572:13 575:5
664:9 665:8
**31st** [3] 576:4 666:3,25
667:6,18
**32** [1] 624:17,18
**3500** [7] 501:14 533:23
541:8,9 611:16 612:9
615:11
**3500-NY-16** [3] 527:14
529:20 557:16
**3859** [1] 496:34
**3:15** [2] 609:20 615:23
**3rd** [1] 496:31

**-4-**

**40** [3] 570:21 624:18,19
**404** [11] 622:22,25 623:5
623:9,12,23 625:9,11
626:4 628:8 707:2
**413** [5] 624:2,22 625:7,14
625:25
**472** [1] 521:11
**4th** [2] 672:10,15

**-5-**

**5** [7] 529:20 533:20 534:12
534:15,16 554:21 555:15
**5:00** [1] 646:14
**5th** [3] 547:3 672:24 673:8

**-6-**

**6** [1] 555:23
**6.1-foot** [1] 637:23
**64** [1] 570:15
**65-year-old** [1] 686:11
**6:00** [4] 646:14 693:11
693:12,19
**6th** [1] 624:15

**-7-**

**7** [1] 554:13,23 555:23
574:22 693:8 695:8 696:1
**7:00** [5] 534:19,19 693:9
693:10,19
**7th** [1] 580:10 674:3,7

**-8-**

**8** [6] 557:16 574:22 602:15
602:19 616:18 624:17
**820** [1] 514:9
**8:00** [2] 534:19 693:10
**8th** [1] 674:11

**-9-**

**9** [2] 554:23 696:2
**90** [8] 576:10 585:13,19
585:21 587:1 588:18
591:24,25
**9:00** [1] 695:24

**-A-**

**A-n-d-r-a-s** [1] 645:22
**a.m** [6] 574:22 602:15,19
634:3 693:8 694:21
**ability** [1] 672:6
**able** [26] 498:8 499:13
505:1,18 509:17 521:14
521:18 525:22 528:1,5
551:14 573:1 588:7,8,13
588:17,24 590:7 607:9
621:7 637:20 641:23
667:11 674:23 676:17
677:5
**above** [1] 577:4
**above-entitled** [1]
710:7
**Absolutely** [1] 531:5
570:11
**accept** [1] 664:15
**access** [1] 700:6
**accompany** [2] 571:2
649:7
**according** [2] 625:15,17
**account** [5] 586:21 661:1
661:2,3 700:14
**accounts** [1] 509:16
**accurate** [2] 698:22
710:5
**accurately** [1] 617:10
**accused** [1] 624:24
**achieve** [1] 517:8

**act** [2] 675:2 677:19
**acting** [1] 668:16
**action** [2] 620:18 710:13
**acts** [1] 641:6
**actual** [4] 556:4 616:15
675:2 677:19
**Ad** [1] 579:13
**addition** [1] 612:9
**additional** [2] 507:3
601:9
**address** [14] 507:19,21
556:4,11,14 567:20
571:23 591:13 602:3
621:1 616:10 621:24
622:23 700:11
**addressed** [5] 527:19
578:21 581:23 585:6
586:4 625:6
**adjourned** [1] 708:18
**administration** [1]
587:23
**admissible** [2] 499:9
625:1
**admit** [4] 626:3 707:5,8
707:10
**admitted** [2] 546:17
569:23
**adored** [1] 545:16
**adult** [4] 686:17 683:11
683:17 685:1
**adults** [2] 668:20,20
**advances** [1] 526:11
**affect** [2] 611:23 621:17
**affected** [1] 628:17
**affidavit** [1] 589:22
**afford** [1] 504:7
**afraid** [12] 545:25 556:6
556:9 577:3 607:14,16
608:4,9,16,17 641:23
641:8,14 650:5,6 700:20
700:22,22 704:19
**afternoon** [6] 565:6,7
603:6 656:11,12 659:2
**again** [24] 510:1 518:15
518:18 520:15,17 530:4
533:23 557:15 559:2,15
559:18 561:12,17 562:24
588:9 613:25 626:2
627:13 640:3 635:9
643:22 644:24 690:15
708:14
**against** [10] 509:18,19
550:17 594:5 615:11
623:1,18,20 627:15,16
**age** [2] 591:19 683:18
**agency** [1] 613:11
**agent** [4] 512:21 539:14
562:13 590:10
**agents** [3] 539:10 560:20
613:3
**ago** [7] 508:23 510:13
539:20 543:6 560:17
561:10 623:14
**agree** [5] 511:9 608:2
620:21 635:4,20,21
639:22 668:24 704:17

**agreed** [4] 577:10 635:3
670:9,19 671:8 684:22
**agreeing** [2] 542:8
635:23
**agreement** [2] 537:8
594:4
**ahead** [4] 569:13 624:2
642:13 653:9
**airline** [1] 561:12
**airport** [10] 550:1 576:10
588:21 593:9 595:22
701:10,14,22 702:5,6
**alarm** [1] 535:20,22
536:15
**aliens** [1] 588:4
**alleged** [1] 500:22 627:22
**allegedly** [1] 623:21
**allow** [4] 622:17 627:23
639:22 705:1
**allowed** [9] 497:7 515:25
518:21 600:2,7 601:4
616:23 619:13 640:4
**almost** [2] 505:22 630:24
**alone** [5] 496:16 534:22
547:8 561:17 600:10
**along** [3] 497:9 528:19
544:2
**alternates** [1] 631:1
**always** [5] 545:10 582:16
600:21 604:10,10
**America** [4] 496:2
575:18 585:21 665:5,9,10
**American** [9] 576:12
585:12 586:18 588:11,15
589:11 591:7 599:20
626:23
**among** [4] 514:7 517:5
538:1 628:21
**amount** [3] 502:21 525:3
617:4
**analysis** [1] 611:9
**analyzed** [1] 555:11
**Andras** [7] 645:18,23
646:8 647:4 648:12
650:15 662:13
**angry** [3] 705:18,21,23
**Anne** [2] 511:14 655:23
**answer** [14] 509:21
521:16,19,20 529:8
543:11 558:17 584:25
588:20 592:10 608:13
629:10 631:1 682:12
**answered** [2] 523:11
540:6 543:12 647:24
682:10,14 688:5,7 703:4
**answering** [2] 540:3
543:5 577:23
**answers** [1] 591:12
**anticipate** [2] 632:11,18
**anybody's** [1] 650:14
**anyhow** [3] 562:11,21
591:23
**anyway** [1] 674:5
**anyways** [1] 580:19
**apartment** [4] 504:4,10

**Multi-Page™**                                                                    **apologizing - C**

504:18,20,24 526:21
554:17 646:3,4

**apologizing** [1] 682:4
**appealing** [1] 571:8
**appear** [4] 550:16 625:9
660:2 678:5
**apple** [1] 603:24 604:2
**application** [2] 611:6
622:22
**applications** [1] 613:4
**apply** [4] 588:7 589:17
619:10 625:14
**appreciate** [2] 576:19
617:16
**appreciates** [1] 669:16
**approach** [1] 569:12
**approached** [3] 503:2
503:21 616:12
**appropriate** [6] 620:17
621:24 622:2 623:4,23
625:12
**approval** [2] 591:10
611:7
**April** [20] 529:18 530:15
530:16 533:19,20 534:15
534:15,15,16 537:11
547:3 551:25 554:13,21
554:23 555:15,15,23,23
560:19
**area** [5] 535:14 572:23
691:23 692:21,23
**arguably** [1] 611:15
614:11
**argue** [2] 498:13 616:1
**arguing** [2] 497:6 627:3
**argument** [4] 548:11
614:15 627:2 640:17
**argumentative** [3]
687:5,7 688:15
**arguments** [5] 621:21
628:24 631:16 632:19,22
**arranged** [1] 540:2
550:12 594:17
**arrival** [1] 576:14
**arrive** [6] 502:23 512:25
556:13 585:19 587:11
593:10
**arrived** [20] 512:13 513:3
513:9 514:20 519:20
525:22 527:10 528:6
537:14 546:20 554:19
555:18,20 593:11 595:25
688:18,23 689:23 690:22
691:9
**arriving** [1] 514:17
**art** [2] 611:19,20
**ashamed** [3] 650:23,24
650:24
**asks** [1] 678:4
**aspect** [1] 668:25
**aspects** [1] 531:13
**assault** [8] 498:22,7
624:25 625:1,8,15,20
626:7
**assaulted** [1] 498:10
**assessment** [1] 616:2

**assistance** [4] 612:13,18
612:18 654:22
**assistant** [1] 496:18
570:13 571:24 572:22
576:13 580:24 581:2
684:3 685:17
**associate** [2] 565:24,25
**assume** [1] 587:13
**assuming** [3] 497:14
499:10 617:10
**assure** [1] 631:19
**ate** [2] 532:20 560:6
**attached** [4] 591:9 667:7
667:10 669:12
**attempt** [1] 536:7
**attended** [1] 654:17
**attention** [6] 534:1 536:6
551:5 670:4 673:1 674:21
**attentions** [1] 678:10
**attorney** [9] 496:14,18
587:20 614:12,20 616:20
619:10 710:10,11
**Attorney's** [1] 496:23
**attractive** [1] 685:2
**au** [11] 566:12,13,19 567:2
567:3,4,5,24 568:2 570:12
570:12
**Audrey** [1] 496:21
689:18 690:4,8,15
**aupairworld.com** [1]
567:6
**Austria** [6] 505:23 508:5
508:13,16 517:4 527:24
**Austrian** [2] 540:14
549:16
**authorities** [1] 509:9
**authorization** [3] 655:1
655:2,4
**automatic** [1] 587:19
**automatically** [1]
549:17
**available** [1] 585:20
**avoid** [1] 510:16
**awaken** [1] 517:23
**aware** [4] 551:12 568:25
683:17,19
**away** [11] 500:19 513:13
513:18 538:17 547:4
548:1 570:15 609:24
631:8 638:8 647:7

**-B-**

**b** [13] 565:1 622:22,25
623:5,9,12,23 625:9,11
626:4 628:8 707:2 709:12
**background** [1] 497:25
**backing** [1] 642:24
**bad** [5] 566:20,23,24
567:1 630:5
**bags** [6] 503:1,20 648:15
648:18 649:6,14
**balance** [1] 615:10
**banal** [1] 507:11
**bank** [2] 509:15 586:21

**bar** [1] 657:6
**bark** [1] 648:20
**barring** [1] 633:6
**basis** [2] 608:10 620:20
**bath** [20] 577:17 603:5
605:20,22,25 606:3,8,10
644:17 665:12 686:2,11
693:24 694:2 696:24
703:8,11,18 704:16,20
**bathroom** [7] 605:24
606:7 607:11 638:9,11
692:2,4
**baths** [1] 641:2
**beard** [1] 543:14
**bearing** [1] 625:4
**become** [2] 581:2 623:15
**becoming** [1] 684:2
**bed** [31] 504:8 515:7
516:4,8,12,13,15 518:14
519:23 520:2,4,8 524:4
547:22 548:14 604:11,15
609:15 622:12,12,16
634:9,10,13 635:17 636:6
636:21,25 637:3 638:2
697:10
**bedroom** [13] 498:3,5
609:9,10,11,13,14 635:17
636:1 638:22 692:8 693:1
693:2
**bedrooms** [4] 691:25
692:2,5,25
**bedspread** [1] 516:16
**beeping** [2] 535:23
536:16
**beg** [6] 524:5 608:23
609:1,2,2 704:13
**begging** [1] 524:4
**begin** [2] 497:2 633:11
**beginning** [7] 515:16
516:7 608:15 634:18
657:3 663:9 666:18
**beginnings** [1] 669:14
**begins** [2] 671:17 673:2
**behave** [1] 579:14
**behind** [6] 507:12 605:3
605:6,7,11 672:1
**belabor** [1] 499:25
**Bella** [2] 505:13 508:14
**belongings** [2] 646:13
647:6
**below** [2] 679:9 680:7
**Ben** [1] 496:28
**beneficiary** [1] 616:21
**benefits** [8] 612:8,11,13
612:15,24 613:5,17,18
**Bern** [1] 599:6
**Bernadett** [68] 511:20
565:6 566:16 568:13
569:14,25 570:11 571:5
572:17 573:6,23 575:9,21
578:21,23 580:9 583:5
584:3,6 585:6 586:4,17
588:25 589:16 590:21,23
592:18 593:20 594:1,12
594:20,22 595:23 596:3
598:7,22 601:7 603:4,15

604:20,24 606:1,20
607:10 608:13 609:5
633:22 634:20 635:10
637:10,22 638:13,16
640:3,16 641:14,23
642:24 644:1 645:21
646:22 648:9 650:6,13
654:13 655:12,23 709:8
**Bernadette** [3] 565:8
570:10 582:1
**best** [4] 572:4 629:4,8
642:17
**better** [13] 535:11 540:2
566:17 591:18,24 656:14
666:15 667:3,4,5 668:3,4
677:23
**between** [14] 514:1
526:14 552:15 573:14
579:5 582:7 583:20 612:4
634:3 639:24,25 673:4
682:6 692:2
**beyond** [3] 542:1 551:19
633:17
**big** [3] 501:12 609:14
615:5 635:19 637:24
**biggest** [1] 641:17
**bit** [16] 525:2 538:4 544:2
565:14 566:17 571:17
577:25 601:24 616:18
617:2,13 636:19 663:16
663:19 666:15 668:3
**biting** [2] 636:7,10
**blacked-out** [1] 556:1
**blame** [1] 509:7
**blanket** [4] 516:9,11,13
634:23
**blazer** [1] 601:5
**block** [1] 543:20
**blouses** [1] 682:25
**blue** [3] 568:17,18,18
**Blvd** [1] 496:24
**board** [2] 664:15,19
**body** [6] 518:16 520:9
522:9 530:21 637:13
638:24
**boilerplate** [2] 707:24
708:15
**bonus** [2] 518:8 664:23
**book** [4] 510:7 546:13
570:17 574:16 602:7,8
**bookkeeper** [1] 565:19
**bored** [1] 560:3
**boring** [1] 560:13
**boroughs** [1] 502:16
**boss** [3] 505:21 570:13
570:16
**bother** [2] 577:18 702:18
**bothers** [1] 671:17
**bottom** [4] 571:14 578:21
581:20 583:4
**bought** [4] 512:21 529:6
592:24 593:2
**bound** [1] 617:25
**boyfriend** [20] 575:17
577:21 579:5,8,15,25
580:5,14,17 671:19,25

604:20,24 606:1,20
607:10 608:13 609:5
633:22 634:20 635:10
637:10,22 638:13,16

672:1,5 673:4,14,18,23
674:5 677:7 678:2
**bra** [2] 601:12 605:17
**Brady** [5] 611:17,18,19
612:4 614:2
**break** [10] 501:11 540:17
564:3 609:18 614:18
633:24 674:4 675:16
694:5 706:6
**breakfast** [6] 501:12
570:24 603:22 685:21
693:22,24
**breaking** [1] 582:5
**breast** [8] 605:8 636:3,7
636:8,10,19 637:14,16
677:23
**breasts** [6] 498:6 513:10
515:9 518:15 625:18
634:22
**brief** [1] 497:1 552:14
624:15
**briefed** [1] 497:13 624:12
643:19
**briefly** [2] 537:4 556:11
**bring** [12] 501:9 582:21
592:14 593:14 621:3
632:4,5 676:17 679:14
682:16,22,25
**bringing** [1] 584:9 624:4
626:6
**brings** [1] 691:19
**broader** [1] 612:2
**broke** [1] 543:4
**Bronx** [2] 506:7,8
**Brooklyn** [3] 496:5,20
496:32
**brother** [12] 527:19
529:12,15 530:25 531:6,8
531:10 555:14 565:16,16
584:10,18
**bucks** [1] 502:22
**Budapest** [1] 565:13
**budget** [1] 562:20
**build** [1] 583:13
**built** [1] 582:6
**burden** [1] 507:3
**burn** [1] 658:13
**buses** [1] 597:12
**business** [2] 509:16
581:2
**businesses** [1] 570:17
**businessman** [1] 570:16
**businesswoman** [1]
517:14
**butler** [1] 571:4
**butt** [1] 515:10
**buttons** [1] 683:1
**buy** [9] 502:18,20 508:12
574:4 592:1,3 593:7
598:19 643:23
**Bye** [1] 583:21

**-C-**

**C** [4] 496:12 565:1 710:1
710:1

**Cadman** [1] 496:19

**calls** [5] 538:8 577:15
600:10,11,13

**Canada** [3] 592:5,7,9

**cannot** [6] 552:15 576:11
579:22 594:5 630:2
646:25

**capital** [2] 565:13 629:19

**capitals** [1] 678:17

**car** [14] 528:10 537:13,15
596:13,14,16,25 597:2
643:7,8,9,11 648:12
649:16

**card** [8] 512:20 518:10
529:6 544:17,20 587:21
588:7 589:2

**care** [15] 505:23 507:1
523:1 570:20 574:1
579:12 592:8 598:18
618:12 640:1,2,12 675:1
686:8 704:21

**career** [1] 590:15

**careful** [1] 617:22

**caregiver** [1] 570:22

**carry** [1] 503:20

**carrying** [1] 503:1

**cars** [2] 509:15 698:18

**case** [36] 497:5,18 498:13
507:19 511:7,25 539:12
543:18,23 544:1 553:2,11
586:25 589:23 612:12
613:3,12 619:11 621:19
621:25 623:8,18,19 624:5
624:23 627:14 628:13,20
629:13 632:10,14 657:2
658:3,8,9 659:2

**cases** [2] 627:10 629:19

**CD** [7] 507:12,12,16,20
556:13,16,17

**cell** [1] 599:11,14

**center** [3] 576:13 577:17
665:13

**centered** [1] 537:25

**Central** [4] 502:24
504:12,19 552:10

**certain** [13] 541:8,20,25
566:8 569:2 572:25
578:15 611:2,10 612:17
615:16 625:14 683:8

**certainly** [6] 498:20
544:13 612:25 673:9
686:10 702:20

**certify** [2] 710:3,9

**Cesare** [26] 496:27
501:14 540:17 542:6,13
569:22 598:6 608:6,11
612:7 613:2,15 614:4
622:8,15 652:6,8 653:1,3
656:10,16 658:6 676:11
682:12 706:7 709:10

**cetera** [1] 535:4 615:3

**chairs** [1] 609:15

**challenges** [1] 583:10

**chance** [5] 509:22 630:2
630:3,7 656:20

**chances** [1] 509:18
588:23

**change** [4] 602:24 603:1
702:7,10

**character** [2] 545:18
674:24

**characterize** [1] 617:11

**charge** [6] 631:9 707:12
707:16,19,22,24

**charged** [5] 622:5 624:5
627:17 629:13 631:4

**charger** [6] 599:19,21
643:23,24 644:1,4

**charges** [1] 623:20 663:5
707:24

**check** [1] 600:20

**checked** [2] 611:12,14

**checking** [1] 640:10

**checks** [1] 520:5 611:11

**Chen** [28] 496:17 541:7
541:13,16,21,24 542:10
611:1 614:18 615:21
616:9,11 617:7,12,16,21
618:3,6,9,20,23 619:2,5
619:12,21,25 620:7,11

**chest** [1] 637:20 639:10

**Chester** [1] 612:20

**child** [1] 570:15

**children** [1] 570:12

**Chinese** [1] 532:10

**choice** [4] 574:10 635:9
635:11 704:17

**choose** [1] 537:10

**chose** [1] 555:2

**church** [2] 577:5 602:2

**Churchangel.com** [1]
602:1

**churches** [2] 574:18,18
601:23,25 602:8

**Cicila** [1] 662:11

**cigarettes** [1] 605:24

**Cilla** [1] 662:9

**circled** [1] 677:13

**circling** [1] 557:23

**circumstances** [3]
582:10,13 623:2

**citizen** [1] 576:8

**citizens** [1] 624:6

**City** [8] 508:20 518:2
526:22 527:23 532:3,9
552:4 599:2

**claimed** [2] 685:12
701:15

**clean** [2] 571:1 572:23

**cleaning** [1] 685:25

**clear** [5] 499:24 614:9
625:5 673:25 688:17

**clearest** [1] 627:13

**clearly** [2] 616:19 617:3

**CLERK** [8] 501:9 543:2
563:11,13 564:3 609:20
615:23 628:12 632:25

**click** [1] 667:11

**clicked** [1] 558:12

**client** [1] 627:17

**clients** [5] 497:19,21

627:15 685:14,19

**climate** [3] 498:18,21,21

**close** [10] 525:4,6,7,8
538:19 575:16 576:19
577:21 675:7 692:13

**closed** [2] 502:11 637:12

**closely** [1] 625:7

**closeness** [2] 674:25
676:7

**closets** [1] 524:14

**clothes** [2] 682:22 685:2

**clothing** [1] 568:15 574:2
574:4

**clue** [1] 688:12,14

**cocktail** [2] 573:3,12

**coercion** [1] 498:21

**coercive** [1] 498:14

**coffee** [1] 570:24 604:2
685:23

**cold** [4] 535:15 582:2,3
583:12

**collect** [1] 602:4

**collection** [3] 527:18
707:23 708:15

**college** [3] 659:14 665:16
683:21

**color** [1] 682:25

**combination** [1] 571:3

**comfortable** [2] 628:10
660:20

**coming** [18] 549:22 550:1
562:12 566:2 588:19
591:16 592:5,17 593:19
593:19 595:7 608:19
615:17 654:2,7,8,9 685:14

**commission** [1] 624:25

**committed** [2] 627:15
627:16

**common** [1] 626:13

**communicating** [1]
644:24

**companion** [3] 571:3
684:3 685:17

**company** [1] 565:20

**compensated** [2] 562:13
655:7,10

**competent** [1] 498:25

**compiled** [1] 527:18

**complained** [1] 499:12

**complaint** [1] 648:11

**completely** [1] 547:12
563:12 570:19

**compromise** [1] 619:5

**computer** [19] 510:14
513:6,7 535:14 554:17
574:11,21 591:9 593:15
600:19,25 604:23 605:1,4
654:20 660:20 667:11
681:2 700:17

**computer-generated**
[1] 616:15

**computers** [3] 535:19
535:21 699:17

**concealed** [1] 553:10

**conceivably** [1] 632:13

**concentrates** [1] 570:17

**concern** [2] 501:3 658:2

**concerned** [1] 617:13
618:9 657:7

**concerning** [3] 595:7
639:11 658:5

**concerns** [2] 579:24
672:16

**concert** [1] 573:10

**concerts** [1] 573:4

**concludes** [1] 564:14
658:14

**conclusion** [2] 628:25
664:23

**conduct** [4] 625:10
627:17,19,21

**conference** [6] 564:1,14
658:1,14 707:19,22

**confidential** [2] 613:20
651:21

**confidentiality** [2]
614:25 615:3

**confined** [1] 625:10

**Congress** [1] 618:10

**connection** [1] 668:22

**consensual** [4] 497:14
497:16 679:21 688:9

**consensually** [1] 501:4

**consent** [1] 623:12 627:5
627:21

**consented** [4] 499:18
626:10 627:4,4

**consider** [1] 509:9 625:7
631:11

**considered** [1] 625:3

**Constitution** [1] 615:11

**constitutional** [3]
611:17,18 612:2

**constitutionally-based**
[1] 612:5

**constraints** [1] 520:7

**consult** [3] 614:10,17
615:21

**contact** [12] 500:22
509:24 527:4 547:18
595:11 602:4 641:23
642:1,3,16 662:6 697:7

**contacted** [10] 511:7
526:15 567:7,9,10,11,15
567:17 639:16 642:2

**contacts** [1] 526:24
531:10

**contained** [1] 517:18

**contains** [1] 662:25

**continent** [1] 517:22

**continue** [1] 510:11
513:22 514:3 520:13,18
564:8 571:21 620:18,19
621:7

**continued** [7] 502:7
513:22 515:19 604:23
633:20 641:15 664:6

**contract** [1] 537:8 555:3

**contravening** [2] 619:6

619:9

**control** [1] 596:25

**conundrum** [1] 616:18

**conversation** [17]
529:16 540:5 543:6
544:18 557:4,6,7,19 558:1
558:4,6,8,9,15 559:15
640:16 660:5

**conversations** [3] 516:8
600:17,22

**convicted** [2] 562:23
563:1

**convince** [1] 517:21

**cooked** [1] 695:9

**cooks** [1] 570:25

**copies** [2] 619:15,18

**copy** [5] 512:17,19 541:4
613:12 662:23

**Cornelius** [1] 689:6

**correct** [87] 513:4,5,15
514:20 518:16,17 520:5
521:25 522:20 523:13,14
523:18,19 526:7 527:1
527:12 530:21 531:4,15
531:16 535:18 537:14,23
539:10 540:7,8,10 541:24
545:2,3 549:12,13,14
550:7,21 552:1,2 553:6
555:9,10,15,16,21,22
558:21,22,24 559:1,4,11
562:14,15 562:3,4 570:8
609:7 611:4 625:23
659:14,15 660:9,20
661:24 662:17,21 663:10
663:13 664:11,16 665:11
666:22 668:22 669:17
674:12 682:20 686:12
688:19 689:18,22 690:13
690:24 691:1,15,20
696:22 704:14 705:20

**correspond** [1] 664:7

**correspondence** [10]
568:4 573:17 579:3
592:15 662:16,19 663:1
663:10 685:15 687:2

**correspondences** [1]
573:14 583:14

**corrupt** [1] 521:3,4

**couldn** [1] 575:24

**council** [1] 588:17

**counsel** [6] 609:20
621:21 628:24 645:20
710:10,11

**counseling** [1] 612:22

**count** [1] 532:19

**counter** [1] 623:19,20

**counting** [1] 619:25

**countries** [3] 511:18
575:18,20 663:22 665:10

**country** [5] 515:5 588:2
588:8 591:17 594:5 624:4

**County** [1] 496:22
612:20

**couple** [4] 605:14,15
695:2 699:11

**course** [1] 513:25 517:13
518:1,13 522:16,18

**Multi-Page™**                                          **courses - e-mail**

550:16,19 571:16 577:8
588:3 620:17 625:18
626:11 670:6 683:3 708:3
**courses** [1] 654:18
**court** [163] 496:30 497:23
499:9,21 500:3 501:6,10
501:13,16 502:2,4,6 503:8
540:18 541:1,3,12,15,18
541:22 542:4,7,11 543:25
546:17 547:6,20 548:9
553:12 554:4,7,9 559:12
561:5 563:9 564:2,10
569:13,23 570:5 572:16
608:7,10,12 609:19,22,25
611:1,5,15 612:3 613:23
614:6,11 615:1,4,13,14
615:24 616:7,8,25 617:6
617:9,15,19 618:2,4,8,15
618:21,24 619:3,8,14,19
619:22 620:5,10,12,21
621:3,9 622:7,14,17
623:24 624:1,10,12,16,20
625:3 626:2,11,16,19,21
626:24 627:2,8,10,23
628:2,5,9,13 629:6,10,18
630:9,13,16,20 631:19,24
632:2,4,7,9,13,16,21
633:2 645:20 652:9,11,13
653:4,7,9 654:5 657:9
658:9 667:25 672:4
673:24 675:11 676:9
680:16,18 682:11,14
687:6,8 688:7,13,15 701:1
703:4 706:5,8,12 707:4,8
707:14,15,21 708:3,6,10
708:14,17
**Court's** [2] 621:5,8
**courthouse** [1] 496:4
631:5
**courtroom** [8] 502:1
543:1 568:14 609:21
621:2 628:11 633:1
706:13
**covered** [1] 516:13
**Craig's** [1] 505:4
**created** [1] 535:16
**credit** [1] 512:20
**crime** [8] 550:7,10 593:23
625:21 629:14,20
631:4
**crimes** [2] 497:7 622:5
**criminal** [5] 496:9
613:10 614:20 624:23
627:13
**critical** [3] 623:7,9 626:8
**cross** [4] 497:7,9 498:6
500:16
**cross-examination** [5]
500:1 512:5 656:9 709:6
709:10
**cross-examine** [2]
498:8 622:3
**crossroads** [1] 643:5
**cry** [1] 564:6 637:18
**crying** [2] 628:15,17
**Csilia** [2] 595:15,16
**Csilla** [18] 642:2,18,25
643:2 644:8,23 645:16,23
646:6,8 647:4 650:15,16

662:12,13,13
**Csilee** [1] 644:13
**cuffs** [1] 520:6
**culture** [1] 583:7
**cultures** [1] 566:15
**cup** [1] 603:25
**curious** [2] 510:24
672:21
**custom** [1] 592:16
**CVS** [2] 598:2,3

-D-

**d** [5] 565:1 576:3 578:8
585:4 709:2
**dad** [1] 599:23
**damages** [1] 590:4
**Daniel** [1] 496:15
**dark** [2] 597:9 695:25
**data** [1] 619:16
**date** [14] 508:3 512:15
530:13 534:1,5,7 551:20
555:12 593:5 643:25
651:1 689:8 690:6,10
**dated** [12] 514:12 570:2
572:13 575:5 580:10
581:20 585:3 586:2
590:22 663:7,13 680:7
**dates** [2] 555:10 688:17
**daughter** [1] 591:20
**dave.detti@freemail.hu**
[1] 567:22
**daylight** [1] 597:20
**days** [33] 498:16 505:7
515:19 533:22 534:18
537:3 545:7 547:8 556:12
561:1,2 576:10 585:13,19
585:21 587:1 588:18
591:24,25 602:9,10 606:6
639:6,8 645:3,4,4,5
672:10 689:9,16 694:8
695:20
**deal** [3] 615:5 624:20
628:2
**dealing** [1] 541:12,16
**Dear** [1] 570:11
**death** [1] 506:25
**debate** [4] 551:6,9,10,11
**December** [12] 570:2
572:13 575:5 576:4 663:7
663:13 664:9 665:7 666:3
666:25 667:6,18
**decide** [3] 582:23 618:22
631:2
**decided** [9] 508:1 558:20
558:25 559:2,20 573:1
641:10 655:22 703:3
**decision** [2] 574:8
639:10
**defendant** [75] 496:7,26
497:15 498:5,10 502:10
507:8,18 509:25 510:2
562:23 563:1 568:20,22
573:1,7,15,17 574:3,8,10
574:13,20 578:2,17
579:21 580:2,14,20,22
581:6,14,16 582:23 584:9

584:23 590:4 595:25
598:19 601:2,6 603:10,19
605:3,20 606:10 608:20
609:8 623:2,13 624:24
629:5,9 633:25 634:2,11
634:21 635:14 636:3,22
637:3,11 638:16,23 639:6
639:11,18 640:4,20 644:9
645:24 648:4,25 652:25
654:6
**defendant's** [11] 497:4
507:7 519:10 546:9,18
553:21 554:11 562:20
589:16 596:10 597:3,5,6
597:12,23 598:14 599:15
602:24 623:6 624:25
626:5 627:21 636:2 638:6
641:15 647:5 650:9 654:1
709:16,17,18
**Defenders** [1] 496:29
**defense** [7] 497:7 611:25
614:20 622:3 626:9
632:10 668:2
**definition** [1] 625:8
**degree** [2] 565:24,25
**deliberate** [3] 631:11,13
633:12
**deliberating** [1] 625:16
**denied** [1] 587:3
**departure** [2] 537:5,5
**depended** [1] 562:20
**depending** [1] 633:10
**depicts** [1] 668:17
**deputy** [1] 621:2
**describe** [13] 568:15
590:9 596:16 597:6,19
601:24 603:7 606:14,22
609:13 636:5 637:6
661:13
**described** [4] 572:20
574:24 665:24 670:24
**description** [2] 685:16
685:21
**deserves** [3] 630:2,3,7
**desire** [1] 615:16
**desk** [3] 590:10 605:1,10
**desperate** [1] 521:1
**destroy** [1] 542:2
**details** [2] 540:13,14
**Detty** [1] 578:23
**developments** [1] 633:6
**devil** [1] 544:15,16
**devious** [1] 617:17
**didn** [2] 581:5 584:4
**difference** [1] 639:25
**differences** [1] 583:8
**different** [12] 503:7
574:24 582:9 591:11
599:20 644:6,7 651:18
653:10 654:18 683:3
703:22
**difficult** [5] 505:3
506:23 564:5 579:13
707:21
**difficulties** [1] 509:23
**dining** [1] 691:23

**dinner** [8] 532:21,21
603:23 691:2,6 695:10,15
696:1
**direct** [20] 500:14 502:7
534:1 565:4 612:15
633:20 661:7 665:17,23
666:2,18 667:2 669:23,25
670:4 674:14,19,21 709:5
709:9
**directing** [1] 673:1
**direction** [1] 699:5
**directions** [4] 589:13
590:19 592:22 593:14
**directly** [5] 578:17 579:1
619:6,9 710:12
**dirty** [2] 637:17 638:15
**disabled** [1] 570:20
**disadvantages** [1]
588:6
**disagree** [2] 497:11
616:1
**disappear** [4] 608:18
705:4,7,9
**disappeared** [1] 572:7
**disclose** [5] 611:3,8
613:21 614:1 619:7
**disclosed** [1] 614:22
**discovery** [1] 613:14
**discretion** [3] 614:12
619:10,14
**discuss** [8] 500:22
531:13 547:14 550:13
553:3 620:3 631:25 654:6
**discussed** [5] 498:19
500:20 546:19 609:5
654:4
**discussion** [5] 523:20
640:17,19 654:2 676:3
**discussions** [1] 499:8
**dismissed** [1] 658:3
**dispute** [2] 625:22,23
**disseminate** [1] 542:1
**distance** [2] 692:17
698:5
**distinguish** [1] 612:3
**distributing** [1] 620:11
**District** [2] 496:11,23
**disturbing** [1] 630:22
**disturbs** [1] 630:23
**Division** [2] 496:29
613:9
**Docket#** [1] 496:1
**document** [9] 569:9
593:25 594:3,4,7 611:13
611:13 619:17 662:25
**documents** [1] 616:22
**doesn** [1] 570:23
**doesn't** [13] 497:19 587:9
613:23 625:9,14 627:4
629:14 631:4 658:10
668:25 669:6 682:2 685:8
**dog** [2] 648:19 686:8
**dogs** [1] 560:6
**domestic** [2] 612:19
613:20

**don** [16] 571:12,25 573:4
574:1 575:11,13 577:1,18
580:1 582:8,10 583:4,11
583:15,15 585:12
**done** [7] 508:20 551:17
563:11 611:9 620:25
630:24 642:16
**Donna** [6] 539:17 540:6
540:11 543:5 560:16
562:13
**door** [9] 525:4,6 536:8
647:24 648:2,5 692:13
697:18 699:5
**doors** [2] 502:11 699:8
**doubt** [1] 611:21
**down** [19] 498:5 516:18
516:19 517:1 543:20
556:10 558:4,5 563:9,11
606:16 631:13 634:9
650:17,19,22 680:21,22
705:17
**download** [1] 644:18
**downstairs** [8] 535:14
620:20 604:25 644:16
647:14 691:17 692:20
693:1
**drag** [1] 515:7
**draw** [2] 703:8,18
**dream** [7] 518:2,4,6
575:18 582:16 665:5,9
**dress** [2] 683:8 684:22
**dressed** [2] 638:8 683:10
**dresses** [3] 682:15 683:2
686:11
**drink** [2] 603:24 604:2
**drive** [1] 536:20
**driveways** [2] 698:15
698:18
**dropped** [1] 623:19
**drove** [2] 536:23 559:24
**drugs** [1] 581:11
**dry** [2] 605:25 606:11
**duly** [1] 565:2
**during** [19] 513:25
517:16 521:13 525:12
529:16 533:3 557:19
558:1 573:14 577:7
587:10 605:18 644:17
670:5 684:10 695:21
**duties** [2] 503:3,4

-E-

**e** [15] 496:12,12,13 531:8
565:1,1,1,1,1 580:7
642:20 709:2,10 710:12
**e-mail** [105] 507:8,11,15
507:18 512:25 514:12,14
514:15,16 517:16 526:15
527:4,9 531:11 535:11
535:18,24 554:5,16
555:17 567:20 568:4
570:2 571:6,8,13,14,22
572:13,17 573:14 574:6
574:23 575:5,6 576:1,3
577:22 578:21 579:3,17
580:10 581:20 583:5
585:3,5 586:2,4,13,17

e-mailed forced

589:4.14 590:21.23 591:4
592:21 644:14 660:24
661:1,2,3 662:16,19 663:7
663:9,12 664:6,9,25 665:7
666:3,4,8,13 667:2,6,8
669:11,13 670:2 673:20
674:12,14,15 676:6,10,21
676:21 677:9,15 678:19
681:19 682:15,18,21
683:24 684:21,25 685:15
687:2 699:25 700:3,11,13
700:14

**e-mailed** [7] 595:2
639:15 642:4,5,22 644:13
702:9

**e-mails** [34] 512:24
517:18 526:14,23 527:2
531:8 535:4 568:5,8,21
568:22,25 569:4,6,9,16
569:17 570:7 580:20
593:12 600:20,21,23
640:8,10 644:15 665:24
665:24 666:24 667:11
675:18,21,24 682:6

**early** [3] 529:18 693:12
693:13

**easier** [2] 554:9 570:24

**easily** [1] 639:2

**East** [1] 496:19

**easy** [1] 700:6

**cat** [9] 532:17,21 560:12
598:22,24 603:20,21,24
604:1

**editions** [1] 509:17

**educated** [1] 685:1

**EDWARD** [1] 496:10

**effect** [1] 513:14

**efficient** [1] 541:14

**eight** [2] 587:24 654:18

**either** [12] 509:11 523:17
526:15 555:23 559:6
576:13 611:13,22 644:20
694:14 699:5 707:13

**ejaculated** [2] 637:14
637:15,19 638:16 639:9

**electrical** [1] 535:16

**electricity** [2] 536:19
645:11

**electronic** [2] 496:37
710:5

**elements** [2] 707:24
708:17

**Elena** [26] 525:17 532:8
532:24 533:10,15 534:18
545:1,8 547:11,12 576:21
579:10,21 591:17 592:6
603:23 648:4 660:17
690:25 691:8 695:4,7,11
695:12 705:11,19

**Eleven** [1] 602:12

**elicit** [2] 499:3,5

**eliciting** [1] 658:5

**email** [2] 573:23 585:8

**embarrassed** [2] 552:24
552:25

**embarrassing** [4]
508:24 520:24,25 543:10

**embassy** [7] 549:20
585:12 586:18 588:12,15
589:11 591:8

**embedded** [1] 619:17

**emotion** [1] 628:16

**emotional** [4] 620:19,24
621:13,15

**emotionally** [1] 628:17

**emotions** [1] 630:2

**employee** [1] 576:14
710:10,11

**employment** [1] 663:2

**empty** [1] 572:23

**end** [19] 503:15 504:12
505:22 507:4 518:7 527:3
529:18 531:8 562:7 564:8
571:25 580:19 621:19
629:22 636:2 644:23
650:13 674:21 678:19

**ended** [1] 696:2

**enforcement** [11] 511:7
539:10 613:8 614:13,14
619:13 628:7

**English** [11] 519:8
546:23 566:15,16,25
572:3 598:10 600:17
654:19 659:18,20 660:9
660:13

**enter** [4] 576:9 587:1
588:14 602:5

**entered** [3] 510:15 594:5
662:20

**enters** [4] 502:1 543:1
628:11 633:1

**entire** [1] 525:12

**entirely** [2] 499:4 552:7

**entitled** [1] 612:17

**entrance** [4] 587:3
691:19,22 692:19

**environment** [1] 498:14

**equivalent** [1] 661:10

**ERK** [1] 496:2

**eroding** [1] 618:10

**errands** [3] 532:15 533:4
686:4

**especially** [2] 544:14
564:5

**Esq** [8] 496:13,15,16,17
496:21,26,27,28

**essentially** [1] 680:10

**established** [3] 527:10
555:13 559:5

**et** [2] 535:4 615:3

**etc** [2] 571:19 682:16

**Europe** [1] 529:4

**European** [3] 599:19
644:6 683:14

**evening** [10] 504:11,14
504:16 647:17 649:14
691:4 693:18 695:10,13
696:5

**event** [2] 540:12 611:23

**events** [1] 514:1

**eventually** [7] 509:5
515:22,23 516:14 582:5

520:20 539:7

**everybody** [2] 627:4
647:11

**evidence** [23] 514:9
519:10 546:15.18 554:2
554:11 569:21.24 611:23
621:20 624:23.25 626:5
628:23 631:12 632:16
633:7 662:20 667:15
668:2 669:13 709:13,16

**exact** [4] 512:15 534:6
555:11 612:22

**exactly** [16] 516:25
520:20 521:11 523:3
528:11.22 532:12 533:21
535:19 550:3,4 557:14
579:5.10 629:17 673:3

**Examination** [5] 502:7
565:4 633:20 709:5.9

**examine** [2] 497:8 498:7

**examined** [1] 565:3

**example** [5] 529:13
531:6 575:12 582:2
627:14 631:16

**Excel** [2] 574:19 602:5

**except** [1] 700:1

**excerpt** [1] 557:15

**exchange** [3] 517:16
664:15,19

**exchanged** [4] 531:7
568:21 642:23 645:14

**exclamation** [1] 672:20

**exclusively** [1] 660:8

**excuse** [8] 531:4 623:12
624:11,17,18 638:21
688:23 707:1

**excused** [2] 563:14 610:1

**exemptions** [1] 616:23

**Exhibit** [1] 514:9
519:10 527:14 529:20
533:23 546:9,18 553:21
554:11 557:16 569:15,20
569:24 662:20 663:6
668:2 709:13,14,16,17,18

**exits** [2] 609:21 706:13

**expect** [6] 556:13 562:5
562:6,9,10 702:3

**expectations** [2] 517:23
517:25

**expected** [2] 562:7,8
635:24 672:21

**expenses** [5] 573:24,25
591:22 598:18 664:19

**experience** [3] 522:15
639:9 664:4

**experiment** [1] 582:4

**expiration** [2] 508:3
551:19

**expired** [1] 690:9

**explain** [3] 538:2 564:7
594:9

**explained** [7] 540:14
551:23 576:25 601:19
605:19 628:19 664:9

**explicitly** [1] 671:10

**exposed** [2] 683:15,15

**express** [1] 669:4

**extent** [2] 615:17 630:22
633:15

**extra** [1] 633:17

**eye** [1] 535:2

**eyes** [1] 637:12

**-F-**

**f** [2] 500:10 710:1

**F-2** [1] 510:8

**face** [2] 540:15 667:23
692:11

**Facebook** [1] 661:10

**Facing** [1] 692:12

**fact** [19] 497:15,20 518:24
527:3 547:22 550:12
551:5 553:7 578:11 594:4
620:19,23 621:1 628:19
629:13 631:3 672:5
673:13 701:12

**facts** [2] 498:7 539:11

**failure** [1] 614:24

**fair** [2] 555:24 687:1
688:1

**fairly** [2] 614:8 616:23

**fall** [1] 582:16

**Falls** [1] 592:5

**familiar** [3] 660:22,24
698:4

**families** [1] 567:11

**family** [23] 508:17,24,25
517:21 525:23 526:5,16
529:11 534:24 565:14
583:9 591:18 623:16
640:8 670:16 673:21
699:21 702:9,9,12,14,15
702:20

**far** [5] 526:4 533:7 570:15
659:25 698:3

**faster** [1] 538:4

**fat** [1] 521:6 522:8 604:5

**father** [4] 507:1 565:20
671:14 676:19

**fault** [1] 581:9

**favorite** [1] 588:2

**fax** [1] 602:3

**fear** [7] 498:21 545:25
624:7 641:17 663:25
664:3 676:5

**feared** [1] 545:23

**February** [3] 534:11,12
688:18,23

**Federal** [2] 496:29
624:23

**feeling** [3] 504:1 518:25
607:10

**feet-tall** [1] 637:23

**fell** [2] 508:11 553:7

**fellow** [4] 628:25 631:12
631:14 632:2

**felt** [23] 560:2,4 564:6
589:7,7,7 595:5 596:24
607:12,12 622:5 635:9
636:20 637:17,17 638:6
638:14,15 650:23 666:15

680:20 681:5 682:7

**female** [1] 683:24

**feminine** [1] 678:5

**FERRARA** [1] 710:3

**few** [5] 505:7 576:14
588:3 656:23 672:10
694:3

**fiancee** [4] 645:16,17,18
662:13

**fifteen** [1] 502:22

**fighting** [1] 637:24

**figure** [1] 639:13

**file** [3] 707:12 708:4,5

**filed** [8] 622:25 623:1,17
623:19,20 624:15 631:9
655:13

**fill** [4] 589:22 591:8 613:8
674:8

**filled** [1] 613:3,12,15

**finally** [1] 536:3

**financial** [4] 505:4
506:24 612:11,13

**financially** [1] 655:7,10
710:12

**fine** [2] 542:10 551:3

**finger** [2] 539:1 638:25

**fingers** [1] 639:4

**finish** [3] 565:23 632:14
633:6

**finished** [1] 504:17
620:13 647:23

**fire** [2] 701:14 704:19

**fired** [2] 505:25 553:14

**first** [54] 506:16,18,19
516:6 519:14 539:14,18
539:19 544:11 545:1
551:12 557:24 565:2
570:1,7 582:5 597:23
601:9,18,21 602:23 616:9
617:9 624:1 626:11 628:3
629:9 642:22 644:8,13,23
663:6,11,12,15 664:6
666:19,19 674:11 676:6
676:10,21 684:21 691:2,3
691:4,9 696:17,21,23
697:1,4,11 703:10

**fits** [1] 614:15

**five** [11] 497:19,20 498:16
521:24,24 529:1 587:2,8
588:19 598:25 639:8

**flight** [5] 508:5 596:8
642:9 689:21 690:4

**floor** [4] 496:31 691:20
691:22 692:25

**fly** [1] 592:8

**follow** [11] 535:7 551:8
589:13 590:19 592:21
601:13,16 621:5,7 629:1
701:13

**following** [3] 636:22
646:13 676:16

**follows** [1] 565:3

**food** [2] 533:2 603:20

**force** [3] 498:13 520:18
558:23

**forced** [5] 520:2 523:17

680:24 681:5 682:7

**forcing** [2] 681:7 682:13
**foregoing** [1] 710:4
**foreign** [2] 571:18 663:22
**forest** [1] 698:23
**forget** [1] 522:17
**forgot** [1] 642:7
**form** [11] 591:8,15 611:6
611:10 613:7,11,15,16
614:25 616:15,15
**former** [1] 565:19
**forms** [1] 615:14
**forth** [1] 663:1
**fortitude** [2] 522:11,14
**forwarding** [1] 579:2
**found** [11] 505:7 507:13
507:24 510:22 594:24
595:1 648:21 661:23,25
666:8,9
**four** [8] 509:15 521:21
529:1 533:22 598:25
695:13,16 700:4
**fourteen** [1] 522:4
**frame** [1] 555:11
**framework** [1] 625:12
**franks** [3] 560:7,10,12
**fraud** [4] 497:18 627:14
627:15,16
**free** [6] 500:2 622:5 661:2
661:3,15 695:18
**French** [3] 652:5,7,17
**frequent** [1] 531:7
**frequently** [1] 557:13
**Friday** [1] 707:13
**Fridays** [1] 693:6
**friend** [3] 507:12 526:20
561:20
**friend's** [1] 591:20
**friendly** [3] 547:1 592:13
705:25 706:2
**friends** [7] 526:16 550:2
591:17,18 640:8 651:17
704:25
**front** [7] 528:16 590:10
597:17 605:11 683:1
692:10,13
**full** [1] 664:23
**furniture** [1] 639:23
**future** [3] 572:2 577:16
665:12

**-G-**

**G** [1] 565:1
**game** [1] 639:23
**games** [2] 641:10,16
**gap** [1] 682:5
**garbage** [1] 572:24
**gather** [1] 611:2
**general** [4] 614:12 616:20
631:21 664:2
**general's** [1] 619:10
**generally** [1] 620:21
**gentle** [1] 517:1

**gentleman** [1] 544:14
**gentlemen** [2] 633:4
706:8
**German** [4] 525:25 526:3
546:22 659:24
**Germany** [1] 525:23
**Giglio** [4] 612:1,2,4
614:2
**girl** [6] 546:5 586:15
599:8,9 652:7,17
**girlfriend** [2] 531:11
561:21
**girls** [3] 571:18 572:7
663:22
**Gisele** [31] 511:22 599:10
601:20 606:4,5,8 622:1
634:5 636:21 637:2 638:2
638:19 640:23 647:12
648:4 652:2 660:16
690:23 691:10 694:2
695:20 696:6,7,23 697:1
697:4 700:16 703:13
705:10,25 706:2
**Gisele's** [1] 694:12
**given** [4] 541:4 590:19
615:12 617:18
**giving** [1] 704:15
**glad** [3] 641:4,6 674:8
**glasses** [1] 544:14
**God** [1] 523:16
**goes** [10] 571:18 623:5,6
623:23 624:3,8 626:5,6,7
627:1
**gone** [4] 533:22 559:12
649:21 703:4
**good** [22] 512:7,8 565:6,7
566:14,20 570:20 580:18
581:3 584:13,14 585:14
593:4 597:10 598:12
609:17 631:17 647:2
656:11,12 706:6 707:17
**goodnight** [1] 604:11
**governed** [1] 620:8
**government** [32] 496:13
512:22 514:9 527:14
529:20 533:23 541:3,4,7
542:2 550:9,12 557:16
561:5,7,8,12,15,23 569:15
569:20,24 594:18 612:8
612:15 613:17,23 616:19
622:25 631:9 662:20
663:6
**government's** [7]
498:13 499:6 501:2 550:6
620:17 709:13,14
**grab** [7] 513:10 515:9,9
515:10 605:7 606:15
634:23
**grabbed** [6] 520:3 606:23
607:2 625:18 634:25
635:2
**graduate** [1] 659:14
**graduated** [1] 683:21
**grammar** [1] 572:3
**Grand** [4] 502:24 504:12
504:19 552:10
**grandmother** [1] 507:1

**granted** [4] 551:7,21
576:10 594:10
**greatest** [1] 676:5
**green** [3] 518:10 587:21
589:1
**greet** [1] 596:1
**greeting** [1] 596:9
**groping** [2] 625:9,11
**ground** [4] 607:3 624:22
652:9 684:15
**gruesome** [2] 629:20
631:6
**guarantee** [2] 550:16,18
561:9
**guess** [4] 524:11 549:7
555:25 705:24
**Guide** [1] 510:8
**guilty** [3] 629:15 630:5
631:3
**guy** [2] 503:21 521:6

**-H-**

**H** [2] 565:1 709:12
**hair** [3] 606:23,24 607:2
**half** [5] 626:24 697:21,22
697:23 698:8
**hall** [1] 503:16
**hallway** [1] 564:4
**hand** [13] 507:20 518:25
519:2 528:9 532:19
634:23,24,25 635:1,5,7
705:17 710:15
**handcuffs** [1] 520:6
**handing** [1] 606:15
**handle** [1] 545:14
**hands** [12] 513:13 514:1
538:21 540:10 543:7
544:9 596:19,19 668:9
669:6,7 684:19
**hang** [4] 664:7 666:2
670:3 676:14
**happening** [3] 521:14
531:14 598:3
**happy** [5] 497:9 498:9
500:1 507:21 640:2
**hard** [1] 583:18
**hardworking** [1] 570:21
**hate** [1] 560:10
**hated** [4] 560:1,1,9,11
**he'd** [1] 700:22
**head** [11] 546:7 548:1
563:3 577:4,12 606:11,17
606:18,19,22 607:3,8
635:19
**health** [2] 612:24 640:1
**hear** [10] 503:6 548:5
620:22 621:19 629:6
630:4,8,19 669:4 687:23
**heard** [7] 551:11 571:17
572:6 625:18 628:22
631:15 663:21
**hearsay** [3] 499:3 554:3
652:15
**heart** [2] 582:12 621:21

**heater** [1] 535:14
**hectic** [2] 504:1 536:14
**heel** [1] 683:3
**heels** [4] 601:4 685:11
686:10 688:14
**Heidi** [2] 496:27 656:15
**heights** [1] 683:3
**held** [2] 564:1 658:1
**help** [21] 503:19 517:8
536:3,4,18 574:7,8 580:23
585:23 589:20 591:12
606:3 654:14,21,24 702:7
702:10,17,23,23,25
**helped** [2] 508:12 536:9
**helper** [1] 571:3
**helpful** [4] 503:6 536:17
587:23 611:25
**helping** [3] 605:19,22
654:19
**helps** [1] 622:18
**Herezeg** [1] 511:20
621:24 622:3 656:11
659:14 709:8
**hereby** [1] 710:3
**hereunto** [1] 710:15
**herself** [1] 509:7
**hiding** [1] 524:24
**high** [6] 565:19 601:4
683:3 685:11 686:10
688:14
**highlighted** [10] 570:9
571:14,21 575:8 576:7
578:25 582:1 585:10
586:17 591:6
**Hilary** [2] 496:16 658:8
**himself** [4] 570:20
600:16 606:11 639:3
**hired** [1] 623:13
**hit** [10] 514:23,24,25 515:1
520:14 526:8,8 548:2
596:18 635:14
**hitchhike** [2] 528:19
531:2
**hitting** [2] 526:6,10
**hold** [1] 550:17
**holding** [7] 498:5 539:3
583:6 668:9 669:6,6
684:18
**home** [53] 497:4 505:22
507:7 508:16 509:25
510:3 513:4 517:3 533:1
533:4 534:22 547:8
570:16 573:5 581:10
594:24 599:24,24 623:14
623:21 626:7,8 640:5
642:9 646:12 647:1,6
660:3,8 661:6 664:4,19
666:16 667:14 670:15
675:19 681:3 684:5,12
686:6 687:4 692:23
693:18 694:11,13 695:4,7
695:12 699:24 700:25
701:2,4 702:10
**homeless** [2] 503:16,20
**homes** [1] 699:3
**honest** [4] 541:17 552:7

630:25 642:6
**honestly** [3] 629:25
630:15 687:1
**Honor** [30] 501:14 502:5
512:2 541:7,17 542:10
563:6,8 569:11 609:16
612:14 614:3,5 615:2
616:11,17 617:12,17,23
618:6,23 619:5,21 620:1
620:7 624:14 633:19
657:5 658:2,6 682:9 688:4
704:1
**HONORABLE** [1]
496:10
**hooker** [1] 638:14
**hope** [3] 526:13 571:19
585:22
**hoped** [1] 535:9
**Hopely** [1] 572:2
**hopes** [2] 517:23,25
**horrible** [1] 607:12
**hospital** [4] 506:25
529:17,18 530:12
**hospitality** [5] 566:1,3
570:18 590:11,16
**hot** [1] 560:6
**hotel** [6] 503:13 561:3,9
561:15,25 590:10
**hotels** [1] 570:18
**hour** [6] 697:21,22,22
697:23 698:8
**hours** [7] 574:20 602:11
684:10 694:3,23 695:2
700:15
**house** [140] 498:15,16,18
498:22 507:2,14 508:21
509:14 512:12 513:4
514:22 519:20 522:19
524:12 525:12,22 526:22
527:20 528:16 530:18
531:15,23,25 532:2,14
533:5,8,9,17 534:24 536:5
536:9,16 537:20 545:1,2
545:5,22 546:4,6,19
547:13 552:5 553:1,17
555:17 556:20 560:1
562:3,14 571:1 576:23
589:10,17 596:10 597:3,5
597:6,13,17,24 598:14,20
599:6,7,11,15 600:1,11
600:13 601:3,18,21
602:24 603:19 604:7,22
604:24 609:10 622:10
639:13,24 640:21 641:9
641:24 642:8 643:6,14
646:7,15 647:5,18,25
648:1,8,11,14,22 649:6
649:21 650:9,14,20,25
651:12,23 652:5 654:1,2
654:7 660:12,15,19 663:2
673:17 676:1 682:22
683:9 684:10,23 685:3,11
690:22 691:8,14,15
692:14 693:17 696:17
697:13,16,18 698:12,13
699:8,12,14 701:23 702:2
703:3,17
**houses** [3] 697:14 698:13
698:15

**housing** [1] 612:21

**How'd** [1] 606:1

**hug** [7] 596:2,4 604:11,13 604:15 634:14,17

**huge** [1] 509:14

**hugging** [2] 604:7 634:8

**human** [1] 640:14

**humiliated** [1] 637:18

**hundreds** [1] 617:20

**Hungarian** [14] 576:8 588:1 595:1,9 600:17,18 639:16 644:4 645:10 659:25 660:2,6 661:10,25

**Hungarians** [3] 661:18 661:20 662:3

**Hungary** [20] 565:9,10 565:21 566:9 590:13 592:8,9 655:21 659:16 667:14 673:22 675:22 677:7 681:3 683:7,11 690:5 700:12 701:4,6

**hungry** [1] 603:24

**hunt** [1] 556:9

**hurt** [3] 635:12 640:14,14

-I-

**1914** [1] 611:6

**icc** [2] 582:6 583:12

**idea** [6] 512:1 584:13,14 642:17 680:1 688:9

**identification** [1] 553:21

**identified** [2] 568:20 569:15

**identify** [1] 568:14

**idiom** [1] 526:9

**idiotic** [1] 575:14

**ignore** [1] 630:11

**ignored** [2] 596:8 680:5

**II** [1] 496:33

**illegal** [4] 551:22 585:22 588:5 624:4

**illegally** [4] 515:5 551:7 551:16,20

**image** [1] 667:12

**images** [1] 667:14

**imagination** [1] 614:15

**immediately** [2] 549:6 623:17

**immigrants** [2] 551:22 624:4

**immigration** [5] 515:4 550:3 592:22 593:18,23

**immunity** [3] 594:10,12 619:23

**important** [2] 623:10 705:14,15

**impression** [1] 591:24

**improve** [1] 566:14 654:19

**inappropriate** [1] 499:4

**Inc** [1] 496:33

**incident** [1] 540:9

**inclined** [3] 627:23 707:5 707:8

**include** [4] 499:25 625:9 678:16 693:21

**included** [1] 685:21,23 685:25 686:2,4,6,8

**includes** [1] 616:22

**including** [2] 498:15 611:6

**inconsistent** [4] 611:12 627:2,12,18

**independent** [1] 570:19

**indicate** [2] 669:7 672:1

**indicated** [6] 503:15 621:6 667:2,4 678:24 707:4

**indicates** [1] 668:21

**indicating** [3] 606:21 671:5 678:22

**indirectly** [2] 531:7 710:12

**individuals** [1] 561:6

**industry** [5] 566:1,3 570:18 590:11,16

**infections** [1] 639:1

**inform** [1] 531:10

**information** [11] 511:3 517:17 574:18 589:23 592:12 602:4,5 611:6 616:21 618:13 619:16

**informed** [1] 551:9

**initiating** [1] 697:7

**inner** [1] 577:6

**innocent** [1] 631:3

**insert** [1] 539:1

**inside** [1] 538:21

**instances** [1] 531:12

**instead** [1] 587:5

**instinct** [1] 510:13

**instruct** [1] 576:16

**instructed** [2] 621:18 628:19

**instruction** [1] 621:8

**instructions** [8] 535:8 601:13,16 621:5,20 628:23 629:2 633:9

**intellectual** [1] 582:4

**intend** [4] 587:13 622:7 622:9,11

**intended** [1] 617:4

**intending** [1] 556:20

**intent** [5] 623:7,7,9 624:3 626:6

**intercourse** [2] 523:12 677:21

**interested** [14] 504:4 518:11,12 550:20 551:13 551:16 572:8 590:3 612:7 612:10 613:2 665:1 685:1 710:12

**interesting** [1] 551:18

**interests** [1] 575:11

**interfere** [1] 672:6

**intermediate** [1] 659:24

**international** [1] 661:14

**internet** [22] 510:2,6,11 510:20,22 533:2 569:7 574:9,11,15,17 591:7 593:16 595:3,14 601:23 603:2 639:15 660:22 700:6,9,20

**interpreter** [1] 501:10 527:1 530:6 562:24

**interview** [1] 654:20 690:13

**interviewed** [5] 499:7 539:9,11 592:10 651:11

**intimacy** [1] 579:13,16 675:1.1.9.14 676:7

**intimate** [11] 577:8 577:8 669:24 670:3,6,13 670:24 671:5 673:10 674:1 677:10 687:4 688:2 688:9

**invest** [2] 514:2 517:7

**investigation** [1] 499:7

**investigator** [4] 651:10 689:6,6,17 690:3,8,12,16

**investment** [1] 497:19

**invited** [2] 591:19 687:3

**inviting** [3] 677:10 679:21 688:2

**involve** [1] 500:15 575:22 631:5

**involved** [4] 510:9 553:11 601:25 605:19,22 666:21

**involving** [1] 633:25

**irrelevant** [3] 497:18,21 627:19

**Isabelle** [4] 652:2,3,16 652:17

**issue** [18] 497:1,21 498:11 499:14 550:13 551:10,24 615:6,10,19,19 616:3,10 617:3 621:23 623:7,9 671:25

**issued** [1] 549:14

**issues** [5] 497:8 619:1 621:10 622:1 655:17

**itself** [3] 611:16 630:23 675:11

-J-

**J-u-h-a-s-z** [1] 645:22

**jacket** [1] 568:17

**Jager** [14] 496:16 622:23 622:24 623:25 624:3,11 624:17 625:17,23 626:14 626:15,17 627:1 633:19

**jail** [1] 631:8

**January** [1] 580:10 581:21 585:3 586:2 590:22 672:10,15,24 673:8 674:3,7,11 678:25 680:8 682:18 686:14

**JFK** [6] 591:15 593:11,18 595:22 596:1 688:18

**Joanna** [89] 497:4.5,8,9 497:15 498:5,6,8,9,10

**499:**6,7,12,13 500:1,2,15 500:19,20,23 519:18,19 519:20,22 520:8 525:17 532:7,8,25 533:4 534:22 535:1,5,7,25 546:19 547:8 547:17,23 548:2,4,11,14 548:21 549:8 551:9 567:10,15,17 568:5,6,9 568:21 570:7 571:6 572:11,20 573:14,23 574:6,23 575:25 576:6 577:11,22 578:1,16 579:19,24 585:2,7,24 586:7,8,10,12,14 589:5 590:25 595:20 598:17 662:17 666:24 671:5 677:16 682:19,21 683:23 684:15

**Joanna's** [3] 498:23 499:3 520:9

**job** [61] 505:2,6,7,8 545:4 553:15 566:8,11,12,13,19 567:2,3,14,24 568:2 570:14 571:24,25 572:9 572:20,22 574:12 575:2 575:12,21 577:4 584:15 586:21 590:9 601:17,19 609:6 633:24 639:11 654:14,20 663:16 664:15 665:1,18,21 666:21 668:3 672:13,17,19,22 676:2 678:17 681:10,13 684:9 684:12 685:11,21 693:5 694:12,12 700:23 704:21

**jobs** [2] 565:18 566:3

**joke** [1] 592:12

**Joseph** [96] 496:6 510:15 525:10,17,19 534:4,11 535:1 536:1,23 537:17 544:15,22 545:8 546:13 547:4,14,17,23 548:2,4 548:24 551:8,23 553:18 553:24 554:6,21 551:2,14 556:23 558:1 568:12,14 574:1 576:14,18 577:5,14 579:1 587:13 588:5,9,21 589:5 591:17 592:6,15 663:2 664:1 666:15,20 667:20 668:6 669:15,19 670:25 671:6,13 672:2,2 672:7 673:9,25 674:8,12 675:6,19 676:1,6,12 677:9 678:16,23,25 679:4 680:14,17,19 683:4 684:2 684:13 685:1 687:2 688:1 693:2,22 694:15,17 697:2 697:5,8,10 701:9,24 704:3

**Joseph's** [20] 545:24 551:17 587:20 591:13 676:21 682:22 683:9 684:18,23 690:25 693:5 696:24 697:13 698:12 699:8,23,24 703:3,8,10

**Jr** [1] 496:24

**Judge** [28] 496:11 497:1 497:12 500:11 501:12 503:5 519:5 542:12,13 559:14 564:3,13 609:23 614:10,17 615:8 616:6 619:4,10,17 622:20 625:2,5 627:7 628:12 632:5,17 656:8 707:1 708:13

**judgment** [1] 629:23

**Juhasz** [1] 645:18

**juror** [17] 564:3 620:3,16 628:2,11,12,13 629:3,7 629:17,25 630:10,15,18 631:18,23 632:1

**jurors** [7] 628:25 629:4,8 631:7,12,14 632:2

**jury** [30] 496:9 502:1 503:6 514:10 519:11 541:2 543:1 570:3 572:14 575:5 576:4 578:8,20 590:23 609:21 621:18 628:19 629:16 630:10 631:24 632:4 633:1 635:7 674:15,19 706:13

**Justice** [1] 613:10

**JY-1** [3] 546:9,18 709:17

-K-

**keep** [20] 524:16 527:23 535:2 570:25 572:23 583:6 599:18,22 601:17 621:4,19 622:21 628:22 629:11,21 631:12 644:19 690:19 704:15,16

**keeping** [1] 685:25

**kept** [5] 531:20 545:12 551:9 555:5 677:15

**keys** [1] 504:13

**kick** [3] 607:17 700:22 700:24

**kicked** [1] 608:16

**kill** [4] 641:19 705:5,10 705:18

**kilometer** [1] 698:12

**kilometers** [5] 697:25 698:2,4,6,8

**kind** [22] 503:19 565:12 571:4 584:20 592:2 601:22 602:4 611:23 611:25 612:16 636:14,16 638:14 640:18 651:8 654:18 676:13,18 681:1 682:15 698:24 702:12

**kinds** [1] 574:24

**king** [1] 609:14

**kiss** [15] 538:13,15 596:2 596:4 603:12,13 604:11 604:13,15,17,18,19 604:17 668:8,21

**kissing** [5] 578:12,13 604:6 634:8,22 636:7 667:23 668:6,10,17 669:19 684:19 697:5

**kitchen** [1] 559:16 647:12 691:23

**knees** [1] 524:3 606:16 637:8,19

**knew** [30] 504:2,3 509:5 511:2 517:10,17 531:17 531:23 544:21 545:8 549:24 576:19 595:17 626:10 677:10 678:8 679:18,20 684:5,9,12,15 687:3 688:1 700:9 701:2 702:15,20,23 703:17

Multi-Page™

knock - mirror

knock [1] 525:20
knowing [4] 595:8 612:7
612:10 613:2
knowledge [1] 526:2
known [1] 544:12
KORMAN [1] 496:10

-L-

ladies [2] 633:3 706:8
lady [1] 544:4
Lafertype@vcrizon.net [1] 496:36
laid [1] 623:3
lake [7] 536:20,23 537:13
537:14 540:9 543:7 544:6
language [4] 503:7 583:7
659:23 660:11
large [1] 509:16
last [20] 502:9 527:8
543:13 581:5 582:2
621:25 622:9 628:5
630:16,20,20,21 633:16
645:12 659:10,12 667:7
673:1 674:18,22
late [4] 505:21,24 602:17
691:5
laughing [2] 638:18,19
Laura [2] 511:16 656:1
law [15] 511:7 539:9
551:21 612:16,25 613:7,7
614:12,14 619:13 621:20
627:13 628:7,23 633:9
lawful [1] 627:18
lawyer [11] 509:18
550:13,15 576:16 582:3
589:20 594:7,9,17 612:24
619:22
lawyers [5] 589:1 617:17
631:16,17 633:9
lay [1] 516:21
laying [2] 634:9,13
learn [2] 503:22 621:9
learned [3] 522:16,16,17
learning [1] 572:8
least [13] 525:11,15 528:5
528:22 534:18 554:23
577:19 615:25 639:8
671:19 698:7 708:6,10
leave [32] 500:2,21 508:1
517:21 526:7,17,22 533:4
548:23,25 549:4 556:21
559:3 579:6,25 581:10
588:7,20 622:6 639:12
641:10,21 647:3 648:11
672:9 673:5,18 693:12
701:24 702:1,4 704:24
leaving [5] 531:23,25
559:16 671:25 693:15
led [2] 613:4,16
left [27] 500:15 502:9,21
507:7,12 533:19 535:6
544:19 552:4 553:17
555:18,23 556:19 589:16
648:14,24,25 649:14
650:25 653:8 654:1
688:20 689:3,9 693:8

699:5 702:19
legal [5] 551:22 624:7
654:21,24 655:17
legally [4] 497:13,17,21
505:18
legitimate [11] 614:13
leisure [1] 682:16
length [11] 588:18 633:5
lengthy [11] 662:16
less [2] 537:7 696:18
letter [38] 541:5 542:8
555:13 581:17 582:2,3,11
582:16,25 583:12,25
585:23 619:23 624:13
663:15,15 674:7,19
675:11,12 678:16,20,23
679:1,4,4,5,19,25 680:2
680:11 681:12,14,19,21
682:2,5 683:20
letters [11] 527:18
level [11] 565:23 609:11
692:20
lie [19] 516:18,19 517:1
518:14 523:1,10 581:10
582:12 594:19
lied [2] 522:25 594:5
life [13] 508:25 509:8
517:22 518:6 522:17
570:24 582:18 583:9,11
654:17 673:22 677:23
679:11
light [11] 568:18
lights [1] 698:20
likely [2] 618:11 624:6
limit [11] 499:21
limited [4] 614:22 618:16
625:14,21
limits [11] 617:25
LINDA [11] 710:3
line [5] 500:7 534:2 673:1
678:4,17
lines [3] 497:10 501:7
526:14
lips [6] 604:18,19 668:10
668:17,21 684:19
list [3] 505:5 517:20 588:2
listen [2] 600:22 630:14
live [12] 506:2 507:24
550:20 551:15 576:21,23
576:24 577:8 584:16
670:7,14,15
live-in [5] 573:21,23
664:12,14,18
live-out [2] 573:22
664:12
lived [9] 506:2 546:4
602:23 651:23 661:25
670:16 698:22,25 700:12
living [9] 509:13 597:11
598:20 599:6,7,14 660:15
691:23 692:20
lobby [11] 543:20
local [1] 612:19
location [2] 597:6 651:18
lock [11] 525:7

locked [11] 699:9
log [2] 700:11,17
longer [4] 508:4 517:8
587:24 691:12
longish [11] 527:8
look [37] 499:15 510:11
512:24 520:23 526:6
529:21 530:2 531:21,22
557:17,22 566:8,11,18
567:2 568:13 569:14,25
570:1,6 571:14 578:4,19
578:20 580:7,9 581:20
585:5 593:25 597:10
618:18,21 625:7 638:12
661:15 663:5 708:10
looked [9] 504:5,5,6
505:6 512:17 597:20
598:5 669:18 684:15
looking [14] 555:11
566:12,13 567:24 568:2
570:11,12 595:3 601:25
637:10 644:19 672:2
673:10,10
looks [11] 522:5
loosely [11] 611:24
Loretta [11] 496:13
lose [5] 577:4,4 584:4
681:8 700:23
lost [11] 596:24
lots [3] 571:16,17 583:21
loud [2] 533:24 557:20
love [21] 508:11 523:2
553:8 577:9,11 579:11,12
581:17 582:8,9,11,15,17
582:24 583:18,25 670:7
670:14 679:5,19,24 680:2
680:11 681:12,14,21
682:2
loved [11] 521:2 522:20
522:24 538:11 546:3
548:4,7,10 557:11 558:10
702:20
loves [4] 576:18,18
669:15,15
lower [11] 692:25
loyal [11] 577:6
Luna [5] 505:13 508:14
lunch [16] 501:11 532:17
532:23,24 560:6 564:11
570:24 603:23 614:18
615:22 694:5,7,10,13,15
694:25
lunchtime [2] 694:17,20
Lunkes [6] 511:22 622:1
622:4,5,11,13
lying [6] 516:11,15
548:15,24 549:2 593:22
Lynch [11] 496:13

-M-

m [28] 565:9 566:22
568:13 569:11 570:1
571:11,17,19 572:3,13
575:4,11 576:3 578:4,19
579:2 580:7 581:19,25
583:21 585:3,20,23

mad [11] 521:6
Magloch [11] 540:15
mail [2] 580:8 642:21
mails [11] 531:9
main [4] 641:9 682:24
691:19,22
makes [2] 591:24 707:18
male [11] 651:16
man [27] 503:25 504:6
504:9 508:11 509:14,19
509:20 511:4 526:11
543:14 544:17 545:16,20
552:10,13,16 571:4
578:11 579:7 637:23
668:9,17 673:5 676:13
677:6 686:11
man's [11] 526:6
manager [2] 497:19
628:13
Manhattan [4] 502:16
502:17 505:15 506:9
March [11] 512:13 513:2
514:12,20 527:11 529:18
549:10 550:21 613:16
642:10 645:2 688:20
689:3,4,5,5,16,21
marked [10] 514:8 519:10
527:13 529:19 546:8,18
553:21 554:11 709:13,16
married [4] 546:2,3
570:21 579:23
Marriott [11] 543:20
massage [11] 575:13,22
577:14,14,23
masseuse [11] 577:15
masturbate [11] 635:6
masturbating [11] 637:9
match [11] 576:15
material [6] 501:15
541:9,20,25 611:18,19
matter [9] 541:18 555:5
579:8 616:12 625:4 631:4
677:22 708:18 710:7
mature [11] 521:22,25
522:1
maximum [3] 582:20
617:4 679:12
may [19] 496:7 502:5
540:17 541:5 554:12
555:20,20 561:10 615:19
616:25 617:12,17 624:15
625:3 633:16,19 667:23
706:6 710:16
meal [11] 695:10,10,13
meals [11] 533:1
mean [53] 515:1 519:2
525:7,8 532:4 539:18
541:13 544:19 587:9
593:8,15 599:19 600:6
607:18,19 611:15 614:11
616:1 618:16 621:15
625:5 627:1,4,10,12
629:12,15 630:3 631:6,15
632:16 639:2 641:18,20
648:22 658:10,13 661:16
661:5 673:14,16 675:12
675:15 676:10 677:14,22

681:19,24 683:19 685:8
685:10 707:5,22
meaning [5] 500:21
520:3 525:18 527:5,5
means [7] 500:8 587:10
594:12 669:24 674:25
682:2 696:2
meant [4] 522:11 579:16
579:19 670:15 671:7
675:15 677:21,25
meantime [11] 603:23
medicine [2] 574:2 598:4
meet [18] 508:14 551:25
560:19 575:19 589:1
595:14 642:25 643:2,4
644:8 645:6 652:5 656:3
656:5,17,18 659:8,10
meeting [6] 569:2 644:23
651:3 689:12,17 690:16
men [11] 668:20
mention [5] 526:12,14
527:4 540:9,13
mentioned [15] 508:10
526:23 527:3 534:5 558:7
572:6 574:6 584:10
597:21 621:1 654:8,9
661:7 685:20 705:8
Merritt [8] 651:7,9,11
689:7,18 690:3,8,12
mess [11] 666:14
message [5] 645:14
673:8 680:5 686:13,14
met [32] 508:11 522:6
543:13 552:3,10,18 553:6
560:14 583:19 586:10
595:22 642:18,22 643:5
651:6,7 655:23 656:1,23
657:2 658:7 659:1 663:25
689:5,8 690:3,7,10,12,22
690:25 699:20
meter [11] 599:21
mic [11] 503:9
Michael [11] 496:26
middle [11] 596:23 597:8
597:22 615:25 641:22
670:4 698:23
midnight [2] 647:21
649:24
might [19] 503:5 562:22
562:25 573:16 579:13
581:4 584:15 586:19,24
587:8,24 588:3 611:25
613:24 641:14 650:8
652:14 654:25 657:7
Mike [11] 512:9
miles [2] 697:24 698:4
mind [15] 498:24 499:19
500:5 507:17,25 537:9
546:1 621:4,19 622:21
628:22 629:11,21 630:6
631:13
mine [2] 507:12 567:22
minister's [11] 602:3
minute [11] 588:6 609:22
628:10
minutes [4] 600:3,4,7,9
mirror [2] 609:15 638:12

**mishcard** [1] 519:6

**miss** [3] 672:8 673:18,21

**missed** [3] 705:13,14,15

**missing** [5] 568:25
579:14 673:23 705:21,23

**mistake** [1] 587:7

**misunderstand** [1]
572:1

**misunderstood** [1]
527:1

**MLK** [1] 496:24

**MO** [1] 623:6

**mold** [1] 674:23

**mom** [1] 506:17

**moment** [3] 512:2 563:6
579:9 639:17 646:19
657:6

**Mondays** [1] 693:5

**money** [26] 502:20
503:15 506:11,14,18,20
506:22 507:22 508:6,13
517:9 525:2 557:1,10
562:16,23 563:1 586:21
590:4 598:13,16 650:11
701:7 702:6 704:22,25

**monotonous** [1] 560:4

**month** [9] 504:4,7 528:25
562:2,9 591:23 592:2
593:6,7

**months** [8] 585:14 587:5
587:5,12,14,20,24 588:3

**mood** [2] 588:16 697:22

**moral** [1] 561:21

**morals** [1] 577:5

**morning** [10] 510:14
512:7,8 534:19 577:12
603:5 629:3,8 693:8
707:13

**most** [8] 532:25 636:23
646:6 651:12 666:4
674:15 676:2 695:20

**mostly** [1] 551:9 557:9
661:18

**mother** [17] 506:20,23
509:3,7 528:5 529:14,17
529:23 530:3,11,16,23
565:19 629:9 630:1
671:14 703:2

**motion** [3] 622:25 624:18
624:19

**motions** [1] 622:24

**move** [12] 544:2 546:15
554:1,4 569:20 571:12
605:12 637:20,22 651:18
682:14 702:17

**moved** [2] 651:21 671:24

**movies** [2] 573:4 599:4

**moving** [1] 633:4 637:24
676:11

**Mrs** [1] 540:15

**Ms** [106] 501:14 502:9
512:7 514:10 534:2 538:2
540:17 541:7,13,16,21,24
542:6,10,13 543:4 546:10
553:22 558:16 565:5
568:19 569:11,20,22

570:3 572:14 598:6 608:6
608:8,11 609:16 611:1
612:7,14 613:2,6,15,19
614:3,4,18 615:2,21 616:9
616:11 617:7,12,16,21
618:3,6,9,20,23 619:2,5
619:12,21,25 620:7,11
621:24 622:3,4,5,8,11,13
622:15,23,24 623:25
624:3,11,17 625:17,23
626:4,15,17 627:1 632:8
633:19,21 652:6,8 653:1
653:3,10 656:7,10,11
657:5 658:2,6 659:14
676:11 682:9,12 687:5,7
688:4 704:1 706:7 709:9
709:10

**multiply** [1] 509:22

**murders** [1] 631:6

**must** [1] 559:5

—N—

**N** [3] 496:12 565:1 709:2

**N.Y** [1] 496:35

**name** [21] 497:23 503:22
505:11 510:15 552:18
557:20 574:24 578:23
595:15 599:10 602:2,3
656:15

**name's** [1] 512:9

**named** [14] 497:4 511:14
511:16,18,20,22 567:10
655:23 656:1,3,5 660:16
662:13 690:23

**nap** [20] 516:7 603:6
604:8 609:6,8 634:2,4,7
634:17 636:2,22 638:23
639:7 640:25 694:17,20
694:22,25 697:2 700:15

**napping** [1] 700:19

**naps** [3] 516:5 609:9
633:25

**narrative** [1] 616:14

**narrow** [1] 616:24

**Nathalie** [3] 497:3 656:5
709:4

**nations** [1] 683:14

**nature** [3] 612:22 665:20
675:25

**navigate** [1] 700:18

**near** [1] 535:14 565:13
643:5

**nearby** [9] 536:5 643:6
696:11,12,14,15 697:14
699:2,3

**neat** [1] 571:1

**necessarily** [4] 542:9
621:14 629:14 668:23

**need** [21] 504:7 526:16
526:17 530:8 533:24
541:23 557:19 570:23
575:10 576:8 584:21
585:15 588:2 615:22
621:21,22 675:16 678:17
686:10 707:23 708:14

**needed** [5] 561:21 579:25
644:3 665:20 702:23

**needs** [1] 577:14 615:11
654:24

**neighbor** [4] 536:2,3,6
536:18

**neighborhood** [5]
597:10,19 696:9 697:13

**neighbors** [1] 699:6

**Neil** [8] 651:7,8,11 689:6
689:6,17 690:3,8

**nervous** [3] 644:16
665:17 666:20

**network** [1] 661:16,20

**networking** [1] 661:4

**never** [45] 510:1 514:24
516:8,10,13 522:17
523:11,11,12,17 524:4
526:15 527:19 532:23,23
533:5,6,7 545:21 551:11
551:16 556:18 560:14
571:18 576:22 577:10,10
581:9 582:9 583:19
587:21 656:18,20 663:22
670:9,9,19,19 671:8
677:17 693:14 699:8
702:1 703:23 705:8

**new** [42] 496:5,20 504:15
505:2 506:2,3 507:13
508:20 517:21,22 518:2
526:21 527:10,23 532:3,9
549:10 551:21,25 552:4
554:23 569:3 574:16
575:19 583:9,9,9,10,10
585:11 591:14 594:23
599:1 602:7,8 612:16
613:7 662:1 679:22
689:13,23

**news** [1] 683:16

**newspapers** [1] 658:12

**next** [24] 501:15 503:8,18
503:24 512:25 516:21
541:10 555:21 633:7
645:4 650:17 652:14
663:20 670:17 671:24
672:23 674:3,11 681:19
681:19 691:6,10 697:18
700:16

**Niagara** [1] 592:5

**nice** [4] 517:1 595:6
656:17,18

**nickname** [1] 578:24

**night** [21] 502:9 503:3,13
504:10 534:20 554:18,19
577:13 597:9 604:9
645:16 646:12 647:8
649:18,23 650:1 691:6,9
707:13 708:7,12

**nights** [1] 504:8

**nodded** [1] 704:2

**non-disclosure** [1]
611:5

**nor** [1] 710:11

**normal** [1] 696:18

**normally** [3] 516:6 583:8
811:24

**noted** [1] 623:8

**notes** [1] 690:13,16,19

**nothing** [15] 550:17
553:2,13 574:2 611:12

614:4 615:7,9 619:1
620:18 621:10 669:2,5
699:1,2

**noticed** [3] 609:16
620:24,25

**notification** [2] 611:7
616:16

**notion** [1] 627:18

**now** [105] 500:24 507:6
510:17 511:6 512:12
519:15 520:2 522:6,10,11
522:13,19 523:12 524:12
527:10 530:2,10,10 533:9
534:24 535:13 536:21
539:9 541:12,17 548:13
549:10 553:17 558:6
559:2 561:18 562:2,12,22
562:25 563:2,3 566:16,16
568:4,21 569:25 570:14
574:6,23 576:3 578:10
579:4,16 580:6 581:4
586:2 587:13,18,22
588:25 590:7,9,10 592:3
592:18 593:17 594:6
595:19 597:23 599:6
600:17,25 604:6,22
608:18 606:10 607:18
608:20,22 614:14 621:24
627:5 633:14 636:1
638:21 641:20 644:13
648:15 650:13,25 654:13
655:12,19 659:14 664:6
664:25 665:17 668:2
669:11,23 673:2 675:18
691:14 695:20 696:17
697:13 701:9 704:11
705:25

**nowhere** [1] 650:10
700:24 704:25

**number** [10] 510:22
532:19 564:4 602:3,3
620:4 628:11,12,13

**numbers** [1] 642:23

**numerous** [1] 698:13

**nurse** [1] 570:22

**nutrition** [1] 654:20

**NY** [2] 496:25,32

**NY-16** [1] 533:24

**NY-2** [3] 533:21 554:11
709:18

—O—

**o'clock** [2] 510:14
609:17

**oath** [1] 502:4

**Obama** [1] 587:23

**object** [4] 500:11 622:19
657:5 678:9

**objection** [20] 501:8
519:5 534:14 542:4
546:16 547:19 548:8
554:3 569:22 598:6 608:6
608:10 624:22 652:6,8,12
653:1,3 687:5,7

**objectionable** [1]
500:11

**observe** [3] 697:4,7,10

**obtain** [1] 613:13

**obtaining** [2] 518:12
550:20

**obvious** [2] 544:1 607:21

**obviously** [1] 499:17
546:2

**occasion** [1] 557:12

**occur** [2] 625:15 685:7

**occurred** [2] 545:21
636:1

**off** [12] 502:9 535:19,20
548:17,19 569:6 599:18
599:22 606:11 611:11
674:12 682:19

**offense** [6] 612:1 624:24
625:1,8 707:25 708:17

**offenses** [1] 625:1

**offer** [1] 663:16 665:18

**offered** [2] 573:21 574:12

**offering** [1] 570:14

**office** [20] 496:23 501:13
513:4 569:3,18 600:14
604:25 609:12 684:7,9,10
685:12,25 686:6 690:16
691:11 692:23 693:5
694:3 695:2

**officer** [8] 503:2,12,19
504:2,3,5 540:14 651:8

**officers** [4] 647:24 648:1
649:12 650:2

**officials** [1] 614:13
619:13

**often** [11] 521:2 522:20
525:14 528:21 564:6
599:17 600:1 605:13
611:19,20 699:19

**old** [7] 521:6 526:6,11
570:15,21 592:18 677:6

**older** [3] 521:21,24
565:16 575:23 676:18

**omnibus** [2] 624:15,18

**once** [11] 502:11 507:9
519:25 520:1 523:9,10
526:20 528:13,22 532:16
532:24 556:20 577:11
597:19 599:22 600:2,4,5
600:6,7,9,20 604:14 635:6
635:15 636:7 640:5 659:9
659:13 699:21 700:1

**one** [86] 498:2 504:4,7,8
504:10,25 510:6 512:25
517:24 518:7 523:20
524:3,5 528:25 531:8
532:19 535:10 547:22
548:13 551:12 552:13
555:8 556:12 558:7 562:7
562:9 565:16,16 570:7,23
575:14 577:16 578:5,7
590:22 592:14,24 595:6
597:25 602:16 606:10
613:7 616:24 617:10
621:23 622:1,11,15 623:5
626:21 627:3,5 628:14,19
632:11 633:3 637:2 640:1
640:1,12 643:5 652:14
657:6 660:12 661:22,23
661:25 662:6 663:11
665:10,24 666:14 667:14
667:18 670:14 682:25
684:18,22 690:4 692:7,7

**Multi-Page**™

one-month - process

693:1 698:10,11 699:20 707:11

**one-month** [1] 690:1

**ones** [2] 497:22 677:16

**onto** [5] 667:11 671:24 700:11,17 706:5

**open** [12] 582:21 592:16 615:13 621:4,19 628:22 629:11,21 631:13 679:13 679:19 700:13

**opened** [1] 536:7

**openness** [1] 582:15

**operate** [1] 505:6

**operates** [1] 570:16

**opportunities** [1] 574:25

**opportunity** [6] 566:14 581:3 584:4 615:21 665:2 681:9

**oppose** [1] 621:11

**opposing** [1] 544:13

**opposite** [1] 582:3

**option** [9] 537:9 555:2 559:10 573:22,23 664:12 664:12,14,18

**options** [2] 574:24 664:10

**oral** [12] 523:15 547:23 607:22,23,25 608:2,5,9 608:21 703:21,23 704:3

**order** [14] 536:1 541:5,8 541:20,23 542:7 586:23 617:24 619:14,19 620:7,8 620:12 674:23

**ordered** [1] 533:1

**ordering** [1] 541:6 542:8

**OTDA** [1] 613:10

**otherwise** [4] 581:12 611:8,21 629:16

**ourselves** [1] 617:25

**outside** [9] 532:24 533:17 541:1 545:2,5 566:8 641:23 648:12,13

**overlooked** [1] 611:20

**Overruled** [4] 547:20 548:9 554:10 608:12

**overrules** [1] 611:16

**overseas** [1] 626:23

**own** [7] 506:11 509:15 524:12 558:25 600:25 645:10 695:18

**owned** [1] 509:14

**-P-**

**P** [2] 496:12,12

**P-1** [2] 519:11 668:2

**P-2** [1] 667:15

**p.m** [10] 554:23 574:22 634:3 646:14,14 647:10 695:8,24 696:1,2

**pack** [2] 646:13 647:6

**packed** [2] 556:20 648:23

**packing** [1] 647:23

**page** [11] 519:4 521:11

**pages** [1] 624:17

**paid** [19] 506:15 508:9 518:8 551:5 560:22 561:3 561:6,12,15,20,21 562:2 562:6,7,9 581:13 590:4 661:1 664:20

**pain** [1] 636:20

**painful** [5] 520:25 630:4 630:8,14 636:8

**pair** [11] 566:12,13,19 567:2,3,4,5,24 568:2 570:12,12

**Pamela** [1] 496:17

**pants** [6] 538:21 540:10 543:7 544:9 683:12,18

**pantsuits** [1] 683:2

**pantyhose** [1] 538:22

**paper** [1] 594:13

**papers** [4] 576:17 623:4 623:8 625:6

**paragraph** [7] 669:14,14 670:5 671:16,24 674:18 674:22

**parents** [10] 565:15,17 565:18 575:16 577:20 591:19 592:5,7,8 600:9

**park** [3] 696:11,14,15

**parks** [1] 696:12

**part** [25] 506:13,13 518:16 558:4,7,9,15 571:1 573:23 577:2 589:4 605:19 609:5 614:7 623:15 624:3 626:12 632:16 639:23 641:9,15 655:2 679:3 680:5 686:9

**particular** [4] 589:23 613:11 644:3 666:7

**particularly** [1] 623:8

**parties** [2] 573:3 710:10

**parts** [1] 662:4

**party** [1] 573:12

**pass** [1] 698:13

**passages** [1] 665:23

**passion** [1] 582:15

**passport** [5] 524:18 549:11,12,16 585:11

**past** [3] 513:10 609:17 699:6

**Paula** [3] 629:3,7 630:18

**Pause** [7] 512:3 563:7 571:10 628:1,4 632:3 706:11

**pay** [11] 504:7 506:11 507:5 508:6 528:10 529:3 561:9,23 581:5 586:24 664:10

**payphone** [2] 531:21,22

**penis** [4] 606:18 607:4,8 634:24 635:1,5

**people** [29] 551:6 566:15 575:19 577:5,8 583:10 587:7 594:25 598:8 621:13 622:11,15 624:5

**pinpoint** [1] 643:25

**place** [6] 507:24 517:10 526:17 565:12 599:2 650:4

**placed** [1] 520:3

**Plains** [2] 496:25 569:3

**plan** [23] 502:12 556:11 585:18 587:1 592:4 623:6 624:8 626:5,6,13,17 642:25 643:1,2,21 645:6 646:9,11,12 647:3,4 707:12,19

**plane** [1] 508:6,9

**planning** [1] 590:15,17 655:15,20,20

**plans** [2] 584:6,19

**playing** [3] 578:14 668:13,17

**Plaza** [1] 496:19

**pleasant** [1] 592:13

**plugged** [1] 535:13

**plugs** [1] 599:20 644:5,6

**Plus** [1] 496:33

**point** [47] 502:12 505:1 506:12 508:7 516:11 518:14 519:22 523:20 528:3 533:9,15 535:10 547:22 548:13 549:2 567:14 578:15 581:16 584:6 586:8,14 595:19 596:18 608:14,16 609:4 641:4,7,18 643:23 646:16 648:15 649:20 650:13,16 651:6,17 655:15 661:5,5 669:20 672:15,20 695:21 704:21,23,24

**pointless** [1] 629:18

**Poland** [1] 587:16,17

**police** [32] 503:2,12,19 504:2,3,5 510:23 568:23 623:1,17 624:6 646:17,20 646:24,25 647:24 648:1,5 648:7 649:7,10,12,15,15 649:18,20 650:1 651:3,8 655:13 689:14 690:12

**policy** [1] 617:2

**Polish** [4] 546:23,24 586:15 588:1

**polite** [1] 582:4 592:13

**political** [1] 551:6

**pond** [2] 509:15 692:11

**pop** [1] 501:1

**portion** [7] 557:23 570:9 571:22 578:25 582:1 586:17 614:22

**portions** [1] 556:2 571:15 575:8 576:7 585:10 591:6 611:10

**position** [8] 498:12 499:16 618:14 620:17 622:2 623:3,22 674:9

**possibilities** [2] 573:21 642:16

**possibility** [3] 551:14 577:3 646:24

**possible** [12] 500:25 540:1 562:17 563:4 572:9

**perform** [6] 607:21,25 608:2,21 703:23 704:3

**performing** [1] 703:21

**perhaps** [2] 619:5 632:11

**period** [2] 508:25 547:3

**permanent** [1] 576:16

**permission** [5] 550:20 551:7,14 639:15 700:14

**permit** [5] 518:9 587:4 587:12,19 591:24

**persistent** [1] 516:2 518:21

**person** [19] 501:4 517:21 517:23 536:9,12,17 570:22 582:16 595:1,6 627:14 654:11 661:23,25 662:7,17 670:23 678:9 685:1

**personal** [3] 571:3 572:22 576:13 580:24 629:16 684:3 685:17 687:4

**personality** [1] 545:17

**personally** [1] 510:8

**persuade** [1] 516:24,25

**ph** [1] 540:15

**pharmacist** [1] 598:5

**pharmacy** [1] 598:11

**phase** [1] 637:7

**phone** [39] 511:6 526:15 528:2 529:3,6,23 530:3 530:11,16 536:1 539:15 540:5 543:6 560:16,17 595:20 599:12,14,24 600:1,10,11,11,13,22 602:3 605:24 642:23 644:2,4,4 645:9,10,10 699:24 705:13,14,21,23

**photo** [1] 578:14,15

**photograph** [1] 668:24 669:19

**photographs** [1] 669:12

**photos** [2] 578:1,10

**phrase** [1] 619:9 666:11 670:17 681:5,7,23

**physical** [6] 526:23,25 527:4,7 531:9,13

**physically** [3] 520:3,18 558:23

**pick** [3] 598:4 645:15 646:14

**picked** [3] 645:16,19,23

**picture** [15] 519:12 575:24 578:5,11 667:20 668:1,3,4,6,9,12,13,16 669:20 678:6

**pictures** [8] 578:5,7 579:2 667:4,7,15 684:16 684:18

**piece** [3] 498:2 568:15 639:23

**pink** [1] 587:21 588:7

**582:18 583:20 592:11 679:11 681:17 683:1 702:8

**possibly** [2] 548:25 554:25

**potential** [3] 541:8 613:8 627:19

**Pound** [25] 510:23 527:21 532:2 540:7 552:5 553:17 555:18,23 556:19 562:3 562:14 573:5 574:4,9,14 588:25 591:13 595:1,4,8 596:10 597:6,11 661:25 662:7

**power** [1] 536:10

**powerful** [1] 509:20

**pragmatic** [1] 618:25

**precedent** [2] 617:13 618:14

**prefer** [1] 577:12

**preferably** [1] 682:25

**preoccupied** [1] 642:7

**prepare** [4] 570:24 674:24 695:13 696:23

**prepared** [1] 509:4

**preparing** [3] 703:10,21 704:16

**presence** [1] 541:1

**present** [3] 497:3 611:22 622:10

**presented** [2] 623:3

**pressure** [1] 696:19

**pressured** [1] 623:15

**pressures** [1] 633:15

**Presumably** [1] 616:22

**pretended** [1] 544:11

**pretrial** [3] 622:24 624:18,19

**pretty** [1] 532:12 536:17 566:20 616:19 630:23 644:19

**previous** [4] 548:24 570:14 583:12 682:5

**previously** [1] 514:8 519:10 527:13 529:19 546:8 553:20

**print** [3] 569:9 591:10 592:15

**printed** [1] 569:17

**printer** [1] 591:9

**prison** [2] 560:2,5

**privacy** [2] 553:1 615:16

**private** [1] 525:18

**privileges** [1] 528:2

**probative** [2] 623:9 626:5

**problem** [6] 535:16 585:20,22 616:17 649:2 707:15

**problems** [1] 509:22 640:2 702:19

**proceed** [2] 502:5 633:19

**proceedings** [3] 496:37 710:4,6

**process** [2] 624:8

**produced** [1] 496:38

**professional** [5] 577:15 581:2 683:10,11,17

**professionally** [1] 517:9

**proffer** [3] 500:9,13,16

**profile** [1] 579:2

**program** [2] 654:17 683:17

**promise** [2] 518:7 664:22

**promised** [6] 508:12 517:11,12,12 518:9 677:24

**promises** [3] 517:19,20 573:15

**proof** [1] 586:20

**property** [1] 623:21

**proposal** [2] 664:14 666:19

**proposed** [1] 707:12

**prosecute** [2] 550:7,9

**prosecuted** [1] 594:16

**prosecution** [1] 658:5

**prosecutor** [7] 666:4,13 666:23 689:18 690:4,8,15

**prosecutors** [8] 539:10 552:1 560:19 613:3 656:23 657:2 658:7 659:1

**protect** [2] 615:16 616:14

**protected** [1] 594:20

**protecting** [1] 617:22

**protection** [2] 617:4,6

**protections** [2] 541:25 615:12

**protective** [4] 541:8,20 620:8,12

**prove** [1] 507:23

**proves** [1] 627:6

**provide** [4] 517:4 655:3 655:6

**provided** [11] 612:8,15 612:21,21,23 613:6,9,13 613:13,19 618:10

**provides** [1] 612:25

**provision** [2] 614:19,19

**public** [3] 597:12 603:9 699:2

**publish** [10] 514:10 554:12 570:3 572:14 576:4 580:8 663:4 667:24 668:1 669:12

**published** [8] 546:13 575:5 578:8,20 581:19 585:4 586:3 590:23

**publishing** [3] 509:16 570:18 574:16

**pulled** [1] 538:19

**purchase** [2] 512:19 683:4

**purpose** [3] 614:14 631:2 641:9

**purposes** [1] 707:2

**purse** [1] 592:16

**push** [2] 513:13 606:16

---

**pushed** [5] 538:17 606:22 607:3,3,7

**pushing** [1] 606:17

**put** [13] 507:3 538:21 540:10 553:20 574:19 596:18 631:8 632:10 634:23 635:1 637:8 638:25 639:4

**putting** [4] 514:1 543:7 544:8 635:5

---

### -Q-

**qualify** [1] 551:21

**Queens** [2] 504:22 555:17

**questioned** [2] 500:24 616:25

**questioning** [1] 500:8

**questions** [24] 512:4,10 540:3,6 543:17,25 552:3 558:17,18 563:5,8 571:16 575:25 577:23 581:4 584:20,23 585:1 588:21 591:11 611:11 656:7,15 658:5

**quick** [2] 569:14 639:1

**quicker** [1] 633:4

**quite** [2] 545:6 656:23

---

### -R-

**R** [5] 496:10,12 565:1,1 710:1

**raining** [1] 643:10

**raised** [1] 551:13

**raises** [3] 621:2 622:1,22

**raising** [1] 626:9

**Ramirez** [1] 511:16 656:1

**ran** [1] 532:15

**re** [5] 565:8 578:13 583:14 608:25 626:25

**reach** [4] 628:24,25 631:14,15 634:14

**reached** [1] 629:23

**reaching** [1] 503:1

**reaction** [1] 620:20 621:16

**reactions** [2] 620:24 621:13

**read** [36] 521:11 533:24 534:2 557:19,21 570:9 571:12,14 575:8 576:7 578:25 580:10 581:25 583:4 585:10 586:6,16 589:4 591:6 619:9 665:8 665:23 666:4,24 669:18 670:12 671:4 674:15,18 674:22 675:5 676:14 677:9 678:8 680:3 683:20

**reading** [5] 535:4 566:24 647:13 666:7 677:15

**reads** [2] 670:5 681:17

**ready** [4] 577:19 579:6 579:25 586:22 656:15 671:18 672:17 673:4 695:5,15

---

**real** [17] 582:11 585:15 628:15,18 631:10 639:1 668:8 674:25 675:1,1,9 675:14 676:7,7 678:5 696:18

**realize** [1] 576:15

**realized** [1] 642:15

**realizing** [1] 581:9

**really** [53] 504:7 507:2 510:24 517:17 521:16 531:19 535:1 552:12,12 552:15 553:13 560:3 577:18,18 579:18 580:1 583:16,21 585:23 596:5,7 596:17 597:9,9 598:12 603:16 605:10,12 606:2 622:8 626:13 627:1 631:2 639:2 641:7 642:7 643:24 644:16,16 649:2 651:15 652:4 669:1,23 671:17,17 672:18 677:12 680:12 681:23 697:15 698:22 706:3

**reason** [11] 507:17 509:2 545:20 553:10 581:12 604:1,4 637:24 644:3 650:10 701:4

**reasonable** [2] 611:21 668:14

**reasons** [3] 589:25 623:5 628:20

**reassurance** [1] 665:20

**reassure** [2] 577:24 666:1

**reassuring** [1] 665:25 666:8,11

**receipt** [1] 613:4

**receive** [8] 518:9 562:8 568:5 572:11 578:1 580:20 591:4 612:17

**received** [30] 568:4,8 569:24 570:7 571:5 572:17 577:22 578:5,7 579:17 586:13 592:21 612:10,12,19,19,25 655:1 664:25 666:3,14,24 667:6 667:10 673:8 675:18,21 677:15,16 682:18

**receiving** [1] 574:23 613:18

**recess** [2] 706:9,9

**recessed** [1] 540:18 616:7

**recognize** [8] 527:15,16 543:15 546:9,11 553:22 575:19 594:1

**recollection** [11] 497:24 512:23 529:22 533:25 534:3,9 557:18,24,25 558:3 580:11

**recommended** [1] 503:16

**reconvened** [1] 541:1

**record** [5] 568:19 614:7 616:17 690:20 704:2

**recorded** [1] 496:37

**recording** [1] 710:6

**redacted** [1] 619:15

**reduced** [1] 710:6

---

**referred** [1] 662:9

**referring** [2] 514:14 681:21

**reflect** [2] 568:19 611:25

**reflexively** [1] 621:11

**refresh** [6] 497:24 512:23 533:25 534:9 558:3 580:11

**refreshes** [1] 529:22 534:3 557:18,24,25

**refuse** [4] 604:21 634:18 635:13 641:15

**refused** [3] 526:3 526:23 603:18 608:5,9 618:5

**refusing** [1] 531:20 607:16

**regard** [1] 517:2

**regarding** [1] 663:1

**registered** [1] 567:4

**regularly** [1] 683:18

**relating** [2] 541:8 616:21

**relationship** [40] 497:15 497:16 526:25 552:9,13 552:15,17 575:17 579:12 579:20,21 580:18 582:20 669:21 670:24 671:6,12 671:13,14 672:3,6 673:11 673:14,23 674:1 675:25 676:4,13,18,24 677:1,6 677:11 678:1 679:1 679:13,20 679:22 687:4 688:2,10

**relative** [2] 710:9,11

**relaxed** [1] 535:9

**release** [1] 616:20

**relevant** [8] 497:10,14 498:2,10,17,20 499:10 625:4

**religions** [1] 574:17

**rely** [1] 624:2

**relying** [1] 614:19

**remainder** [1] 629:11

**remained** [1] 537:14

**remember** [70] 518:25 520:19 521:1,19,20 523:9 523:22,23 524:2,19,21,23 524:25 528:6,7 532:24 533:7,11,21 535:16 537:3 539:23,24 544:11 550:3,4 554:15,20 555:1 557:13 558:6 567:5,20,23 568:1 569:6 580:4,6,16,22 581:8 584:25 598:1,3 606:9,9 609:4 642:21 645:3,4 647:8,20 649:12 650:16 650:25 651:3,6 654:9,11 654:12 655:9 666:5,17 670:9 671:22 673:6 674:16 675:2 686:9 689:8 689:19

**remembering** [1] 649:1

**reminded** [1] 557:10

**removes** [1] 619:16

**renovating** [1] 507:2

**rent** [4] 504:7 506:12 507:5 612:12

**renting** [1] 504:4

---

**repair** [1] 699:17

**repairmen** [2] 699:12,14

**repeat** [5] 503:11 550:8 566:22 608:7 675:12

**repetitive** [1] 688:16

**replied** [1] 664:25

**reply** [7] 672:24 674:3 678:16 680:7 681:25 686:13,13

**report** [1] 623:1,18 655:13

**reported** [2] 535:3 648:10

**reports** [1] 499:7

**represent** [1] 620:1

**request** [2] 582:24,24

**required** [4] 511:12 602:9 611:8 614:1

**requirements** [2] 601:10 604:7

**requires** [1] 613:7

**rescued** [1] 512:14

**research** [4] 510:2 574:9 574:14,21

**residence** [4] 585:21 688:20 689:10 691:14

**resident** [1] 613:22

**residential** [1] 698:25

**resist** [1] 514:5

**resisted** [1] 518:18

**resolved** [1] 672:17

**respect** [3] 616:13 620:9 633:5

**respectfully** [1] 615:8

**respects** [1] 579:23

**respond** [3] 575:25 582:23,24

**response** [3] 571:13 572:11,18

**responsibilities** [1] 603:8

**responsibility** [1] 601:19

**rest** [7] 500:14 509:8 542:9 571:22 614:25 629:4,8

**restaurant** [10] 505:9,10 532:10,18,22,23,25 552:19 566:7 598:2

**restaurants** [1] 570:19

**restricted** [1] 528:3

**result** [1] 612:11

**resume** [1] 633:8

**retakes** [1] 502:3

**retire** [1] 664:4

**return** [11] 537:8 542:2 586:22 588:9 592:2,3,4 593:5 689:20,21 690:4

**returned** [1] 504:19

**review** [2] 594:7 656:20

**reviewed** [1] 569:3

**reviewing** [1] 687:2

**rid** [1] 536:15

## Multi-Page™

**ride** [2] 596:16 597:2

**Ridge** [12] 510:23 527:21 532:2 540:7 552:5 553:17 555:18.23 556:20 562:3 562:14 573:6 574:4.10.14 588:25 591:13 595:1.4.8 596:10 597:7.11 662:1.7

**ridiculous** [1] 658:13

**right** [264] 499:21 500:24 501:6 503:8 512:14 513:6 513:11.12.18.24 514:12 514:15.18 515:17.20.21 515:22 516:5.22 518:22 519:23.24 520:9 521:2.6 522:2.5.8.12.22.24 523:2 523:25 524:1.12.13.14 525:11 526:12 528:13.15 528:16 530:19.23.24 531:1.18 532:3 533:20 534:15.20.22 536:5.13.23 536:24 537:1.2 538:11.17 538:19 543:18.19.21.22 543:23 544:9 547:9.12 549:2.3 550:13 552:7.8 552:11.12.19.21.22 553:5 554:13.14 555:6.12.18.19 556:21.22.24 557:2.3 558:10.11.13 559:3.7.8 559:16.17.19.21 560:1.3 560:6.11.17.18 561:8.23 563:9 568:17 579:4 580:6 582:5 583:6 590:10 606:21 607:13 612:2 614:6 618:10 619:19 622:14 625:20 631:24 638:8 647:7 649:24 660:12.17 661:21.23 662:4.19.25 663:2.4.7.12 663:17.23 664:3.10.20.23 665:2.11.18.25 666:21.25 667:8.14.21 668:7.10.18 669:9 670:12.17.19.21 671:9.10 672:10.11.15.23 672:23.24 673:2 674:9.15 674:19 675:5.16.18.19 676:1.11.12.22.25 677:3 677:19 678:17 679:1.7 680:7 682:2.19.22 683:5 683:14 684:3.7.21.23 685:18.21.23 688:18 689:7.10.21 690:7.20.23 691:14.23 692:21.23 693:3.6.19.22.25 694:3 694:18.22.25 695:18 696:21.24 697:2.14.16.18 697:18.24 698:16 699:3.6 699:9.17.21.23 700:1.9 700:15.16.25 701:16 702:21.21 703:7.8.11.15 703:18.20.23.24 704:10 704:13 705:3.13.14.17 705:21.22.25 706:8 707:14

**rights** [2] 614:21 617:22

**rise** [2] 609:20 632:25

**risk** [2] 528:11 639:2

**road** [3] 528:15 591:13 698:25

**rob** [1] 497:20

**robbed** [1] 497:22

**Roethel** [1] 539:15

**romance** [1] 669:7

**romantic** [10] 668:21.24 669:2.21 671:6 673:11 674:1 678:10 679:21 688:2

**roof** [2] 577:4 670:16

**room** [26] 516:6.18 524:12.14 525:4.10.17.19 548:23 549:1.4 561:25 602:18.21 609:14 631:25 639:7 648:23 664:15.19 691:23 692:10.10.11.13 692:20

**rooms** [1] 692:7

**round** [3] 592:25 593:1 689:24

**rule** [4] 611:17.18 612:5 625:7

**rules** [8] 600:19 601:2.10 602:24 604:6 624:23 640:7 701:13

**ruling** [2] 627:24 707:7

**run** [2] 509:23 533:4

**running** [1] 686:2

**runs** [1] 528:15

### -S-

**s** [29] 496:12 565:13.13 566:17 568:16 569:14.15 569:20.23.24 570:8 571:1 571:12 572:7 574:8 577:2 577:3.3 578:11.24 579:14 579:22.24 582:23 583:18 585:3.5 667:7 709:12

**safe** [4] 588:5 589:6.7.9

**salary** [1] 664:22

**Salem** [1] 591:13

**Salgotarjan** [1] 565:11

**Sam** [1] 708:1

**sample** [1] 611:14

**sandwich** [1] 694:11

**sat** [1] 516:8

**satisfy** [1] 584:5

**Saturday** [1] 707:13

**saved** [1] 662:19

**saw** [12] 498:15 499:17 499:18.22 500:4 510:17 510:20 578:10 595:25 597:20 671:25 693:1

**says** [9] 514:17 546:13 621:11.12 624:23 671:10 671:19 679:9 680:16

**scanning** [1] 619:16

**scared** [7] 571:19 635:12 641:7 644:20 646:23.23 701:19

**scenario** [1] 622:8

**sceptiacal** [1] 571:17

**schedule** [3] 693:21 707:17.22

**scheme** [1] 626:13

**Schneider** [45] 496:26 497:11 498:12 499:1.5.15 499:23 500:6.10.18 512:6 512:9 530:8 543:3 544:3

**546:**15 554:1.6.8.12 559:12.14 564:12 612:1.6 614:23 620:3.6.14.23 625:13.20 626:1.20.22 627:20 632:11.18.22 652:10.12.14 708:2.9 709:6

**school** [5] 521:18 565:19 565:21.23 659:20

**screen** [4] 553:20 554:8 570:1 667:12

**Seaford** [1] 496:35

**seal** [1] 614:6

**sealed** [2] 658:3.9

**search** [2] 574:17 601:23

**searching** [1] 594:25

**seat** [1] 628:9

**seated** [3] 502:2 543:2 633:2

**second** [16] 501:16 544:19 559:10 604:22 605:16.18 608:15 642:24 664:7 666:2 668:1 669:13 669:14 670:3.4 679:3

**Section** [1] 611:16

**see** [37] 510:17 514:10.11 530:4 543:13 545:11.12 548:1.2 554:7 556:2 568:14 592:4 597:12 600:21.23 615:5 618:24 619:1 621:9 627:12 638:4 640:9 643:22 644:21 647:13 653:4 663:19 665:8 667:12 670:5 671:20 676:14 680:8 698:15 706:12 707:16

**seek** [1] 617:1

**seeking** [3] 616:14 625:25 626:17

**seeks** [1] 541:7

**seem** [6] 524:8.10 555:5 619:12 668:8.15

**sees** [1] 577:16

**self** [1] 537:24

**selfish** [4] 513:21.24 520:21 537:24

**sell** [1] 602:8

**semen** [1] 638:6

**semi-private** [1] 692:4

**send** [10] 506:18 507:18 507:19.20 508:13 535:10 554:18 576:1 587:2 645:13

**SENIOR** [1] 496:11

**sense** [2] 551:19 707:18

**sensitivity** [1] 615:10

**sent** [19] 507:15 527:19 531:11 553:17.24 554:6 554:13.15 555:17.20.21 556:1.15 581:10 624:13 664:6 667:16 678:6 684:16

**sentence** [15] 527:8 530:7.9 669:15.18 670:2 670:5.10.12.13.17 671:7 671:22 676:19 677:13

**separate** [2] 577:19

**671:**18

**serve** [1] 620:20

**serves** [1] 661:18

**service** [1] 496:33.38

**services** [3] 575:12.22 613:10

**set** [3] 692:4 700:12 710:15

**setting** [1] 617:13 618:14

**seven** [4] 600:2.4.7.9

**several** [5] 509:15 539:9 539:11 570:17 700:3

**sex** [35] 523:15.21.25 524:6 547:23 575:13.22 576:18.18.22 577:1.10.13 577:23 579:13 607:22.23 607:25 608:2.5.9.21 617:11 666:21 669:15.15 670:8.18 671:9 675:2 677:17.19 703:21.23 704:3

**sexual** [17] 500:22 526:11 547:18 624:24 625:1.8.15 625:20 635:24 639:18 641:4.6.10.15 677:11 696:19 697:7

**sexually** [1] 626:7

**sexy** [3] 685:2.9.10

**shall** [1] 682:16

**shameful** [1] 508:25

**shape** [1] 674:23

**share** [1] 675:14

**shared** [1] 693:3

**shelter** [12] 503:16.20 612:19.20.24 613:1.20 651:21.22.24 654:13.21

**shirt** [4] 568:18 601:5 634:19.20

**shirts** [1] 683:1

**shoes** [1] 683:3

**short** [9] 508:23 552:14 571:3 582:21 588:10 592:11 632:12 675:1 679:13

**shorten** [1] 682:5

**shorter** [2] 587:25.25

**shortly** [1] 537:5

**shoulder** [1] 577:13

**shoulders** [1] 606:16

**show** [27] 507:21 514:8 519:3.9.11 527:13.14 528:8 529:19 533:23 546:8 557:15 568:22 572:13 575:4 576:3 585:3 586:2 590:21 615:25 621:14 628:16 644:21 663:4 665:7 691:8.10

**showed** [3] 505:5 519:13 666:13

**shower** [2] 638:8.9

**shown** [2] 512:22 666:2

**siblings** [1] 565:15

**sic** [6] 534:11 571:17 572:2 575:20 643:24 644:5

**sick** [1] 596:7

**side** [8] 544:13.25 545:24 582:3 583:15 641:7 657:6 667:23

**side-bar** [3] 500:8 564:1 564:14

**sidebar** [2] 658:1.14

**sides** [1] 637:8

**sidewalk** [1] 597:17

**sign** [3] 541:19.23 661:14

**signed** [2] 674:12 682:19

**significance** [1] 621:2

**silly** [1] 658:11

**Silverman** [2] 496:28 543:13

**similar** [4] 497:18 623:2 625:19 627:16

**Simonsen** [2] 511:14 655:24

**simple** [3] 582:17 679:10 707:10

**simplify** [1] 585:20

**simply** [1] 570:23 619:15

**single** [1] 662:25

**sit** [7] 516:18 562:22.25 593:22 621:12 631:11.13

**sites** [1] 661:4

**sitting** [8] 510:14 540:15 563:2 568:17 634:9 648:12 681:2 683:7

**situation** [12] 505:4 506:24 517:2 521:3 536:15 575:24 582:9 635:10 642:8 647:1 655:18 702:13

**six** [7] 587:5.12.14.20 588:14 602:10 639:8

**sixty** [1] 522:6

**sixty-seven** [1] 522:6

**size** [4] 522:2.4.5 609:14

**skeptical** [4] 572:5 663:16.20.21

**skepticisms** [1] 672:16

**skills** [3] 654:17.20.20

**skirt** [1] 685:8

**skirts** [3] 601:4 683:2 685:11

**slacks** [2] 683:18.22

**slammed** [1] 705:12

**slapped** [2] 635:15.18

**sleep** [1] 604:9

**sleeping** [1] 693:14

**slow** [1] 644:19

**small** [3] 525:3 565:13 577:2

**Smart** [1] 682:16

**smiling** [3] 636:14.16.17

**snacks** [1] 501:13

**so-to** [1] 520:5

**social** [1] 661:4

**soft** [1] 683:1

**softer** [1] 678:5

**solely** [1] 614:13

**someone** [13] 511:14.16

511:18.20.22 595:4
629:13 631:3 648:10.21
654:7.8 676:18

**Somers** [1] 689:13

**sometime** [1] 513:11

**sometimes** [5] 532:14
532:18 606:7.8 631:20

**somewhere** [11] 506:2.3
608:19 638:23 641:18.20
641:22 701:11.21 705:1.3

**soon** [11] 512:12 513:3.9
583:19 585:11 639:13.13
641:11 681:15.17 702:11

**sooner** [1] 506:22

**sorry** [55] 499:25 502:15
514:14 515:12 519:7
521:24 526:9.9 527:1
529:9 534:15 550:23
551:2 554:9 561:7.8
566:22 567:25 571:11
572:3 583:21 600:4
607:24 609:2 629:6
636:15 642:13.20 643:1
643:18 644:1 651:20
652:11 654:6 657:9
664:17 666:1.9.17 669:4
669:5 680:12 681:23.24
682:1 686:9 687:6 688:7
695:6 698:3 699:13 703:9
704:1 706:1 707:11

**sort** [12] 498:14 500:2
503:25 504:1 505:25
507:24 509:3 510:13
517:1 526:14 560:13
616:15

**sound** [4] 583:25 584:2
690:7 710:5

**sound-recording** [1]
496:37

**sounds** [3] 499:2 535:23
555:12

**space** [2] 525:18 535:13

**speak** [10] 503:8 520:6
539:24 546:22.24 648:5
649:18 659:23.24.25

**speaking** [1] 503:7

**speaks** [2] 526:3 675:11

**specifically** [1] 541:9
543:10 673:22

**Spector** [68] 496:15
497:1.12.25 498:23 499:2
499:11.24 500:7.13 501:7
501:12 502:5.8 503:5
512:2.4 519:5.13 521:10
521:12 534:14 541:10
542:12 546:16 547:19
548:8 554:3 561:9 563:6
563:8 564:13 609:23
611:4.9 614:10.17 615:8
615:20 616:5.9 619:24.25
620:16 621:6.23 622:20
624:14 625:2.5.22.25
627:7.9.11 628:7 632:5
632:15.17 707:1.6.11.18
708:4.8.12.16 709:5

**speculation** [1] 587:22

**spell** [2] 645:20.21

**spend** [4] 503:3.13 540:3
592:6

**spent** [1] 546:5

**spite** [3] 582:10 583:13
583:24

**spoke** [20] 498:19 525:10
525:25 526:5 529:22
530:11.13.16 537:17
539:14.23 543:23.24
544:1 558:25 660:3.8.12
660:12.13

**spoken** [3] 544:21 560:16
586:8

**spread** [1] 516:14

**spreadsheet** [2] 574:19
602:5

**staircase** [1] 644:20

**Stamler** [1] 642:2

**stand** [5] 502:3 558:16
594:19 605:7 632:9

**standing** [1] 605:11

**start** [16] 517:22 518:15
520:15.17 528:18 575:10
576:16 578:16 579:1
602:13 646:13 672:13.19
672:21 695:4 706:10

**started** [19] 506:17 513:3
516:4 517:15 520:12
537:11 560:16 566:18
574:22 587:20 635:9
636:7 637:8.18 647:6
648:20 687:8 703:7.10

**starting** [1] 605:15

**state** [13] 498:24 499:19
500:5 583:16 612:16.18
612:18.25 613:7.11.13
658:3.5

**statement** [3] 616:14
664:8 701:1

**statements** [5] 499:3.5
612:9 655:3.6

**states** [40] 496:2.11.14
505:18 507:6 508:2 511:9
550:21 551:15 561:7
566:2 576:10 583:11
584:7.20 585:15.19
586:23 587:1.4.11 590:7
590:18 591:3.20 592:19
593:9.17 594:22 595:12
595:17.19 596:23 616:19
655:12.16.20 661:21
662:4.15

**station** [9] 502:10.24
504:19 510:23 528:10
552:11 597:15 689:14
690:13

**status** [2] 551:22 615:12

**statute** [10] 611:15 614:8
614:21 616:18.23 617:3
617:14.24 619:7.9

**stay** [27] 504:23 508:4
556:11 557:8 558:14.20
558:23 560:4 561:1 573:5
576:11 581:13 585:15
587:9.12.13.19 591:14.21
641:1 650:4 651:20
655:12.15.20 664:18
703:3

**stayed** [8] 498:16 506:1
537:13 551:19 562:3
655:15 651:17 689:1

**staying** [5] 498:1 509:13
556:4 561:25 650:13

**steal** [1] 497:20

**stealing** [1] 623:21

**steals** [1] 497:19

**Stenzel** [2] 511:18 656:3

**step** [4] 563:9.11 582:5
609:24

**still** [13] 502:4.21 507:6
508:23 522:8 536:16
572:8 575:1.11 583:20
586:14 594:19 616:14
627:17 645:11 646:23
650:3 655:19 671:4
693:14 701:17 703:20
707:21

**stipends** [1] 612:12

**stole** [1] 497:22

**Stone** [29] 496:21 565:5
568:19 569:11.20 570:3
572:14 608:8 609:16
612:14 613:6.19 614:3
615:2 632:8 633:21
653:10 656:7 657:5 658:2
682:9 687:5.7 688:4
689:18 690:4.8 704:1
709:9

**Stone's** [1] 690:15

**stop** [21] 505:20 513:17
513:19.19.23 515:16
518:19 520:20 526:13
527:5 531:25 539:5.7
559:22 635:8.8 636:8.10
639:19 655:14 695:15

**stopped** [5] 513:17
515:22.23 520:13.14.17
520:20 528:9 564:7 635:7
641:5.6 642:14

**stops** [1] 564:4

**store** [1] 504:12

**stories** [3] 571:17 572:6
658:12

**story** [3] 509:19 622:18
639:1

**straddling** [1] 637:20

**straight** [1] 648:23

**strange** [1] 577:16

**stranger** [2] 536:14 597:1

**street** [6] 496:30.34 506:6
692:11.12 697:16

**stressed** [1] 504:1

**strikingly** [1] 557:17

**strong** [1] 545:19.20
630:12

**studied** [1] 590:13
659:16 665:16

**study** [1] 659:18.20

**studying** [1] 518:2

**stuff** [5] 524:16 527:7
541:19 614:1.7

**stupid** [1] 514:5

**substantive** [1] 616:13

**success** [1] 517:9

**successful** [1] 536:7

**such** [2] 509:20 710:11

**sudden** [1] 535:21

**suggest** [3] 578:16 592:1
619:12

**suggested** [7] 503:13
505:4 535:25 536:2
550:15 593:8.8

**suggesting** [1] 688:9

**suggestion** [2] 503:3
551:18

**suggests** [1] 542:8

**suitcases** [1] 592:16

**suits** [1] 683:2

**sum** [4] 588:11 707:16.17
707:19

**summations** [1] 633:9
633:10

**summoned** [1] 553:12

**Sunday** [2] 513:1 514:17

**supermarket** [1] 603:14

**supervisor** [1] 566:6

**supper** [1] 695:5.7.9.16
695:18 696:5

**support** [1] 561:21

**supported** [1] 545:19

**supporting** [1] 545:19

**supposed** [8] 601:3
602:6.7.13.19 616:20
634:7.12

**surely** [1] 669:19 675:5

**surprised** [1] 576:25

**survive** [1] 642:9

**suspicious** [1] 571:7

**sustain** [1] 500:11

**Sustained** [2] 653:7.9

**sweetheart** [10] 583:22
583:23 680:12.14.19.22
680:25 681:5.7 682:8

**sworn** [1] 565:2

**Sylvia** [2] 514:15.16

**system** [3] 505:6 535:22
536:16

— -T- —

**t** [33] 565:1.1 566:20
570:23 571:12.25 573:4
574:1 575:11.13.24 577:1
577:18 580:1.6 581:5.13
582:8.10 583:4.11.15.15
584:4.13.14 585:12
616:10.21 629:6 709:12
710:1.1

**table** [1] 543:14 668:10
705:17

**tag** [2] 661:10.13

**tag.com** [2] 661:8.13

**tagged.com** [1] 594:25

**takes** [1] 517:20 570:20
632:9

**taking** [8] 507:1 524:23
569:6 592:8 606:8 633:7
686:8 705:12

**taller** [1] 522:3

**tca** [1] 603:25

**teach** [1] 517:14

**team** [1] 542:1

**telephone** [7] 510:22
526:13 528:10 529:16
531:20 535:3 699:23

**television** [1] 683:16

**telling** [6] 509:1.9 510:17
579:4 673:2 675:6

**temporary** [1] 583:16

**ten** [1] 545:7 659:4

**tentative** [1] 627:24

**term** [4] 519:7 611:19.19
611:20

**terminal** [2] 503:1 681:2

**terms** [1] 616:13

**terrible** [1] 629:14

**testified** [9] 498:1.3
518:24 520:12 521:10
528:2 548:13 556:25
565:3

**testify** [10] 498:25 500:4
501:3 511:9 562:12
594:14 598:8 623:13
625:10 630:17

**testifying** [5] 497:17
555:1 615:13.17 655:19

**testimony** [16] 497:2
498:4 499:3 564:5 594:10
609:18 623:10.11 625:19
628:14 630:22.23 656:20
661:7 674:19 688:8

**text** [2] 645:12.14

**texted** [2] 645:8.9

**Thank** [14] 523:16 534:10
542:12.13 564:13 616:5
619:21.24 620:1 622:20
632:8 656:7 706:7 708:13

**Thanks** [1] 538:11

**theater** [2] 573:4.8

**there'd** [1] 666:21

**thinking** [8] 580:1
640:13 641:18 642:15
668:11 673:17 681:10
685:13

**third** [2] 536:7 671:16

**thought** [13] 503:5
541:13 544:12 552:25
553:2 579:22 639:12
646:19 662:17 677:25
685:13.19 707:4

**thoughts** [1] 546:6

**threat** [2] 517:3 624:7

**threaten** [3] 514:25 515:4
520:14

**threatened** [2] 515:1
517:2

**three** [25] 501:7 510:15
528:5 530:18 532:20
533:22 556:12 561:2
585:14 587:2.5 588:14.18
591:23 601:8 632:19.23
689:1.16 694:5.7 698:2.7
700:4 701:23

**through** [6] 546:7 595:14
618:17 631:7 683:15
693:6

**thrown** [1] 611:24

**Tiana** [1] 496:34

Multi-Page™

**ticket** [26] 502:18.20 508:6,9,12 512:18,21 561:13,22,23 592:3,4,9 592:24,25,25 593:1,2,4 689:20.24 690:1.9 702:7 702:10.17

**tickets** [4] 512:20 592:1 592:2 701:8

**tidy** [1] 685:25

**tie** [1] 568:18

**Tim** [2] 508:10.14

**times** [21] 525:11 532:20 532:20 539:9.11 547:6 597:25 598:24,25 603:9 605:14,15 637:2 656:23 657:1 658:7 659:1,4,6,8 659:12 694:9 699:12 700:3.4

**Timothy** [4] 552:20.21 553:6.11

**to-face** [1] 540:16

**today** [10] 511:12 521:16 521:21 593:22 594:19 614:22 620:15 656:21 706:9 708:10

**together** [15] 509:4 540:15 577:8 582:18 583:13 636:24 657:1,3 670:7.14 676:25 679:11 694:7 695:16 696:2

**Tom** [1] 552:18

**tomorrow** [8] 632:14 633:7 706:9,10,12 707:3 708:6.12

**tone** [2] 503:6 636:13

**too** [10] 506:25 529:15 536:1 543:10 560:3 571:20 583:15 630:14 638:20 691:5

**took** [15] 504:15 508:4 587:24 596:17,17 606:10 609:9 690:13,16,19 694:2 694:17,20,21 700:15

**top** [7] 516:15 529:21 548:25 570:2 596:19 637:4.6

**torture** [1] 631:6

**total** [1] 536:14

**totally** [1] 642:6

**touch** [16] 498:6 515:19 515:25 518:15,15,15,22 520:9 556:15 603:12 606:11,17,19 623:16 636:6 637:13

**touched** [3] 538:24 636:3 638:23

**touching** [6] 530:21 531:15 536:13 545:9 547:15 668:18

**touring** [1] 591:21

**tourist** [15] 549:15,18 576:9,11 585:13 586:19 586:25 587:16 588:3,12 588:14,15,20 591:16 593:19

**towards** [7] 503:20 526:11 528:18 582:5 606:18 607:3,8

**towel** [2] 605:25 606:15

**towels** [1] 605:24

**town** [9] 528:12,18 529:3 529:10 531:2,17.18 565:10,13

**trade** [1] 665:13

**traffic** [1] 596:18

**trafficker** [2] 617:11 618:12

**traffickers** [2] 617:7 618:12

**trafficking** [4] 612:17 613:9 615:12 617:5

**train** [10] 502:10,11,12 502:14,15,18,23 559:24 580:23 597:15

**training** [2] 581:1 654:14

**transcript** [2] 496:9.38 519:3 521:12 710:4.5

**transcription** [3] 496:33 496:33.38

**transfer** [1] 599:21

**transformator** [1] 644:5

**translate** [5] 529:24 530:7,8 541:4 550:24

**transparent** [1] 582:6

**transportation** [1] 701:7

**travel** [4] 510:8 512:21 517:21 570:18

**traveled** [2] 512:23 590:18

**traveling** [1] 549:11

**travels** [2] 571:2,2

**treated** [1] 525:17

**trial** [15] 496:9 498:11 511:10 542:1 564:9 619:11 625:19 629:12,22 630:21 631:2 633:5,8,16 655:19

**trial's** [1] 542:3

**trials** [3] 629:16,19 631:5

**tried** [14] 516:21,24 536:6 536:15 538:13 559:18 564:7 596:3 599:18,18,22 604:19,21 623:16

**trip** [12] 507:13 509:4 532:3 533:10,19 536:25 537:9.11 560:22 592:25 593:1 689:24

**trips** [1] 599:1

**trouble** [1] 638:11

**true** [8] 525:24 528:4 533:12 551:4 553:4,16 583:15 710:4

**trust** [3] 546:5 583:25 588:21

**trusted** [1] 584:2

**truth** [7] 541:18 552:9 577:6 593:20 594:6 617:2 642:6

**truthfully** [1] 594:15

**try** [13] 516:19 526:21 536:2 548:23 567:3 582:10 585:22 586:25 592:12 622:20 630:10,11

708:4

**trying** [36] 499:2 515:19 534:8,9 582:17,18,21 583:19,24,25 584:5 585:20 596:2 603:13 604:18 607:5,5,15,15,18 615:10 617:22 629:4,8 630:11 634:14,18 638:25 642:8 644:18 671:8,9 679:9,10,13 681:17

**Tuesday** [4] 633:8.11 707:16,19

**Tunc** [6] 503:23 504:9,9 504:17 505:3 556:15

**Tunc's** [5] 504:23 506:1 506:3 507:14 554:17

**Turkey** [14] 498:17 500:19 533:10,13 534:4 534:11 536:25 547:4 554:21 555:2,14 559:2,6 559:9

**turn** [7] 536:9 541:20 546:18 615:19,15,19 620:1 679:3

**turned** [3] 547:25 599:18 599:22

**turning** [2] 541:21.22

**turns** [1] 703:13

**twenty** [1] 546:3

**twice** [3] 532:16 544:18 604:14

**two** [39] 503:1 504:8 522:7 525:11,15 531:12 545:7 546:6 556:12 573:21 577:7 585:16 587:8 591:5 597:25 622:1 623:5 628:7 631:1 636:24 645:4,5 647:24 649:13 667:7 670:6 684:25 689:9 691:25 692:2,5,25 694:9 694:22 697:24 698:7,11 700:15 703:21

**two-story** [1] 691:15

**two-week** [1] 517:16

**type** [6] 566:11 592:24 602:13 672:3,4 685:16

**types** [3] 612:13 625:15 635:22

**typewriting** [1] 710:6

**typical** [2] 693:21 694:7

**typically** [3] 668:21 694:10.17

---

**-U-**

**U.S** [3] 496:4,18 624:5

**U.S.A** [1] 575:11

**Uhm** [1] 547:10

**ultimately** [2] 623:18 623:19

**unalterable** [1] 629:24

**unbutton** [1] 634:19

**unbuttoned** [1] 634:20

**uncomfortable** [6] 596:5 603:16 606:2 651:15 703:15,20

**under** [21] 502:4 516:9

516:10,13 582:13 612:16 614:1,21 616:23 617:24 622:25 623:2,4,23 624:5 625:25 626:4 633:14 634:23 663:20 670:16

**underlined** [1] 663:19

**undermined** [1] 626:13

**understand** [33] 499:8 499:19,20 501:2,4 519:7 525:20 538:2 549:16 550:6,9 558:9 571:19 577:18 585:22 592:17 615:15 616:11,25 617:21 618:11 630:16 660:2 666:9 669:23 671:18 672:7 674:23 675:6 676:19 677:21 707:23 708:16

**understandable** [1] 678:20

**understood** [11] 505:3 562:5 669:20 670:13 671:12 673:9 675:13 678:22 683:7 684:25 686:14

**undocumented** [1] 588:4

**unemployed** [1] 567:16

**unforeseen** [1] 633:6

**Union** [1] 506:18

**United** [33] 496:2,11,14 505:18 507:6 508:1 511:9 550:21 551:15 561:7 562:2 584:7,20 585:19 587:1 590:7,18 591:3,20 592:19 593:9,17 594:22 595:12,17,19 596:23 655:12,16,20 661:21 662:4,15

**university** [5] 586:23 659:16,18,21 683:16

**unknown** [1] 583:14

**unprofessional** [3] 683:22 685:8,9

**up** [57] 497:23 501:1,11 508:23 512:13 516:7 528:15 537:9 558:16 564:2 577:12 582:21 588:11 597:20 598:4 603:6 609:6,22 628:9 630:6 633:12 634:4,6,8 634:12,17 636:25 638:22 639:1,7,17 642:24 644:21 644:24 645:15,16,23 646:15 648:21 655:13 657:9 658:13 661:14 662:23 674:4 679:13,19 692:4 697:2,22 700:12,13 702:17 707:16,17,19

**Upper** [1] 506:9

**upset** [1] 628:14

**upstairs** [1] 647:23 648:20,22 691:17,19,22

**usable** [2] 618:19,19

**USC** [1] 616:18

**used** [7] 520:19 594:5 599:22 614:13 636:11 661:20 666:10

**useful** [2] 616:2 708:5

516:10,13 582:13 612:16 614:1,21 616:23 617:24 622:25 623:2,4,23 624:5 625:25 626:4 633:14 634:23 663:20 670:16

**uses** [2] 670:3 676:25

**using** [7] 513:7 535:3 600:11 619:13 639:14 660:20 662:3

**usually** [9] 570:25 634:3 634:4 694:22 695:8,9,9 695:23 697:20

---

**-V-**

**vacation** [2] 586:22 588:10

**vagina** [4] 538:24 539:1 638:25 639:4

**Vanessa** [2] 511:18 656:3

**vanish** [1] 608:18

**various** [1] 628:16

**vc** [1] 572:6

**verdict** [2] 611:24 631:14

**versus** [1] 496:4

**victim** [9] 497:6.17 612:17 613:9 621:25 622:4,25 627:22 628:5

**victimized** [4] 497:9 498:9 499:14 622:4

**victims** [4] 615:12 617:1 617:5 627:19

**Vietnamese** [1] 532:25

**view** [3] 521:4 617:24 618:25

**violence** [2] 612:20 613:20

**visa** [33] 508:3 549:14,15 549:17,24 551:20 575:10 576:9,11 584:21 585:13 585:15,20 586:19,19,20 586:25 587:6,8,10,11,16 587:18 588:3,12,13,16,17 588:22 589:18 590:1 611:5,6 616:10,21

**visible** [3] 520:5,7,7

**visit** [3] 550:2 591:17,20

**visitor** [2] 550:5 551:17

**visual** [1] 667:12

**voice** [3] 503:6 636:13 705:18

**voluntarily** [2] 511:10 619:7

**volunteer** [1] 592:11

---

**-W-**

**wait** [3] 501:16 504:11 504:14

**waited** [2] 504:15 508:3

**waiting** [4] 501:14 579:3 585:23 701:25

**waitress** [2] 505:17 566:6

**waitressing** [1] 553:15

**waive** [3] 614:24 615:3.5

**waived** [1] 614:21

**waiver** [7] 549:17 587:6 587:17 614:19 616:13,24 617:1,25 618:16

**wake** [7] 603:5 609:6 634:4,8 638:22 639:7 697:1

**waking** [4] 577:12 633:25 636:22,25

**walk** [12] 504:15 585:17 695:21,23,25 696:5 697:21,24 698:3,7 699:5 699:6

**walked** [3] 696:8 697:23 698:12

**walking** [2] 528:18 643:7

**walks** [1] 696:9 697:20

**wall** [1] 582:6 609:15

**wanting** [4] 634:16 639:18 655:6,9

**wants** [1] 558:17

**watch** [1] 535:2

**watching** [1] 575:14

**water** [2] 605:23 703:21

**wax** [2] 518:25 519:2

**ways** [2] 580:23 628:16

**wear** [5] 601:3,4,11,14 605:17 683:11,18,22 686:10

**wearing** [3] 568:16,17 601:12

**website** [15] 567:4,5,7 591:8 594:24 602:1,2 644:18 661:7,11,13,14,18 662:3 700:18

**Wednesday** [1] 707:20

**week** [38] 504:25 528:23 532:16 537:6,7 543:13 561:10 597:23 600:2,5,6 600:7,9,21 601:9,18,21 602:9,10,23 604:22 605:16,18 608:15 633:17 640:5 659:8,10,12 696:17 696:21,23 697:1,4,11 699:21 700:1 703:10

**weekly** [1] 506:15

**weeks** [16] 528:6,24 529:1 530:19 545:7 546:6 576:14 591:5,23 601:6,8 632:20,23 654:18 689:1 701:23

**wellness** [3] 576:13 577:17 665:12

**West** [1] 612:20

**Westchester** [4] 496:22 509:14 512:12 518:5

**Western** [1] 506:18

**WHEREOF** [1] 710:15

**white** [3] 496:25 569:3 682:25

**whole** [11] 516:10 521:3 551:25 557:21 586:24 591:25 637:25 673:21,21 707:23 708:14

**Why'd** [1] 596:22

**wife** [16] 498:17 570:21 570:25 579:21,23,23 599:8 623:15,20 660:17 684:9 690:25 693:3,5 705:13,14

**willing** [3] 526:24 619:17

681:12

**windows** [2] 692:16 698:20

**wish** [1] 628:25

**withdraw** [1] 664:7

**withdrawn** [1] 652:10

**withdrew** [1] 652:12

**within** [2] 537:6 670:12

**without** [14] 510:17 528:11 549:18 575:12 582:6 587:5,18 588:17 598:7 611:14 620:25 628:17 639:15 700:14

**witness** [64] 497:2,5,8 498:14,24 499:6,11,13,16 500:21 501:3,9,15 502:3 503:10 519:6 530:6 541:9 541:10,11 550:17 563:10 563:12,14 565:2 568:20 609:23 610:1 611:11 612:8,10,11,16 613:16 614:20 620:15 622:2,9,10 623:4,11,13,23 625:10,16 625:17 628:5,6,8 630:17 630:21,21 632:6,9,12 652:7 653:2,6 688:6 703:6 704:2 707:2,3 710:15

**witness'** [1] 503:6

**witnessed** [1] 547:17

**witnesses** [4] 511:24 569:12 628:8,15

**woke** [4] 516:7 634:6,12 648:21

**woken** [1] 634:17

**woman** [33] 497:3,16 498:1,15,19 499:17 545:11,16,19 567:10 577:1,9,16 578:11 579:14 581:2 626:21,22 627:4,5 639:16 660:16 662:9 667:21 668:7,9,17 669:19 670:8,18 678:5 685:2 690:22

**woman's** [1] 499:19

**women** [10] 576:19 607:1 626:6,10,17 627:8 668:20 669:16 683:11,17

**women's** [1] 651:21,22 654:13

**wonderful** [3] 582:19 679:11,20

**wondering** [1] 609:17

**woods** [2] 597:8,22

**word** [7] 608:24 631:20 666:9,12 669:24 670:3 676:25

**words** [3] 513:14 520:19 522:9

**wore** [1] 685:2

**workday** [1] 504:13

**worked** [12] 509:4 511:4 518:4 544:21 568:6 573:7 574:3,11,20 601:8 602:23 605:1

**workplace** [1] 692:23

**works** [2] 505:5 576:22

**workstation** [1] 700:7

**world** [1] 583:9

**worried** [1] 631:20

**worries** [2] 575:1 595:7

**worry** [2] 574:1 703:2

**Worth** [1] 697:24

**wouldn** [4] 566:20 581:13 584:13,14

**write** [30] 527:20 567:17 580:2 581:17 582:11,24 583:2,19,24 585:24 644:15 650:14 662:22 665:15 672:19 674:8 679:5,18,24 680:2,11,11,20,22,24 682:14,17,18 682:1

**writes** [1] 676:16

**writing** [6] 534:1 535:4 566:24 644:14 650:17 670:23

**written** [2] 582:14 678:23

**wrong** [1] 534:6

**wrote** [24] 526:20 527:6 531:6,7 537:7 555:14 558:4,5 575:6 579:19 582:13 585:8 663:12,20 665:7,11 672:11 676:12 678:25 679:16 682:15,24 683:24 686:15

**-X-**

**X** [4] 496:1,8 709:2,12

**-Y-**

**Yagoub** [12] 497:3 502:9 512:7 514:10 534:2 538:2 543:4 546:10 553:22 558:16 656:5 709:4

**Yannai** [56] 496:6 498:17 500:19,23 510:15 513:9 514:22 516:2 520:2,8 521:2 522:19 523:12 524:20,23 526:2 530:21 531:3,15,17 532:4,14 533:3,10,13,14 536:13 540:10 543:6 544:8 548:14 556:6 557:18 568:12,14 595:24 600:8 602:22 622:13 636:18 637:23 659:25 660:17 662:16 664:1 666:20 667:20 668:6 670:25 671:6 672:2 673:9,25 688:20 689:9 691:14

**Yannai's** [11] 513:4 519:23 533:19 648:19 651:23 660:17,19 663:2 666:16 675:19 684:2

**year** [20] 510:6,13 518:5 518:8 539:20 543:6 560:17 562:7 567:23 568:1 576:20 577:19 581:5,13 585:16 586:24 587:8 664:23 671:19 673:19

**years** [16] 510:16 521:21 521:24 546:4 570:14,15 570:21 577:7 585:16 587:2,8,9 588:14,19 623:14 670:6

**yesterday** [12] 508:10 518:24 519:4,13 520:12 521:10 528:2 548:13 555:1 556:25 564:6 628:15

**yesterday's** [1] 521:12

**yet** [2] 506:8 655:22

**York** [28] 496:5,20 504:15 505:2 506:2,3 507:13 508:20 518:2 526:22 527:10,23 532:3,9 549:10 551:25 552:4 554:23 569:3 591:14 594:23 599:1 612:16 613:7 662:1 679:22 689:13,23

**young** [17] 497:3 503:25 504:6,9 508:11 543:14 544:4 552:13,16 575:16 660:16 667:21 668:7 669:19 676:13 685:2 690:22

**yourself** [9] 522:11 533:4 538:3 560:24 649:8 660:16 666:10 676:17 700:18

**yourselves** [1] 628:21

**-Z-**

**Z** [1] 565:1

**-[-**

**[dinner** [1] 570:25