

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS/HLJ
F.#2010R00212

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 13, 2011

**BY EMAIL & ECF**
Heidi Cesare, Esq.
Michael Schneider, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

    Re:  United States v. Joseph Yannai
         Criminal Docket No. 10-594 (S-1)(ERK)

Dear Ms. Cesare and Mr. Schneider:

    Please find enclosed German-language documents, as well as English translations, Bates-numbered YAN-010723 through YAN-010749, reflecting an interview with victim N.Y. conducted by Austrian authorities on December 23, 2010.  Although these documents were received by the Department of Justice Office of International Affairs in February 2011, the United States Attorneys Office for the Eastern District of New York did not become aware of these documents until July 2011.[1]  In any event, the documents contain substantially the same information provided

---

[1] After the documents arrived in the Eastern District of New York in July 2011, the government arranged for the documents to be translated from German to English.  The government received this translation on September 9, 2011.

to you prior to trial in 3500-NY-7, a copy of which is also enclosed for your reference.

           Very truly yours,

           LORETTA E. LYNCH
           UNITED STATES ATTORNEY

       By: /s/Daniel Spector
           Daniel A. Spector
           Hilary L. Jager
           Assistant U.S. Attorneys
           (718)254-6345/6248

           Audrey Stone
           Special Assistant U.S. Attorney

cc: Clerk of the Court (ERK)