Mr. Joseph Yannai
Registered # 78396-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

10 cr 594

The Honorable Edward R. Korman
Senior United States District Judge
United States District Court, Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 21 2011 ★

BROOKLYN OFFICE

November 7, 2011

Dear Judge Korman:

Knowing Mr. Michael Schneider, Esq., I am sure he would not have dared to ignore your order or request. As I have not heard from him since I sent you the letter asking for your request to him, I assume you did not find it to be your legal duty, and you were probably right, to ask a lawyer to do his job in a proper manner in a case that is before you.

Therefore, I have no choice but to ask Your Honor to nominate another lawyer for me, and, as Mr. Schneider is working for The Federal Defenders of New York, Inc., I am asking for a CJA.

Sincerely,

Joseph Yannai
Joseph Yannai
POA Elena Fusillo