**UNITED STATES DISTRICT COURT**
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201
718-613-2470

Chambers of
Edward R. Korman
Senior Judge

November 16, 2011

Joseph Yannai
#78396-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

re:  CR-10-594

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★  NOV 21 2011  ★

**BROOKLYN OFFICE**

Mr. Yannai:

The court is in receipt of your letter of Nov. 7, 2011. Be advised that, upon receipt of your prior correspondence, dated Oct. 26, 2011, the court ordered Mr. Schneider to respond within ten days of the date of that order. A copy of said order is enclosed. The order was entered and served on Nov. 7, 2011, which means his reply would be due Nov. 17, 2011. Mr. Schneider filed his response this date, I also include a copy of that document for your records.

Sincerely,

PaulaMarie Susi
Case Manager to
Edward R. Korman, U.S.D.J.

cc: file