Mr. Joseph Yannai
Registered # 78396-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 21 2011 ★

BROOKLYN OFFICE

The Honorable Edward R. Korman
Senior United States District Judge
United States District Court, Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

December 9, 2011

RE: CR-10-594

Dear Judge Korman:

It occurred to me that it could have seemed inappropriate of me to send my letter of November 25 to Ms. Susi with a copy to Your Honor, instead of sending it directly to you. I did it because it was a response to Ms. Susi's letter to me. In the case that it was inappropriate or not by the book, I am now sending it to you with minor necessary changes.

I am in receipt of Ms. Susi's letter of November 16, 2011. I trust that you, after reading Mr. Schneider's response to your order, understand how right I was in my complaints expressed in my letter of October 26, 2011.

In a 174-word letter, Mr. Schneider artfully managed to say nothing. No answer to any of my complaints and not even an attempt to say that from now on he will start acting, at least in my case, as an attorney who cares about not only his client but also about due process, justice and integrity.

It is obvious from the response to your order that the world according to Mr. Schneider is divided into two: One part is the world of himself, and the other is all others who are too dumb or slow to understand that he can easily manipulate them. When it comes to his "clients", people whose lives and freedom and the lives and freedom of their families depend not only on his abilities, but even more on his integrity and his readiness to represent them as a true attorney, Mr. Schneider doesn't even bother to have his actions, or better yet inaction, couched in nice words, he simply disappears for weeks and months. I know it from personal experience: I was left to spend 7 months in jail until Your Honor gave me my freedom back and

approved my bail and now I am already 6 months in jail because the chance to get a new trial and renew my bail is deprived from me by my attorney who did not even start to prepare the motions to the Judge.

It is, of course, your choice how to read Mr. Schneider's response to your order. You might feel more comfortable joining the other world of Mr. Schneider or you can order Mr. Schneider to appear before you and this time, truly obey your order and report to the Court what, if anything, he has done in my case since the verdict. I, on the other hand, can prove that many things that Mr. Schneider claimed he was trying to do unsuccessfully in "preparation" of the motions were easily done by a person without any legal background, in a very short time with very limited effort.

Should Your Honor decide to accept the behavior and attitude of Mr. Schneider, I renew my request of November 7, 2011 to be allowed to fire Mr. Schneider and for the court to nominate a CJA, who, hopefully, will be a lawyer with integrity.

Sincerely,


Joseph Yannai
POA Elena Fusillo


Certified Mail – Return Receipt Requested