GEORGIA J. HINDE
ATTORNEY AT LAW
1133 BROADWAY
SUITE 304
NEW YORK, NEW YORK 10010

(212) 727-2717
TELEFAX: (212) 727-2627

March 13, 2012

**Original and Courtesy Copies**
**For Filing Under Seal**

Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Joseph Yannai, Docket No. 10-CR-594 (ERK)

Dear Judge Korman:

    This letter is respectfully submitted on behalf of the defendant Joseph Yannai to request that the Court accept the accompanying motion, declaration, memorandum of law and exhibits in support of a new trial pursuant to Rule 33, Federal Rules of Criminal Procedure, for filing under seal. We make this request, at least as an initial matter, because the motion and memorandum discuss and rely upon Mr. Yannai's confidential medical records as well as the declaration of Mr. Yannai's primary care physician. We therefore seek to preserve Mr. Yannai's statutorily protected privacy rights with respect to this confidential information to the extent possible at this stage of the proceeding. We also ask that the Court order the government, when responding to this motion and otherwise, to similarly protect Mr. Yannai's confidential medical information.

    The Court's favorable consideration of these requests will be greatly appreciated.

Very truly yours,

*Georgia J. Hinde*
Georgia J. Hinde

Enclosures

cc: Daniel A. Spector, Esq. (w/encls.)
    Assistant U.S. Attorney

    Mr. Joseph Yannai (w/encls.)