

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS
F.#2010R00212

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 10, 2012

**BY EMAIL & ECF**
Georgia J. Hinde
1133 Broadway, Suite 304
New York, NY 10010

    Re:  United States v. Joseph Yannai
         Criminal Docket No. 10-594 (S-1)(ERK)

Dear Ms. Hinde:

    Please find enclosed three proposed subpoenas for the defendant's medical records.  These proposed subpoenas were referenced in the government's letter filed on April 9, 2012 in connection with the defendant's motion pursuant to Fed. R. Crim. P. 33.

         Very truly yours,

         LORETTA E. LYNCH
         UNITED STATES ATTORNEY

    By:  /s/Daniel Spector
         Daniel A. Spector
         Hilary L. Jager
         Assistant U.S. Attorneys
         (718)254-6345/6248

         Audrey Stone
         Special Assistant U.S. Attorney

cc:  Hon. Edward R. Korman
Encl. (not filed on ECF)