**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS:HLJ
F.#2010R00212

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 10, 2012

**BY FEDEX AND ECF**
Georgia J. Hinde
Law Office of Georgia J. Hinde
1133 Broadway, Suite 304
New York, NY 10010

    Re:  United States v. Joseph Yannai
           Criminal Docket No. 10-594 (S-1)(ERK)

Dear Ms. Hinde:

    Please find enclosed hard copies as well as a DVD containing a digital copy of the documents obtained via subpoenas in the above-referenced case, Bates-numbered MED-001-671.

    If you have any questions or further requests, please do not hesitate to contact us.

                        Very truly yours,

                        LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

                By:  ____/s/_____
                      Daniel A. Spector
                      Hilary L. Jager
                      Assistant U.S. Attorneys
                      (718)254-6345/6248

                      Audrey Stone
                      Special Assistant U.S. Attorney

Enclosures
cc:  Clerk of the Court (ERK) (w/o enclosures)