**DOCKET NUMBER:** CR-10-594   **CRIMINAL CAUSE FOR** ~~STATUS CONF~~ MOTION HEARING

**BEFORE JUDGE:** KORMAN   **DATE:** 7/6/2012   **TIME IN COURT** 1 HRS 50 MINS

**DEFENDANT'S NAME:** JOSEPH YANNAI   **DEFENDANTS #** ____

- [x] Present
- [ ] Not Present
- [ ] Custody
- [ ] Not Custody

**DEFENSE COUNSEL:** GEORGIA HINDE
- [ ] Federal Defender
- [x] CJA
- [ ] Retained

**A.U.S.A.:** DANIEL SPECTOR / HILARY JAGER / AUDRY STONE   **Case Manager:** PaulaMarie Susi

**ESR** None   **INTERPRETER:** ____   **LANGUAGE:** ____

- [ ] Arraignment
- [ ] Change of Plea Hearing (~Util-Plea Entered)
- [ ] In Chambers Conference
- [ ] Pre Trial Conference
- [ ] Initial Appearance
- [ ] / Status Conference
- [ ] Telephone Conference
- [x] Motion Hearing Non Evidentiary
- [ ] / Other Evidentiary Hearing Contested   **TYPE OF HEARING** ____
- [x] Further Status Conference/hearing set for w/o date.
- MOTIONS DUE ____ OPP BY ____ REPLY ____
- ORAL ARGUMENT ____

**UTILITIES**

- [ ] ~Util-Plea Entered
- [ ] ~Util-Add terminate Attorneys
- [ ] ~Util-Bond Set/Reset
- [ ] ~Util-Exparte Matter
- [ ] ~Util-Indictment Un Sealed
- [ ] ~Util-Information Unsealed
- [ ] ~Util-Set/Reset Deadlines
- [ ] ~Util-Set/Reset Deadlines/Hearings
- [ ] ~Util-Set/Rest Motion and R&R Deadlines/Hearings
- [ ] ~Util-Terminate Motions
- [ ] ~Util-Terminate Parties
- [ ] ~Util-Set/Reset Hearings

**Speedy Trial Start:** ____ **Speedy Trial Stop:** ____ **CODE TYPE:** ____

Do these minutes contain ruling(s) on motion(s)? [ ] YES [ ] NO

**TEXT**

Argument heard - Further briefs to be filed.
Expert approved.
Co-counsel applied pursuant to CJA.