FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 0 6 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                :

    -against-                              :

JOSEPH YANNAI,                           :

           Defendant.                :

- - - - - - - - - - - - - - - - - X

10 CR 594 (ERK)

ORDER

At the request of the defendant's appointed counsel and pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), the defendant is authorized to obtain the services of toxicologist Richard Stripp, Ph.D., for a period of up to 6 hours at a rate of $350 per hour.

SO ORDERED.

Dated: Brooklyn, New York
       July     , 2012

                            s/Edward R. Korman
                            EDWARD R. KORMAN
                            Senior United States District Judge
                            Eastern District of New York