

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS/HLJ/AES                                 *271 Cadman Plaza East*
F.#2010R00212                               *Brooklyn, New York  11201*

February 25, 2013

**BY EMAIL & ECF**
Neil Checkman, Esq.
111 Broadway, Suite 1305
New York, NY 10006

    Re:  United States v. Joseph Yannai
         Criminal Docket No. 10-594 (S-1)(ERK)

Dear Mr. Checkman:

    I write in response to your letter, dated February 11, 2013 but received late last week, requesting the information that the government provided to the Probation Department concerning the victims in the above-captioned case.  You have also requested any material within the scope of Brady v. Maryland, 373 U.S. 83 (1963) and its progeny relating to any victims.

    The government provided all such material to the defendant prior to the trial, as material provided pursuant to 18 U.S.C. § 3500.  See Docket Entry 116.  This information related to all victims, including victims who did not testify at the trial, but who are included in the Presentence Investigation Report.

                         Very truly yours,

                         LORETTA E. LYNCH
                         UNITED STATES ATTORNEY

            By:  ____/s/_____
                   Daniel A. Spector
                   Hilary L. Jager
                   Assistant U.S. Attorneys
                   (718)254-6345/6248

                   Audrey Stone
                   Special Assistant U.S. Attorney

cc:  Clerk of the Court (ERK)
     Georgia Hinde, Esq. (by email and ECF)