August 15, 2013

Hon. Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
**By ECF and Regular Mail**

      **Re: United States v. Joseph Yannai,**
        **10 Cr. 594 (ERK)**

Dear Judge Korman:

  Enclosed please find an un-redacted version of the defendant's Motion for the Return of bail money ($67,000) posted by Mr. Yannai's wife to secure his release on bond. We have filed the Motion in redacted form by ECF.

  We thank the Court for considering this submission.

            Very truly yours,

            Neil B. Checkman

/NBC
enclosure
cc: Georgia Hinde, Esq. (By e-mail and ECF)
 Mr. Joseph Yannai (By regular mail)
 A.U.S.A. Daniel Spector (By e-mail and ECF)
 A.U.S.A. Hilary Jager (By e-mail and ECF)
 S.A.U.S.A. Audrey Stone (By e-mail and ECF)