UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

        - against -

JOSEPH YANNAI,

        Defendant.
- - - - - - - - - - - - - - - - - -X

RESTITUTION ORDER

10 CR 594 (ERK)

    As part of the sentence imposed in the above-captioned case on defendant JOSEPH YANNAI it is hereby ORDERED, as follows:

1. The defendant shall pay restitution to the victims of the offense of conviction, see 18 U.S.C. §§ 3663, 3663A(a)(2), in the amount of $6,762.25.

2. This restitution order is a lien in favor of the United States on all property and rights to property of the defendant, as provided in 18 U.S.C. § 3613(c). The liability to pay the restitution shall terminate as provided by 18 U.S.C. § 3613(b). See also 18 U.S.C. § 3613(f).

3. The names of the victims to whom restitution is owed and the losses sustained by each victim are as follows:

|   | VICTIM | RESTITUTION |
|---|--------|-------------|
| 1 | L.R.   | $103.00     |
| 2 | N.Y.   | $1,019.70   |
| 3 | V.S.   | $4,558.80   |
| 4 | B.H.   | $1,080.75   |
|   |        | **$6,762.25 TOTAL** |

The addresses of each of these victims are on file with the United States Probation Department.

Case 1:10-cr-00594-ERK-JO Document 245 Filed 11/05/13 Page 2 of 3 PageID #: 3439

4. To the extent that the restitution remains unpaid while under the supervision of the United States Probation Office, the defendant shall pay at least 10% of his net monthly income. This amount is subject to subsequent revision by the Court as provided by 18 U.S.C. § 3664(k).

5. The defendant shall notify the Court and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k). In addition, as a condition of supervised release, the defendant shall make complete and periodic financial disclosure as directed by the Court in consultation with United States Probation Department.

6. If the defendant knowingly fails to pay the restitution required by this Order or by law he will be subject to one or more of the actions permitted by 18 U.S.C. §§ 3613A (Effect of Default) including re-sentencing pursuant to 18 U.S.C. § 3614. See also 18 U.S.C. § 3615 (Criminal Default).

7. Payment of the restitution shall be made to the Clerk of the Court for the Eastern District of New York. Any restitution funds paid by the defendant pursuant to this Order shall be distributed by the Clerk of the Court to each victim identified above, following a pro rata distribution.

8. This Order is entered after the Court has fully considered the factors set forth in 18 U.S.C. §§ 3663 and 3664 that are applicable to this defendant.

2

9. This Order is part of the sentence and shall be included in the judgment.

Dated: Brooklyn, New York
November 5, 2013

/s/ Judge Edward R. Korman

HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK